1  DOUGLAS W. DAVIS, ESQ.
2  (Ca State Bar No. 132620)
   DOUGLAS W. DAVIS, P.C.
3  2811 S. Foose Road
   Malibu, California 90265
4  Telephone: (310) 457-4626
   Facsimile : (310) 457-1532
5
   Attorneys for Plaintiffs,
6
   Luvdarts LLC, and Davis-Reuss, Inc dba
7  DigiPie

```
                FILED
      CLERK, U.S. DISTRICT COURT

          JUL 2 3 2010

   CENTRAL DISTRICT OF CALIFORNIA
   BY                      DEPUTY
```

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11
   Luvdarts LLC, a California limited     CASE NO.
12 liability company; and Davis-Reuss,
   Inc dba DigiPie, a California          CV10 5442 DDP (RZx)
13 Corporation
                                          COMPLAINT FOR:
14             Plaintiffs,
                                          1.  Copyright Infringement
15      vs.                               2.  Vicarious Copyright Infringement
                                          3.  Constructive Trust
16 AT&T Mobility, LLC. a Delaware
   Limited Liability Company; Verizon
17 Wireless Telecom, Inc., a Delaware
   Corporation; Sprint Nextel
18 Corporation, a Kansas for Profit
   Corporation; T-Mobile USA, Inc. a
19 Delaware Corporation;

20             Defendants.

21

22

23

24

25

26

27

28

1    Plaintiffs Luvdarts LLC and Davis-Reuss, Inc dba DigiPie

2    (collectively, "Plaintiffs") complain and allege as follows:

3

4    **The Parties**

5    1.    Plaintiff Luvdarts LLC is a California limited liability

6    corporation, with its principal place of business in the County of Los Angeles, State

7    of California.

8    2.    Plaintiff Davis-Reuss, Inc dba DigiPie is a California

9    corporation, with its principal place of business in the County of Los Angeles, State

10   of California.

11   3.    Plaintiffs are informed and believe, and based thereon allege,

12   that Defendant AT&T Wireless Services Inc. is a Delaware Corporation doing

13   business in the State of California.

14   4.    Plaintiffs are informed and believe, and based thereon allege,

15   that Defendant Cellco Partnership dba Verizon Wireless is a New Jersey

16   Corporation doing business in the State of California.

17   5.    Plaintiffs are informed and believe, and based thereon allege,

18   that Sprint Wireless Broadband Company LLC is a Delaware Corporation, doing

19   business in the State of California.

20   6.    Plaintiffs are informed and believe, and based thereon allege,

21   that T-Mobile, USA a Washington Corporation is doing business in the State of

22   California.

23   7.    Plaintiffs are informed and believe, and based thereon allege,

24   that sometime prior hereto, Defendants, (collectively, "Wireless Carriers") and each

25   of them willfully engaged in the course of conduct described herein.  Plaintiffs are

26   further informed and believe, and based thereon allege, that in pursuance of said

27   course of conduct described herein, Defendants and each of them did the acts

28   and/or were negligent in enabling the events herein alleged.  Defendants and each

2

1  of them profited from the events herein alleged and all of such acts and events were

2  participated in and done by all of said Defendants or by one or more of them as

3  steps in said course of conduct.  Plaintiffs allege 9,999 to 100,000 counts of

4  infringement of Plaintiff's copyrighted titles listed in attached Exhibit A.  Exhibit A

5  is non-exhaustive and includes only a portion of Plaintiffs' works that were

6  infringed.

7

8  **<u>Jurisdiction and Venue</u>**

9         8.     This is a civil action seeking injunctive relief and damages for

10  copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

11         9.     The Court has original subject matter jurisdiction over the

12  Copyright Act claims pursuant to 28 U.S.C.  §§ 1331, 1338(a) and 1338(b). To the

13  extent this complaint contains claims for relief under California law; those claims

14  are specifically authorized to be brought in this Court under the provisions of 28

15  U.S.C.  §§ 1338(a) and 1338(b).

16        10.    This court has personal jurisdiction over Defendants as they are

17  conducting business in the State of California by, among other things, offering

18  wireless services and owning mobile networks that function in the State of

19  California, as well as launching other business ventures here.

20        11.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 and

21  28 U.S.C. § 1400.

22        12.    Venue is proper in the state of California as the wrongful actions

23  complained of herein were and are being committed in this judicial district.

24  ///

25  ///

26  ///

27  ///

28

## 1. Factual History
## Luvdarts LLC Produces Copyrighted
## AudioVisual Works Optimized for Mobile Networks

13.     Beginning in August 2007, Plaintiff DigiPie began developing its multimedia messaging content also known as "MMS" and known by the U.S. Copyright Office as Motion Picture/Audio Visual Works.

14.     One of the distinct and unique features of this MMS content is the ability for these AudioVisual Works to be sent from a mobile device directly to another mobile device, person to person, peer2peer, mobile2mobile or received by mobile devices directly in the same manner.   Defendants, and each of them, have enabled the transfer, transmission or publication of MMS by creating a MMS file-sharing network to profit from the actions described above.  This MMS content may originate from a central server via downloading to a mobile device or the MMS content may be uploaded to one's mobile device by other means such as a computer.  MMS content has to conform to a wireless carrier's MMS file-sharing network technical standards in order to be shared, transferred or published from one mobile device directly to another mobile device via MMS networks.  An example of the process is as follows:  Client A downloads a Bible Luvdart from an entity that has contracted with Luvdarts to distribute its products.  The download is sent to Client A's phone in an MMS format.  An MMS format is unique in that once Client A has received the Luvdart, it is in a format that can be received by another

1    mobile device simply through sending it to that other mobile device. The wireless

2

3    carriers on both ends, to wit, the sending carrier and the receiving carrier will

4    charge their respective clients for sending and receiving the MMS data. This

5    process is called MMS data revenue. The wireless carriers in have in recent years

6

7    designed and implemented a system that allows them to profit merely from the

8    dissemination of the MMS data, yet the wireless carriers under this system don't

9    share any of the profits derived from these transfers with the copyright owners

10

11    whose product is being exploited purposefully or vicariously. The transmission of

12    this MMS data is not covered by the exemption for Internet Service Providers as set

13    forth in 17 U.S.C. §512 because the wireless carriers are not Internet Service

14

15    Providers as defined by §512 while providing a dedicated MMS network for

16    multimedia file sharing. As such, their enabling of the transmission and publication

17    of MMS data, absent an agreement from or compensation to the copyright owners,

18

19    constitutes a violation of the copyright owner's rights. In the instant case,

20    Defendants, and each of them, have violated the rights of Plaintiffs because

21    Defendants, and each of them, have enabled the sharing, transfer, transmission and

22

23    publication of Plaintiff's copyrighted materials for profit without their permission

24    and without just compensation to Plaintiffs.

25

26          15.    Once this MMS content is on one's mobile device it may be sent

27    to whoever has the ability to receive the MMS, i.e. picture messaging. The receiver

28    has the ability to accept or delete the message. Wireless carriers charge customers

1   for these actions of sending and receiving MMS that in the case of Plaintiff's works
2   are all copyrighted materials.  From May 2008 through June 2010 the Defendants
3   charged customers approximately 6 - 10 billion dollars for the sending and
4   receiving of multimedia messages or MMS in the United States.

5           16.   In 2008 Luvdarts LLC ("Luvdarts") was formed and began to
6   distribute their MMS content. This MMS content was a work of authorship created
7   and marked copyrighted by Luvdarts. The Luvdarts content was placed on various
8   Internet sites and could be downloaded for a fee and in many instances for free as
9   an incentive to download and distribute the content.  The content consisted of
10  greeting card style messages with text, graphics, video and musical materials that
11  are created by Luvdarts.  Luvdarts would share any fees for content downloaded
12  with distributors and also anticipated that whether or not the content was
13  downloaded for a fee or for free that by the distribution and publication of said
14  content on mobile networks, Luvdarts would realize mechanical rights income from
15  the distribution and publication revenue being generated which is also known as
16  MMS data revenue.

17         17.   Defendants, and each of them, enabled the transfer/transmission
18  and publication of this copyright protected content via mobile devices by building
19  and implementing a peer to peer file sharing network with the dedicated purpose of
20  enabling end users to share multimedia files via this MMS network.  Defendants,
21  and each of them, profited from these activities by charging the transmitter and
22  receivers of this content a fee or flat rate for the transfer/transmission that resulted
23  in the publication of said content.  Despite charging the transmitter and receiver a
24  fee for the delivery of this copyrighted content, Defendants, and each of them,
25  failed to compensate the holder of the copyrights for this content that was necessary
26  in generating the MMS data revenue.  Furthermore, Defendants, and each of them,
27  failed or refused to provide a system where an adequate accounting of the
28  transfer/transmission and publication of this copyrighted content could be made.

18. Luvdarts LLC made attempts to partner with Defendants for the purpose of generating MMS data revenue. The defendants separately yet collectively in principle referred Luvdarts to "aggregators" which are approved 3rd party entities the wireless industry utilizes as "buffers" in doing business with content providers that are "off deck content providers" as opposed to "on deck content providers". On deck content providers sell and distribute content directly from a carrier's servers or server network.

20. Luvdarts LLC explained to Defendants and each of them, at different times that the MMS content Luvdarts produced was created to generate revenue via the sharing of the MMS content. The condition of generating revenue this way is also known as "MMS data revenue". From May 2008 through June 2010 the wireless carriers charged customers approximately 8-10 billion dollars for the sending and receiving of multimedia messages or MMS content in the United States.

21. During these events in and around May of 2008, Luvdarts were already in circulation on mobile networks. Luvdarts were already generating MMS data revenue for wireless carriers even as the Defendants were pointing Luvdarts to their aggregators in order to do business with them. Luvdarts did not enter the wireless carrier's proposed aggregator and Common Shortcode program but Luvdarts' copyrighted MMS content, old and new, continues to circulate on mobile networks generating MMS data revenue for the carriers through current times.

22. In December 2009, Luvdarts contacted Defendants and each of them and asked for a statement of accountability for Luvdarts' copyrighted MMS content from May 2008 through November 2009 that were generating MMS data revenue for the carriers via mobile networks in the United States. Defendants failed to respond to this request. Plaintiffs' then served Defendants with Notices of Infringement and a demand to cease and desist in the manner set forth within Title 17 U.S.C. § 512, et seq.

23.     Attached hereto as Exhibit A is an exemplary list of infringed works. Exhibit A is non-exhaustive and includes only a portion of Plaintiffs' works that were infringed.

24.     Defendants and each of them, are capable and have a responsibility of accountability for copyrighted multimedia distributed and published on their MMS mobile networks because Defendants, and each of them have directly encouraged the sharing of copyrighted materials by building a peer to peer mobile network to specifications that enable peer to peer, mobile to mobile direct exchanges of copyrighted multimedia (MMS) and Defendants are profiting from those actions via MMS data revenue charges to consumers.  Defendants, and each of them, acted in a negligent and/or willful manner in not acknowledging that copyrights of all multimedia are likely to be owned by someone if they themselves are not the creators of the multimedia.

25.     Defendants, and each of them, have grossed large dollar amounts via MMS data revenue upon their entrance into the MMS content distribution and publication business on their mobile networks without compensating the rightful copyright owners for those Defendant enabled actions by its end users.

**First Claim for Relief**

**By  Plaintiffs Luvdarts, LLC and Davis-Reuss, Inc. Against All Defendants for Copyright Infringement Pursuant to Title 17 U.S.C. §§ 106, 501**

26.     Plaintiffs reallege and incorporate by reference each and every allegation set forth above within paragraphs 1 through 25, inclusive, as though fully stated herein.

27.     Plaintiffs are the exclusive owners or represent the rights of the

1   exclusive owners for the MMS, (multimedia messaging content) claiming

2   infringement. The Plaintiff's MMS content are also known as Motion

3   Picture/Audio Visual Works by the United States Copyright Office. The Plaintiff's

4   copyrighted works are registered with the U.S. Copyright Office.

5          28.    Defendants, and each of them, profited from the distribution and

6   publication of these copyrighted works to their customers as they charged for each

7   transfer/transmission and publication but failed and/or refused to compensate

8   Plaintiffs, Luvdarts and Davis-Reuss, Inc. as the holders of the copyrights on the

9   distributed material.

10         29.    Due to the tremendously large reach of mobile networks there is

11   a tremendous amount of copyright infringement of the Plaintiff's copyrighted

12   materials every day. The Defendants have grossed approximately between 8-10

13   billion dollars in MMS data revenue charges to consumers from May 2008 through

14   June 2010 in the United States.

15         30.    Defendants, and each of them, violated the Copyright Act

16   pursuant to 28 U.S.C. § 501, in that Defendants, and each of them, never requested

17   nor obtained  permission to distribute or profit from the Plaintiff's copyrighted

18   materials. Defendants, and each of them, never accounted for the amount of

19   transactions generating MMS data revenue from the Plaintiff's copyrighted

20   materials. Defendants, and each of them, knowingly facilitated, promoted and

21   willfully provided the means for its users to distribute and publish the Plaintiff's

22   copyrighted materials yet never paid Plaintiffs any part of revenues derived from

23   these actions. Therefore, we hold these actions to be willful.

24         31.    The infringement of each Plaintiff's rights in and to each of the

25   Motion Picture/Audio Visual Works and each time the works were distributed

26   constitutes a separate and distinct act of infringement subject to 17 U.S.C. § 504.

27         32.    As a direct result of the foregoing conduct, Plaintiffs are entitled

28   to damages as against all Defendants and each of them in an amount that is

1   presently unknown.

2   33.   As a direct result of Defendants' infringement Plaintiffs are

3   entitled to the maximum to statutory penalties under 17 U.S.C. § 504, in the amount

4   of $150,000 with respect to each timely registered work that was infringed, to

5   disgorgement of Defendants' profits, and to any and all other relief the Court deems

6   just and proper under the law.

7   34.   Plaintiffs are entitled to their costs, including reasonable

8   attorneys' fees, pursuant to 17 U.S.C. § 505.

9   35.   Defendants conduct has caused, and unless enjoined by this

10   Court, will continue to cause Plaintiffs great and irreparable injury that cannot be

11   compensated or measured in money.  Plaintiffs have no adequate remedy at law.

12   Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction

13   prohibiting further infringement of Plaintiffs' copyrights.

14

15   **Second Claim for Relief**

16   **By  Plaintiffs Luvdarts, LLC and Davis-Reuss, Inc. Against All Defendants for**

17   **Vicarious Copyright Infringement**

18

19   36.   Plaintiffs reallege and incorporate by reference each and every

20   allegation set forth above within paragraphs 1 through 25; and 27 through 35,

21   inclusive, as though fully stated herein.

22   37.   Plaintiffs are the exclusive owners or represent the rights of the

23   exclusive owners for the MMS, (multimedia messaging content) claiming

24   infringement.  The Plaintiff's MMS content are also known as Motion

25   Picture/Audio Visual Works by the United States Copyright Office.  The Plaintiff's

26   copyrighted works are registered with the U.S. Copyright Office.

27   38.   Defendants, and each of them, allowed the distribution of these

28   copyrighted works by their customers and charged for this transfer/transmission and

1    publication but failed and/or refused to compensate Plaintiffs, Luvdarts and Davis-

2    Reuss, Inc. as the holders of the copyrights on the distributed material.

3         39.    The infringement of each Plaintiff's rights in and to each of

4    the Motion Picture/Audio Visual Works and each time the works were distributed

5    constitutes a separate and distinct act of infringement subject to 17 U.S.C. § 504.

6         40.    Due to the tremendously large reach of mobile networks there is

7    a tremendous amount of copyright infringement of the Plaintiff's copyrighted

8    materials every day.  The Defendants have grossed approximately between 8-10

9    billion dollars in MMS data revenue charges to consumers from May 2008 through

10   June 2010 in the United States.

11        41.    As a direct result of the foregoing conduct, Plaintiffs are entitled

12   to damages as against all Defendants and each of them in an amount that is

13   presently unknown.

14        42.    As a direct result of Defendants' infringement Plaintiffs are

15   entitled to the maximum to statutory penalties under 17 U.S.C. § 504, in the amount

16   of $150,000 with respect to each timely registered work that was infringed, to

17   disgorgement of Defendants' profits, and to any and all other relief the Court deems

18   just and proper under the law.

19        43.    Plaintiffs are entitled to their costs, including reasonable

20   attorneys' fees, pursuant to 17 U.S.C. § 505.

21        44. Defendants conduct has caused, and unless enjoined by this Court,

22   will continue to cause Plaintiffs great and irreparable injury that cannot be

23   compensated or measured in money.  Plaintiffs have no adequate remedy at law.

24   Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction

25   prohibiting further infringement of Plaintiffs' copyrights.

26

27

28

## **Third Claim for Relief**

### **(Constructive Trust /Accounting)**

45.    Plaintiffs reallege and incorporate by reference each and every allegation set forth above within paragraphs 1 through 25, 27through 35; and 37 through 44 inclusive, as though fully stated herein.

46.    Defendants hold those commercial profits and personal gains which have accrued to them as a result of infringement and other wrongful acts described herein as constructive trustees of those commercial profits and personal gains, for the benefit of Plaintiffs.

47.    Plaintiffs seek an accounting of said funds, and an order declaring that Defendants hold said funds in trust for Plaintiffs.

WHEREFORE, Plaintiffs respectfully request judgment against Defendants as follows:

1.    For general damages in an amount to be proven at trial;

2.    For punitive damages in an amount to be proven at trial sufficient to punish and deter Defendants from engaging in such activity in the future;

3.    For the maximum statutory damages under 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each timely registered work that was infringed.

4.    For damages and disgorgement of lost profits, in an amount to be proven at trial;

5.    For injunctive relief as against Defendants and each of them;

6.    For an accounting;

6.    For an order declaring that Defendants hold the funds which they have gained as a result of their wrongful acts as constructive trustees for the

1  benefit of Plaintiff;

2        7.    For costs of suit, including reasonable attorney fees;

3        8.    For any applicable and appropriate pre- and post-judgment

4  interest;

5        9.    For any other relief that the Court deems just and proper.

6

7
   DATED: July 22, 2010          DOUGLAS W. DAVIS, P.C.
8

9

10                              By      /S/
                                Douglas W. Davis, Esq
11                              Attorneys for Plaintiffs Luvdarts LLC, and Davis-
                                Reuss, Inc dba DigiPie
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Demand for Jury Trial**

2

Plaintiffs hereby demand a trial by jury as to all issues properly so tried.

3

4

5

6

7

DATED: July 22, 2010          DOUGLAS W. DAVIS, P.C.

8

9

10

By    /S/
_____
11
Douglas W. Davis, Esq.
Attorneys for Plaintiffs; Luvdarts LLC,  and
Davis-Reuss, Inc dba DigiPie

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14

# Exhibit A

Luvdarts LLC Copyrighted Titles Generating MMS Data Revenue

Birthday Pt 30.3g2
Birthday Pt 31.3g2
Birthday Pt 32.3g2
Birthday Pt 41.3g2
Birthday Pt 44.3g2
Birthday Pt 45.3g2
Birthday Pt 50.3g2
Birthday Pt 51.3g2
Birthday Pt 052.3g2
Birthday Pt 053.3g2
Birthday Pt 054.3g2
BirthdayBro 36.3g2
BirthdayChica Pt 37.3g2
BirthdayDad Pt 38.3g2
BirthdayDaughter Pt 47.3g2
BirthdayDude Pt 40.3g2
BirthdayGF2GF Pt 49.3g2
BirthdayGirl Pt 33.3g2
BirthdayHusbandBF Pt 48.3g2
BirthdayLate Pt 34.3g2
BirthdayMom Pt 39.3g2
BirthdayOldLady 42.3g2
BirthdayOldMan Pt 43.3g2
BirthdaySis Pt 35.3g2
BirthdayWifeGF Pt 46.3g2
TwoWives Pt1.3g2
WifeisAngel Pt1.3g2
YoMama Pt1.3g2
ChineseBd4Frd_001_.3g2
ChineseBd4Frd_003.3g2
ChineseBd4Frd_004_.3g2
Chinese-Bd4Frd_017_.3g2
Chinese-Bd4Lvr_002_.3g2
ChineseGetWell_001_.3g2

ChineseSorry_002_.3g2
ChineseTY4Frd_001_.3g2
ChineseTY4Frd_003_.3g2
AgouraAutoSpa_1.3g2
Ardyss_Pam1.3g2
ASU_MomKim.3g2
AutoRepairSample_1.3g2
ChinaGarden_1.3g2
ChurchSample_1.3g2
CuznCynthia1.3g2
Dentist_3.3g2
FlowerShopSample_1.3g2
GemmasJewelers_1.3g2
JoePlumber_3.3g2
KaraKelly.3g2
KarenRudyard.3g2
KimBday2010-A.3g2
LivePerformance.3g2
NathanielBday_1.3g2
NoCover_1.3g2
ProductSample_1.3g2
ReneeBday_1.3g2
RestaurantSample_1.3g2
RoseBday1.3g2
TeamEGG_trial1.3g2

Title
A Tribute To MICHAEL Pt 1
A Tribute To MICHAEL Pt 3
A Tribute To MICHAEL Pt 4
A Tribute To MICHAEL Pt 5
A Tribute To MICHAEL Pt 6
A Tribute To MICHAEL Pt 7
A Tribute To MICHAEL Pt 8
A Tribute To MICHAEL Pt 9
4 My Mother Anytime!
A Tribute To MICHAEL Pt 2
BD4Frd_017_StyleofA.F.l. 1
Bd4Frd_5_StyleofAJAli1
Bd4Lvr_001r_StyleofCarlThomas1
Big Time Luvin' 4u!
Birthday4Friends_2_Styleof50Cent1
Birthday4Lovers_001_StyleofTheByrds1

FlirtDart_002_StyleofBeyonce3
Get Your Flirt On!
Get Your Flirt On! Pt 2
HappyHolidays_001_STYLEOF12DaysofXmas1
HappyHolidays_002_JingleBells1
HappyHolidays_003_StyleofFrostyTheSnowman1
HappyHolidays_004_StyleofWinterWonderland1
HappyHolidays_005_StyleofRudolph2
I Love You
I Love You So...
IMU4LO_001_StylofSantana3
I-N-Ging Time Pt 2
I've Got a Crush On You!
Last Night Was Great!
Last Nite Was Gr8!
Let's Check It Out! Pt 2
Let's Do It Again...
Like a Hungry Wolf...
MblFlrt_1_StyleofFloRida1
MblFlrt_2_StyleofLeonaLewis1
MblFlrt_8_StyleofChrisBrown1
MerryXmas_001_STYLEOFJingleBells1
MerryXmas_002_STYLEOFDeckTheHalls1
Mother's Day Pt 1
Serious Eye Candy
Sorry_001_StyleofBillyCurrington1
Sorry_004_StyleofMadonna2
SportsDart_002_StyleofMaryJBlige1
ThankYou4Friends_1_StyleofChristinaAguilera1
Thoughts4Friends_2_StyleofBeyonce1
Thoughts4Friends_3_StyleofDollyParton1
Thts4Frd_001_StyleofSeanKingston1
Thts4Lvr_002_StyleofTaylorSwift1
Thts4Lvr_010_StyleofLilMama1
True Love Wish!
True Love Wish! Pt 2
TY4Frd_002_StyleofLeonaLewis1
TY4Frd_003_StyleofKatDeLuna1
TY4JWD_001_StyleofLupeFiasco1
You Rocked My World!
Flirt Dart Red Rose
Flirt Dart Red Rose Pt 2
Happy Birthday Pt 1
Hebrews 13:5,6
Let's Check It Out!
Proverbs 3:5,6
The Obama Rap Thang
We Beat You!
You're Hot!

| 10Mobile2Mobile BibleDarts Pt 1 |
|---|

| |
|---|
| 10Mobile2Mobile Holiday Greetings! Pt1 |
| 10Mobile2Mobile Musical Messages! Pt 1 |
| 1Corinthians 13:4-13 HipHop R&B Pt 12 |
| 3gLuvdarts_Mixed004_5pak |
| 3gLuvDarts_Mixed005_5Pak |
| 5Mobile2Mobile BibleDarts Pt 1 |
| 5Mobile2Mobile BibleDarts Pt 2 |
| 5Mobile2Mobile BibleDarts Pt 3 |
| 5Mobile2Mobile BibleDarts Pt 4 |
| 5Mobile2Mobile BibleDarts Pt 5 |
| 5Mobile2Mobile Musical Messages! Pt 1 |
| 5Mobile2Mobile Musical Messages! Pt 2 |
| 5Mobile2Mobile Musical Messages! Pt 3 |
| Deuteronomy 8:18 Country Pt 6 |
| Ephesians 4:32 GOSPEL Pt 2 |
| FlirtDart HipHop R&B Pt 1 |
| FlirtDart HipHop R&B Pt 11 |
| FlirtDart HipHop R&B Pt 12 |
| FlirtDart HipHop R&B Pt 13 |
| FlirtDart HipHop R&B Pt 14 |
| FlirtDart HipHop R&B Pt 17 |
| FlirtDart HipHop R&B Pt 9 |
| Happy Birthday! Pt 17 |
| Happy Birthday! Pt 2 |
| HappyHolidays_001_12DaysofXmas1 |
| HappyHolidays_002_JingleBells1 |
| HappyHolidays_003_JOYtotheWORLD1 |
| HappyHolidays_003_MommyKissingSantaClaus1 |
| HappyHolidays_003_SantaClausIsComin1 |
| HappyHolidays_004_CHESTNUTSROASTING1 |
| HappyHolidays_005_DECKtheHALLS1 |
| Hebrews 13:5,6 Country Pt 1 |
| Jeremiah 17:7 Rock Pop Pt 25 |
| John 3:16 Rock Pop Pt 10 |
| Matthew 22:37-39 HipHop R&B Pt 33 |
| Matthew 6:24 HipHop & R&B Pt 34 |
| MMS Holiday Greetings! Pt1 |
| Never Give Up! |
| Proverbs 16:3 HipHop R&B Pt 7 |
| Proverbs 3:5,6 HipHop R&B Pt 8 |
| Psalm 23 Rock Pop Pt 35 (1st part) |
| Sweet as Pie! |
| Valentines_003_StyleofDaughtry1 |
| Valentines_004_StyleofKanyeWest1 |

| |
|---|
| Valentines_005_StyleofDuffy1 |
| Valentines_006_StyleofAliciaKeys2 |
| Valentines_008_StyleofJackJohnson1 |
| Valentines_013_StyleofGarthBrooks1 |
| We Beat You! |
| You Make Us Proud! |

**AMsg4Hm_001_Styleof50Cent1**

**AMsg4Hm_001_StyleofAaliyah1**

**AMsg4Hm_001_StyleofAJAli1**

**AMsg4Hm_001_StyleofAkon2**

**AMsg4Hm_001_StyleofALANISMORRISETTE1**

**AMsg4Hm_001_StyleofAlanJackson1**

**AMsg4Hm_001_StyleofAlanJackson2**

**AMsg4Hm_001_StyleofAliciaKeys1**

**AMsg4Hm_001_StyleofAmandaEHendrix**

**AMsg4Hm_001_StyleofAmyWinehouse1**

**AMsg4Hm_001_StyleofAmyWinehouse2**

**AMsg4Hm_001_StyleofAthlete1**

**AMsg4Hm_001_StyleofAvrilLavigne2**

**AMsg4Hm_001_StyleofAxwell1**

**AMsg4Hm_001_StyleofBeyonce2**

**AMsg4Hm_001_StyleofBigandRich1**

**AMsg4Hm_001_StyleofBlakeLewis1**

**AMsg4Hm_001_StyleofBobDylan1**

**AMsg4Hm_001_StyleofBreakfreakz1**

**AMsg4Hm_001_StyleofBrianMcKnight1**

**AMsg4Hm_001_StyleofBrianMcKnight2**

**AMsg4Hm_001_StyleofBrianMcKnight3**

**AMsg4Hm_001_StyleofBritneySpears1**

**AMsg4Hm_001_StyleofBuenaMutya1**

AMsg4Hm_001_StyleofCarlThomas1

AMsg4Hm_001_StyleofCarolynDawnJohnson

AMsg4Hm_001_StyleofCarrieUnderwood1

AMsg4Hm_001_StyleofCassie1

AMsg4Hm_001_StyleofCelineDion1

AMsg4Hm_001_StyleofChamillionairefeatSlickRick~

AMsg4Hm_001_StyleofChemicalRomance2

AMsg4Hm_001_StyleofChristinaAguilera4

AMsg4Hm_001_StyleofCommitments1

AMsg4Hm_001_StyleofConnieFrancis4

AMsg4Hm_001_StyleofConnieFrancis5

AMsg4Hm_001_StyleofCoral1

AMsg4Hm_001_StyleofDeanMartin1

AMsg4Hm_001_StyleofDestinysChild1

AMsg4Hm_001_StyleofDollyParton1

AMsg4Hm_001_StyleofDonnaSummer1

AMsg4Hm_001_StyleofEditors1

AMsg4Hm_001_StyleofEiffel65_001

AMsg4Hm_001_StyleofEiffel65_2

AMsg4Hm_001_StyleofEmersonDrive1

AMsg4Hm_001_StyleofEnriqueIglesias1

AMsg4Hm_001_StyleofFergie1

AMsg4Hm_001_StyleofFooFighters1

AMsg4Hm_001_StyleofFrankieValli1

AMsg4Hm_001_StyleofFrankieValli2

AMsg4Hm_001_StyleofFreaks1

AMsg4Hm_001_StyleofGarethGates1

AMsg4Hm_001_StyleofGarthBrooks1

AMsg4Hm_001_StyleofGretchenWilson1

AMsg4Hm_001_StyleofGwenStefani1

AMsg4Hm_001_StyleofH2OfeatPlatinum1

AMsg4Hm_001_StyleofInnerCircle1

AMsg4Hm_001_StyleofJamieT1

AMsg4Hm_001_StyleofJanetandNelly1

AMsg4Hm_001_StyleofJimCroce1

AMsg4Hm_001_StyleofJohnMellencamp1

AMsg4Hm_001_StyleofJordanSparks1

AMsg4Hm_001_StyleofKeithUrban1

AMsg4Hm_001_StyleofKeithUrban2

AMsg4Hm_001_StyleofKillers1

AMsg4Hm_001_StyleofKoolandTheGang1

AMsg4Hm_001_StyleofKylieMinogue1

AMsg4Hm_001_StyleofLeeGreenwood1

AMsg4Hm_001_StyleofLinkinPark1

AMsg4Hm_001_StyleofLosDelRio1

AMsg4Hm_001_StyleofLouisArmstrong1

AMsg4Hm_001_StyleofManicStreetPreachers1

AMsg4Hm_001_StyleofMarciaGriffiths1

AMsg4Hm_001_StyleofMartinaMcBride1

AMsg4Hm_001_StyleofMaryJBlige1

AMsg4Hm_001_StyleofMatKearney1

AMsg4Hm_001_StyleofMaureenMcGovern1

AMsg4Hm_001_StyleofMileyCyrus1

AMsg4Hm_001_StyleofMonica1

AMsg4Hm_001_StyleofNancySinatra1

AMsg4Hm_001_StyleofNappyRoots1

AMsg4Hm_001_StyleofNatashaBedingfield2

AMsg4Hm_001_StyleofNatashaBedingfield3

AMsg4Hm_001_StyleofNelly1

AMsg4Hm_001_StyleofNellyFurtado1

AMsg4Hm_001_StyleofNellyFurtado3

AMsg4Hm_001_StyleofOcean1

AMsg4Hm_001_StyleofPaulMcCartney1

AMsg4Hm_001_StyleofPoison1

AMsg4Hm_001_StyleofRaconteurs1

AMsg4Hm_001_StyleofRayCharles1

AMsg4Hm_001_StyleofRihannafeatNeYo1

AMsg4Hm_001_StyleofRobertPalmer1

AMsg4Hm_001_StyleofSandyPosey2

AMsg4Hm_001_StyleofSantanafeatChadKroeger1

AMsg4Hm_001_StyleofSaraEvans

AMsg4Hm_001_StyleofSavageGarden1

AMsg4Hm_001_StyleofSeanPaul1

AMsg4Hm_001_StyleofShayneWard1

AMsg4Hm_001_StyleofSimplyRed1

AMsg4Hm_001_StyleofSmashMouth1

AMsg4Hm_001_StyleofSnoopDogg1

AMsg4Hm_001_StyleofSugarland1

AMsg4Hm_001_StyleofTalBachman1

AMsg4Hm_001_StyleofTalBachman2

AMsg4Hm_001_StyleofTamia1

AMsg4Hm_001_StyleofThaila1

AMsg4Hm_001_StyleofTheBeeGees1

AMsg4Hm_001_StyleofThelmaHouston1

AMsg4Hm_001_StyleofTheRollingStones1

AMsg4Hm_001_StyleofTimberland1

AMsg4Hm_001_StyleofTimMcGraw1

AMsg4Hm_001_StyleofTraditional1

AMsg4Hm_001_StyleofTraditional2

AMsg4Hm_001_StyleofTraditional3

AMsg4Hm_001_StyleofTraditional4

AMsg4Hm_001_StyleofTraditional5

AMsg4Hm_001_StyleofTraditional6

AMsg4Hm_001_StyleofTraditional7

AMsg4Hm_001_StyleofTraditional8

AMsg4Hm_001_StyleofTraditional9

AMsg4Hm_001_StyleofTraditional10

AMsg4Hm_001_StyleofTwista1

AMsg4Hm_001_StyleofWestlife1

AMsg4Hm_001_StyleofWombats1

AMsg4Hm_001_StyleofWyclefJean1

AMsg4Hm_001_StyleofYaelNaim1

AMsg4Hm_002_Styleof50Cent1

AMsg4Hm_002_StyleofAaliyah1

AMsg4Hm_002_StyleofAkon2

AMsg4Hm_002_StyleofAlanJackson1

AMsg4Hm_002_StyleofAlanJackson2

AMsg4Hm_002_StyleofAliciaKeys1

AMsg4Hm_002_StyleofAlisonKraus1

AMsg4Hm_002_StyleofAmandaEHendrix1

AMsg4Hm_002_StyleofAmyWinehouse2

AMsg4Hm_002_StyleofAnitaBaker1

AMsg4Hm_002_StyleofArcticMonkeys1

AMsg4Hm_002_StyleofAthlete1

AMsg4Hm_002_StyleofAvrilLavigne2

AMsg4Hm_002_StyleofAxwell1

AMsg4Hm_002_StyleofBeachBoys1

AMsg4Hm_002_StyleofBeyonce2

AMsg4Hm_002_StyleofBlakeLewis1

AMsg4Hm_002_StyleofBreakfreakz1

AMsg4Hm_002_StyleofBrianMcKnight1

AMsg4Hm_002_StyleofBrianMcKnight2

AMsg4Hm_002_StyleofBrianMcKnight3

AMsg4Hm_002_StyleofCarlThomas1

AMsg4Hm_002_StyleofCarolynDawnJohnson1

AMsg4Hm_002_StyleofCarrieUnderwood1

AMsg4Hm_002_StyleofCassie1

AMsg4Hm_002_StyleofChemicalRomance2

AMsg4Hm_002_StyleofChristinaAguilera4

AMsg4Hm_002_StyleofConnieFrancis4

AMsg4Hm_002_StyleofConnieFrancis5

AMsg4Hm_002_StyleofCoral1

AMsg4Hm_002_StyleofDestinysChild1

AMsg4Hm_002_StyleofDonnaSummer1

AMsg4Hm_002_StyleofEditors1

AMsg4Hm_002_StyleofEiffel65_001

AMsg4Hm_002_StyleofEiffel65_002

AMsg4Hm_002_StyleofEnriqueIglesias1

AMsg4Hm_002_StyleofFrankieValli1

AMsg4Hm_002_StyleofFrankieValli2

AMsg4Hm_002_StyleofFreaks1

AMsg4Hm_002_StyleofGarethGates1

AMsg4Hm_002_StyleofGwenStefani1

AMsg4Hm_002_StyleofJamieT1

AMsg4Hm_002_StyleofJanetandNelly1

AMsg4Hm_002_StyleofJimCroce1

AMsg4Hm_002_StyleofJohnMellencamp1

AMsg4Hm_002_StyleofKeithUrban1

AMsg4Hm_002_StyleofKoolandTheGang1

AMsg4Hm_002_StyleofLeeGreenwood1

AMsg4Hm_002_StyleofLosDelRio1

AMsg4Hm_002_StyleofManicStreetPreachers1

AMsg4Hm_002_StyleofMarciaGriffiths1

AMsg4Hm_002_StyleofMartinaMcBride1

AMsg4Hm_002_StyleofMaryJBlige1

AMsg4Hm_002_StyleofMatKearney1

AMsg4Hm_002_StyleofMaureenMcGovern1

AMsg4Hm_002_StyleofMonica1

AMsg4Hm_002_StyleofNappyRoots1

AMsg4Hm_002_StyleofNatashaBedingfield2

AMsg4Hm_002_StyleofNatashaBedingfield3

AMsg4Hm_002_StyleofNelly1

AMsg4Hm_002_StyleofNellyFurtado3

AMsg4Hm_002_StyleofOcean1

AMsg4Hm_002_StyleofPaulMcCartney1

AMsg4Hm_002_StyleofRaconteurs1

AMsg4Hm_002_StyleofRobertPalmer1

AMsg4Hm_002_StyleofSandyPosey2

AMsg4Hm_002_StyleofSaraEvans1

AMsg4Hm_002_StyleofSavageGarden1

AMsg4Hm_002_StyleofSeanPaul1

AMsg4Hm_002_StyleofSimplyRed1

AMsg4Hm_002_StyleofSmashMouth1

AMsg4Hm_002_StyleofSnoopDogg1

AMsg4Hm_002_StyleofTalBachman1

AMsg4Hm_002_StyleofTalBachman2

AMsg4Hm_002_StyleofTamia1

AMsg4Hm_002_StyleofThaila1

AMsg4Hm_002_StyleofTheBeeGees1

AMsg4Hm_002_StyleofTheRollingStones1

AMsg4Hm_002_StyleofTimberland1

AMsg4Hm_002_StyleofTraditional1

AMsg4Hm_002_StyleofTraditional2

AMsg4Hm_002_StyleofTraditional3

AMsg4Hm_002_StyleofTraditional4

AMsg4Hm_002_StyleofTraditional5

AMsg4Hm_002_StyleofTraditional6

AMsg4Hm_002_StyleofTraditional7

AMsg4Hm_002_StyleofTraditional8

AMsg4Hm_002_StyleofTraditional9

AMsg4Hm_002_StyleofTraditional11

AMsg4Hm_002_StyleofTwista1

AMsg4Hm_003_Styleof50Cent1

AMsg4Hm_003_StyleofAaliyah1

AMsg4Hm_003_StyleofAkon2

AMsg4Hm_003_StyleofAlanJackson1

AMsg4Hm_003_StyleofAliCampbell1

AMsg4Hm_003_StyleofAlisionKraus1

AMsg4Hm_003_StyleofAmandaEHendrix1

AMsg4Hm_003_StyleofAmyWinehouse1

AMsg4Hm_003_StyleofAmyWineHouse2

AMsg4Hm_003_StyleofAthlete1

AMsg4Hm_003_StyleofAvrilLavigne2

AMsg4Hm_003_StyleofAxwell1

AMsg4Hm_003_StyleofBeyonce2

AMsg4Hm_003_StyleofBlakeLewis1

AMsg4Hm_003_StyleofBlocParty1

AMsg4Hm_003_StyleofBonJovi1

AMsg4Hm_003_StyleofBreakfreakz1

AMsg4Hm_003_StyleofBrianMcKnight1

AMsg4Hm_003_StyleofBrianMcKnight2

AMsg4Hm_003_StyleofBrianMcKnight3

AMsg4Hm_003_StyleofBritneySpears1

AMsg4Hm_003_StyleofByrds1

AMsg4Hm_003_StyleofCarlThomas1

AMsg4Hm_003_StyleofCarol1

AMsg4Hm_003_StyleofCarolynDawnJohnson1

AMsg4Hm_003_StyleofCarrieUnderwood1

AMsg4Hm_003_StyleofCassie1

AMsg4Hm_003_StyleofChamillionaire1

AMsg4Hm_003_StyleofChristinaAguilera4

AMsg4Hm_003_StyleofConnieFrancis4

AMsg4Hm_003_StyleofConnieFrancis5

AMsg4Hm_003_StyleofCraigMorgan1

AMsg4Hm_003_StyleofDaughtry1

AMsg4Hm_003_StyleofDeanMartin1

AMsg4Hm_003_StyleofDestinysChild1

AMsg4Hm_003_StyleofDonnaSummer1

AMsg4Hm_003_StyleofEditors1

AMsg4Hm_003_StyleofEiffel65_001

AMsg4Hm_003_StyleofEiffel65_2

AMsg4Hm_003_StyleofElvisPresley1

AMsg4Hm_003_StyleofEnriqueIglesias1

AMsg4Hm_003_StyleofFaithHill1

AMsg4Hm_003_StyleofFrankieValli1

AMsg4Hm_003_StyleofFrankieValli3

AMsg4Hm_003_StyleofFreaks1

AMsg4Hm_003_StyleofFreddieLeGrandevsCorrida1

AMsg4Hm_003_StyleofGarethGates1

AMsg4Hm_003_StyleofGeorgeStrait1

AMsg4Hm_003_StyleofGwenStefani1

AMsg4Hm_003_StyleofHardFi1

AMsg4Hm_003_StyleofJackPenate1

AMsg4Hm_003_StyleofJamieT1

AMsg4Hm_003_StyleofJanetandNelly1

AMsg4Hm_003_StyleofJenniferLopez1

AMsg4Hm_003_StyleofJimCroce1

AMsg4Hm_003_StyleofJoeSouth1

AMsg4Hm_003_StyleofJohnMellencamp1

AMsg4Hm_003_StyleofJossStone1

AMsg4Hm_003_StyleofKeithUrban1

AMsg4Hm_003_StyleofKelliePickler1

AMsg4Hm_003_StyleofKennyLogginsandJimMessina1

AMsg4Hm_003_StyleofKoolandTheGang1

AMsg4Hm_003_StyleofLadyAntebellum1

AMsg4Hm_003_StyleofLeeGreenwood1

AMsg4Hm_003_StyleofLittleBigTown1

AMsg4Hm_003_StyleofLosDelRio1

AMsg4Hm_003_StyleofLupeFiasco1

AMsg4Hm_003_StyleofManicStreetPreachers1

AMsg4Hm_003_StyleofMarciaGriffiths1

AMsg4Hm_003_StyleofMartinaMcBride1

AMsg4Hm_003_StyleofMaryJBlige1

AMsg4Hm_003_StyleofMatKearney1

AMsg4Hm_003_StyleofMaureenMcGovern1

AMsg4Hm_003_StyleofMonica1

AMsg4Hm_003_StyleofMyChemicalRomance2

AMsg4Hm_003_StyleofNappyRoots1

AMsg4Hm_003_StyleofNatalieImbruglia1

AMsg4Hm_003_StyleofNatashaBedingfield2

AMsg4Hm_003_StyleofNatashBedingfield3

AMsg4Hm_003_StyleofNelly1

AMsg4Hm_003_StyleofNellyFurtado3

AMsg4Hm_003_StyleofOcean1

AMsg4Hm_003_StyleofParamore1

AMsg4Hm_003_StyleofPaulMcCartney1

AMsg4Hm_003_StyleofPhilVassar1

AMsg4Hm_003_StyleofRaconteurs1

AMsg4Hm_003_StyleofRascalFlatts1

AMsg4Hm_003_StyleofRickiLee1

AMsg4Hm_003_StyleofRobertPalmer1

AMsg4Hm_003_StyleofRodneyAtkins1

AMsg4Hm_003_StyleofSandyPosey2

AMsg4Hm_003_StyleofSaraEvans1

AMsg4Hm_003_StyleofSavageGarden1

AMsg4Hm_003_StyleofSeal1

AMsg4Hm_003_StyleofSeanPaul1

AMsg4Hm_003_StyleofSimonWebbe1

AMsg4Hm_003_StyleofSimplyRed1

AMsg4Hm_003_StyleofSmashMouth1

AMsg4Hm_003_StyleofSnoopDogg1

AMsg4Hm_003_StyleofT2featJodieAysha1

AMsg4Hm_003_StyleofTalBachman1

AMsg4Hm_003_StyleofTalBachman2

AMsg4Hm_003_StyleofTamia1

AMsg4Hm_003_StyleofTerriClark1

AMsg4Hm_003_StyleofThaila1

AMsg4Hm_003_StyleofTheBeeGees1

AMsg4Hm_003_StyleofTheRollingStones1

AMsg4Hm_003_StyleofTimberland1

AMsg4Hm_003_StyleofTradersRogue1

AMsg4Hm_003_StyleofTraditional1

AMsg4Hm_003_StyleofTraditional2

AMsg4Hm_003_StyleofTraditional3

AMsg4Hm_003_StyleofTraditional4

AMsg4Hm_003_StyleofTraditional5

AMsg4Hm_003_StyleofTraditional6

AMsg4Hm_003_StyleofTraditional7

**AMsg4Hm_003_StyleofTraditional8**

**AMsg4Hm_003_StyleofTraditional9**

**AMsg4Hm_003_StyleofTraditional10**

**AMsg4Hm_003_StyleofTwista1**

**AMsg4Hm_003_StyleofVinceGill1**

**AMsg4Hm_003_StyleofWhiskeyFalls1**

**AMsg4Hm_Styleof50Cent1**

**AMsg4Hm_StyleofAaliyah1**

**AMsg4Hm_StyleofAkon2**

**AMsg4Hm_StyleofAlanJackson1**

**AMsg4Hm_StyleofAliCampbell1**

**AMsg4Hm_StyleofAlisonKraus1**

**AMsg4Hm_StyleofAmandaEHendrix1**

**AMsg4Hm_StyleofAmyMcDonald1**

**AMsg4Hm_StyleofAmyWinehouse2**

**AMsg4Hm_StyleofArcticMonkeys1**

**AMsg4Hm_StyleofAthlete1**

**AMsg4Hm_StyleofAvrilLavigne2**

**AMsg4Hm_StyleofAxwell1**

**AMsg4Hm_StyleofBeyonce2**

**AMsg4Hm_StyleofBlakeLewis1**

**AMsg4Hm_StyleofBlocParty1**

**AMsg4Hm_StyleofBradPaisley1**

**AMsg4Hm_StyleofBreakfreakz1**

**AMsg4Hm_StyleofBrianMcKnight1**

**AMsg4Hm_StyleofBrianMcKnight2**

**AMsg4Hm_StyleofBrianMcKnight3**

**AMsg4Hm_StyleofBuckOwens1**

AMsg4Hm_StyleofCarlThomas1

AMsg4Hm_StyleofCarol1

AMsg4Hm_StyleofCarolynDawnJohnson1

AMsg4Hm_StyleofCarrieUnderwood1

AMsg4Hm_StyleofCascada1

AMsg4Hm_StyleofCassie1

AMsg4Hm_StyleofChemicalRomance2

AMsg4Hm_StyleofCheNellefeatCham1

AMsg4Hm_StyleofChristinaAguilera4

AMsg4Hm_StyleofCommonfeatLilyAllen1

AMsg4Hm_StyleofConnieFrancis4

AMsg4Hm_StyleofConnieFrancis5

AMsg4Hm_StyleofDeltaGoodrem1

AMsg4Hm_StyleofDestinysChild1

AMsg4Hm_StyleofDonnaSummer1

AMsg4Hm_StyleofEditors1

AMsg4Hm_StyleofEiffel65_001

AMsg4Hm_StyleofEiffel65_2

AMsg4Hm_StyleofEnriqueIglesias1

AMsg4Hm_StyleofEricCarmen1

AMsg4Hm_StyleofFeist1

AMsg4Hm_StyleofFrankieValli1

AMsg4Hm_StyleofFrankieValli2

AMsg4Hm_StyleofFreaks1

AMsg4Hm_StyleofGarethGates1

AMsg4Hm_StyleofGirlsAloud1

AMsg4Hm_StyleofGwenStefani1

AMsg4Hm_StyleofHoosiers1

AMsg4Hm_StyleofJakeOwen1

AMsg4Hm_StyleofJamesBlunt1

AMsg4Hm_StyleofJamieT1

AMsg4Hm_StyleofJanetandNelly1

AMsg4Hm_StyleofJewel1

AMsg4Hm_StyleofJimCroce1

AMsg4Hm_StyleofJohnMellencamp1

AMsg4Hm_StyleofKanyeWestfeatT-Pain1

AMsg4Hm_StyleofKeithUrban1

AMsg4Hm_StyleofKellyClarkson1

AMsg4Hm_StyleofKoolandTheGang1

AMsg4Hm_StyleofKTTunstall1

AMsg4Hm_StyleofKylieMinogue1

AMsg4Hm_StyleofLeeGreenwood1

AMsg4Hm_StyleofLeonJackson1

AMsg4Hm_StyleofLosDelRio1

AMsg4Hm_StyleofManicStreetPreachers1

AMsg4Hm_StyleofMarciaGriffiths1

AMsg4Hm_StyleofMartinaMcBride1

AMsg4Hm_StyleofMartinaMcBride2

AMsg4Hm_StyleofMaryJBlige1

AMsg4Hm_StyleofMatKearney1

AMsg4Hm_StyleofMaureenMcGovern1

AMsg4Hm_StyleofMcFly1

AMsg4Hm_StyleofMonica1

AMsg4Hm_StyleofNappyRoots1

AMsg4Hm_StyleofNatashaBedingfield2

AMsg4Hm_StyleofNatashaBedingfield3

AMsg4Hm_StyleofNelly1

AMsg4Hm_StyleofNellyFurtado3

AMsg4Hm_StyleofOcean1

AMsg4Hm_StyleofOneRepublic1

AMsg4Hm_StyleofPaulMcCartney1

AMsg4Hm_StyleofPigeonDetectives1

AMsg4Hm_StyleofRaconteurs1

AMsg4Hm_StyleofRihanna1

AMsg4Hm_StyleofRobertPalmer1

AMsg4Hm_StyleofSandyPosey2

AMsg4Hm_StyleofSaraEvans1

AMsg4Hm_StyleofSavageGarden1

AMsg4Hm_StyleofSawDoctors1

AMsg4Hm_StyleofSeanPaul1

AMsg4Hm_StyleofShayneWard1

AMsg4Hm_StyleofSimplyRed1

AMsg4Hm_StyleofSmashMouth1

AMsg4Hm_StyleofSnoopDogg1

AMsg4Hm_StyleofTalBachman1

AMsg4Hm_StyleofTalBachman2

AMsg4Hm_StyleofTamia1

AMsg4Hm_StyleofTaylorSwift1

AMsg4Hm_StyleofThaila1

AMsg4Hm_StyleofTheBeeGees1

AMsg4Hm_StyleofTheRollingStones1

AMsg4Hm_StyleofTimberland1

AMsg4Hm_StyleofTomPettyandStevieNicks1

AMsg4Hm_StyleofTraditional1

**AMsg4Hm_StyleofTraditional2**

**AMsg4Hm_StyleofTraditional3**

**AMsg4Hm_StyleofTraditional4**

**AMsg4Hm_StyleofTraditional5**

**AMsg4Hm_StyleofTraditional6**

**AMsg4Hm_StyleofTraditional7**

**AMsg4Hm_StyleofTraditional8**

**AMsg4Hm_StyleofTraditional9**

**AMsg4Hm_StyleofTraditional10**

**AMsg4Hm_StyleofTwista1**

**AMsg4Hm_StyleofVeronicas1**

**AMsg4Hm_StyleofWilsonPickett1**

**AMsg4Hm_005_Styleof50Cent1**

**AMsg4Hm_005_StyleofAaliyah1**

**AMsg4Hm_005_StyleofaAmandaEHendrix1**

**AMsg4Hm_005_StyleofAkon2**

**AMsg4Hm_005_StyleofAlanJackson1**

**AMsg4Hm_005_StyleofAlanJackson2**

**AMsg4Hm_005_StyleofAlisonKraus1**

**AMsg4Hm_005_StyleofAmyMcDonald1**

**AMsg4Hm_005_StyleofAmyWinehouse2**

**AMsg4Hm_005_StyleofAthlete1**

**AMsg4Hm_005_StyleofAvrilLavigne2**

**AMsg4Hm_005_StyleofAxwell1**

**AMsg4Hm_005_StyleofBeyonce2**

**AMsg4Hm_005_StyleofBigandRich1**

**AMsg4Hm_005_StyleofBlakeLewis1**

**AMsg4Hm_005_StyleofBradPaisley1**

AMsg4Hm_005_StyleofBreakfreakz1

AMsg4Hm_005_StyleofBrianMcKnight1

AMsg4Hm_005_StyleofBrianMcKnight2

AMsg4Hm_005_StyleofBrianMcKnight3

AMsg4Hm_005_StyleofBrooksandDunn1

AMsg4Hm_005_StyleofBuckOwens1

AMsg4Hm_005_StyleofBuckyCovington1

AMsg4Hm_005_StyleofCarlThomas1

AMsg4Hm_005_StyleofCarolynDawnJohnson1

AMsg4Hm_005_StyleofCarrieUnderwood1

AMsg4Hm_005_StyleofCassie1

AMsg4Hm_005_StyleofChemicalRomance2

AMsg4Hm_005_StyleofChristinaAguilera4

AMsg4Hm_005_StyleofChuckWicks1

AMsg4Hm_005_StyleofConnieFrancis4

AMsg4Hm_005_StyleofConnieFrancis5

AMsg4Hm_005_StyleofCoral1

AMsg4Hm_005_StyleofCraigMorgan1

AMsg4Hm_005_StyleofDeltaGoodrem1

AMsg4Hm_005_StyleofDestinysChild1

AMsg4Hm_005_StyleofDollyParton1

AMsg4Hm_005_StyleofDonnaSummer1

AMsg4Hm_005_StyleofEagles1

AMsg4Hm_005_StyleofEditors1

AMsg4Hm_005_StyleofEiffel65_001

AMsg4Hm_005_StyleofEiffel65_2

AMsg4Hm_005_StyleofElvisPresley1

AMsg4Hm_005_StyleofEmersonDrive1

AMsg4Hm_005_StyleofEnriqueIglesias1

AMsg4Hm_005_StyleofFaithHill1

AMsg4Hm_005_StyleofFaithHill002

AMsg4Hm_005_StyleofFrankieValli1

AMsg4Hm_005_StyleofFrankieValli2

AMsg4Hm_005_StyleofFreaks1

AMsg4Hm_005_StyleofGarethGates1

AMsg4Hm_005_StyleofGarthBrooks1

AMsg4Hm_005_StyleofGeorgeStrait1

AMsg4Hm_005_StyleofGeorgeStraitandKennyChesney~

AMsg4Hm_005_StyleofGretchenWilson1

AMsg4Hm_005_StyleofGwenStefani1

AMsg4Hm_005_StyleofJakeOwen1

AMsg4Hm_005_StyleofJamieT1

AMsg4Hm_005_StyleofJanetandNelly1

AMsg4Hm_005_StyleofJasonAldean1

AMsg4Hm_005_StyleofJimCroce1

AMsg4Hm_005_StyleofJoeSouth1

AMsg4Hm_005_StyleofJohnMellencamp1

AMsg4Hm_005_StyleofKeithUrban1

AMsg4Hm_005_StyleofKeithUrban2

AMsg4Hm_005_StyleofKelliePickler1

AMsg4Hm_005_StyleofKennyChesney1

AMsg4Hm_005_StyleofKennyLogginsandJimMessina1

AMsg4Hm_005_StyleofKoolandTheGang1

AMsg4Hm_005_StyleofKTTunstall1

AMsg4Hm_005_StyleofLadyAntebellum1

AMsg4Hm_005_StyleofLeeGreenwood1

AMsg4Hm_005_StyleofLilaMcCann1

AMsg4Hm_005_StyleofLittleBigTown1

AMsg4Hm_005_StyleofLosDelRio1

AMsg4Hm_005_StyleofManicStreetPreachers1

AMsg4Hm_005_StyleofMarciaGriffiths1

AMsg4Hm_005_StyleofMartinaMcBride1

AMsg4Hm_005_StyleofMartinaMcBride2

AMsg4Hm_005_StyleofMaryJBlige1

AMsg4Hm_005_StyleofMatKearney1

AMsg4Hm_005_StyleofMaureenMcGovern1

AMsg4Hm_005_StyleofMcKnight1

AMsg4Hm_005_StyleofMonica1

AMsg4Hm_005_StyleofNappyRoots1

AMsg4Hm_005_StyleofNatashaBedingfield2

AMsg4Hm_005_StyleofNatashaBedingfield3

AMsg4Hm_005_StyleofNelly1

AMsg4Hm_005_StyleofNellyFurtado3

AMsg4Hm_005_StyleofOcean1

AMsg4Hm_005_StyleofPaulMcCartney1

AMsg4Hm_005_StyleofPhilVassar1

AMsg4Hm_005_StyleofRaconteurs1

AMsg4Hm_005_StyleofRascalFlatts1

AMsg4Hm_005_StyleofRobertPalmer1

AMsg4Hm_005_StyleofRodneyAtkins1

AMsg4Hm_005_StyleofSandyPosey2

AMsg4Hm_005_StyleofSaraEvans1

AMsg4Hm_005_StyleofSavageGarden1

AMsg4Hm_005_StyleofSawDoctors1

AMsg4Hm_005_StyleofSeanPaul1

AMsg4Hm_005_StyleofSimplyRed1

AMsg4Hm_005_StyleofSmashMouth1

AMsg4Hm_005_StyleofSnoopDogg1

AMsg4Hm_005_StyleofSimonWebbe1

AMsg4Hm_005_StyleofTalBachman1

AMsg4Hm_005_StyleofTalBachman2

AMsg4Hm_005_StyleofTamia1

AMsg4Hm_005_StyleofThaila1

AMsg4Hm_005_StyleofTheBeeGees1

AMsg4Hm_005_StyleofTheRollingStones1

AMsg4Hm_005_StyleofTimberland1

AMsg4Hm_005_StyleofTraditional1

AMsg4Hm_005_StyleofTraditional2

AMsg4Hm_005_StyleofTraditional3

AMsg4Hm_005_StyleofTraditional5

AMsg4Hm_005_StyleofTraditional6

AMsg4Hm_005_StyleofTraditional7

AMsg4Hm_005_StyleofTraditional8

AMsg4Hm_005_StyleofTraditional9

AMsg4Hm_005_StyleofTraditional10

AMsg4Hm_005_StyleofTwista1

AMsg4Hm_006_StyleofFeist1

AMsg4Hm_006_StyleofGirlsAloud1

AMsg4Hm_006_StyleofGwenStefani1

AMsg4Hm_006_StyleofInnerCircle1

AMsg4Hm_006_StyleofKennyChesney1

AMsg4Hm_006_StyleofKillers1

AMsg4Hm_006_StyleofKillers2

AMsg4Hm_006_StyleofLilaMcCann1

AMsg4Hm_006_StyleofLittleBigTown1

AMsg4Hm_006_StyleofLupeFiasco1

AMsg4Hm_006_StyleofNellyFurtado1

AMsg4Hm_006_StyleofParamore1

AMsg4Hm_006_StyleofRhianna1

AMsg4Hm_006_StyleofRhianna2

AMsg4Hm_006_StyleofRodStewart1

AMsg4Hm_006_StyleofScoutingForGirls1

AMsg4Hm_006_StyleofSeal1

AMsg4Hm_006_StyleofShayneWard1

AMsg4Hm_006_StyleofTradersRogue1

AMsg4Hm_006_StyleofWhiskeyFalls1

AMsg4Hm_006_StyleofWombats1

AMsg4Hm_007_StyleofJump5 1

AMsg4Hm_007_StyleofKoolandTheGang1

AMsg4Hm_007_StyleofLeeGreenwood1

AMsg4Hm_007_StyleofMartinaMcBride1

AMsg4Hm_007_StyleofMonica1

AMsg4Hm_007_StyleofOcean1

AMsg4Hm_007_StyleofRobertPalmer1

AMsg4Hm_007_StyleofSandyPosey2

AMsg4Hm_007_StyleofSavageGarden1

AMsg4Hm_007_StyleofSeanPaul1

AMsg4Hm_007_StyleofSimplyRed1

AMsg4Hm_007_StyleofSmashmouth1

AMsg4Hm_007_StyleofTalBachman1

AMsg4Hm_007_StyleofTalBachman2

AMsg4Hm_007_StyleofTheBeeGees1

AMsg4Hm_007_StyleofTraditional1

AMsg4Hm_007_StyleofTraditional2

AMsg4Hm_007_StyleofTraditional3

AMsg4Hm_007_StyleofTraditional4

AMsg4Hm_007_StyleofTraditional5

AMsg4Hm_007_StyleofTraditional6

AMsg4Hm_007_StyleofTraditional7

AMsg4Hm_007_StyleofTraditional8

AMsg4Hm_007_StyleofTraditional9

AMsg4Hm_007_StyleofTraditional11

AMsg4Hm_008_StyleofAlanJackson1

AMsg4Hm_008_StyleofAlisonKraus1

AMsg4Hm_008_StyleofArcticMonkeys1

AMsg4Hm_008_StyleofBigandRich1

AMsg4Hm_008_StyleofBlocParty1

AMsg4Hm_008_StyleofFreemasons1

AMsg4Hm_008_StyleofFutureheads1

AMsg4Hm_008_StyleofKillers1

AMsg4Hm_008_StyleofLeonaLewis1

AMsg4Hm_008_StyleofLupeFiasco1

AMsg4Hm_008_StyleofMadonna1

AMsg4Hm_008_StyleofNatashaBedingfield1

AMsg4Hm_008_StyleofRodStewart1

AMsg4Hm_008_StyleofSpiceGirls1

AMsg4Hm_008_StyleofT21

AMsg4Hm_008_StyleofTerriClark1

AMsg4Hm_009_StyleofAliCampbell1

AMsg4Hm_009_StyleofAmyWinehouse1

AMsg4Hm_009_StyleofBeyonce1

AMsg4Hm_009_StyleofBigandRich1

AMsg4Hm_009_StyleofBigandRich002

AMsg4Hm_009_StyleofBobbyBrown1

AMsg4Hm_009_StyleofBritneySpears1

AMsg4Hm_009_StyleofCelineDion1

AMsg4Hm_009_StyleofDaughtry1

AMsg4Hm_009_StyleofFrankSinatra1

AMsg4Hm_009_StyleofJossStone1

AMsg4Hm_009_StyleofKellyClarkson1

AMsg4Hm_009_StyleofMileyCyrus1

AMsg4Hm_009_StyleofRayCharles1

AMsg4Hm_009_StyleofScoutingforGirls1

AMsg4Hm_009_StyleofTaylorSmith1

AMsg4Hm_009_StyleofTomPetty1

AMsg4Hm_009_StyleofYaelNaim1

AMsg4Hm_010_StyleofArcadeFire1

AMsg4Hm_010_StyleofChristinaAguilera2

AMsg4Hm_010_StyleofCreedenceClearwater4

AMsg4Hm_010_StyleofCreedenceClearwaterRevival~

AMsg4Hm_010_StyleofElliotYamin1

AMsg4Hm_010_StyleofEve1

AMsg4Hm_010_StyleofGloriaEstefan1

AMsg4Hm_010_StyleofHelenReddy1

AMsg4Hm_010_StyleofHughGrantandHayleyBennet1

AMsg4Hm_010_StyleofJackPenate1

AMsg4Hm_010_StyleofJordanSparks1

AMsg4Hm_010_StyleofLeeGreenwood1

AMsg4Hm_010_StyleofLilyAllen1

AMsg4Hm_010_StyleofLionelRichie1

AMsg4Hm_010_StyleofTraditional1

AMsg4Hm_010_StyleofTraditional2

AMsg4Hm_010_StyleofTraditional3

AMsg4Hm_010_StyleofTraditional4

AMsg4Hm_010_StyleofTraditional5

AMsg4Hm_010_StyleofTraditional6

AMsg4Hm_010_StyleofTraditional7

AMsg4Hm_010_StyleofTraditional8

AMsg4Hm_010_StyleofTraditional9

AMsg4Hm_010_StyleofTraditional11

AMsg4Hm_011_StyleofArcadeFire1

AMsg4Hm_011_StyleofCreedenceClearwaterRevival~

AMsg4Hm_011_StyleofHelenReddy1

AMsg4Hm_011_StyleofLeeGreenwood1

AMsg4Hm_011_StyleofLilChris2

AMsg4Hm_011_StyleofLilyAllen1

AMsg4Hm_011_StyleofLittleRichard3

AMsg4Hm_011_StyleofLostProphets1

AMsg4Hm_011_StyleofPink2

AMsg4Hm_011_StyleofRayStevens1

AMsg4Hm_011_StyleofRoyOrbison1

AMsg4Hm_011_StyleofSeanKingston1

AMsg4Hm_011_StyleofSpiralStaircase1

AMsg4Hm_011_StyleofSugarMal1

AMsg4Hm_011_StyleofTraditional1

AMsg4Hm_011_StyleofTraditional2

AMsg4Hm_011_StyleofTraditional3

AMsg4Hm_011_StyleofTraditional4

AMsg4Hm_011_StyleofTraditional5

AMsg4Hm_011_StyleofTraditional6

AMsg4Hm_011_StyleofTraditional7

AMsg4Hm_011_StyleofTraditional8

AMsg4Hm_011_StyleofTraditional9

AMsg4Hm_011_StyleofTraditional11

AMsg4Hm_012_StyleofChristinaAguilera2

AMsg4Hm_012_StyleofCreedenceClearwaterRevival~

AMsg4Hm_012_StyleofElliotYamin1

AMsg4Hm_012_StyleofEve1

AMsg4Hm_012_StyleofGloriaEstefan1

AMsg4Hm_012_StyleofGwenStefani4

AMsg4Hm_012_StyleofHughGrantandHayleyBennet1

AMsg4Hm_012_StyleofJackPenate1

AMsg4Hm_012_StyleofJordanSparks1

AMsg4Hm_012_StyleofLeeGreenwood1

AMsg4Hm_012_StyleofLionelRichie1

AMsg4Hm_012_StyleofLuLu1

AMsg4Hm_012_StyleofLutherVandross1

AMsg4Hm_012_StyleofOtisRedding2

AMsg4Hm_012_StyleofSpiralStaircase1

AMsg4Hm_012_StyleofTraditional1

AMsg4Hm_012_StyleofTraditional2

AMsg4Hm_012_StyleofTraditional3

AMsg4Hm_012_StyleofTraditional4

AMsg4Hm_012_StyleofTraditional5

AMsg4Hm_012_StyleofTraditional6

AMsg4Hm_012_StyleofTraditional7

AMsg4Hm_012_StyleofTraditional8

AMsg4Hm_012_StyleofTraditional9

AMsg4Hm_012_StyleofTraditional10

AMsg4Hm_012_StyleofTraditional11

AMsg4Hm_013_StyleofAthlete1

AMsg4Hm_013_StyleofAvrilLavigne2

AMsg4Hm_013_StyleofAxwell1

AMsg4Hm_013_StyleofConnieFrancis4

AMsg4Hm_013_StyleofEditors1

AMsg4Hm_013_StyleofFrankieValli1

AMsg4Hm_013_StyleofFrankieValli2

AMsg4Hm_013_StyleofFreaks1

AMsg4Hm_013_StyleofLeeGreenwood1

AMsg4Hm_013_StyleofManicStreetPreachers1

AMsg4Hm_013_StyleofNappyRoots1

AMsg4Hm_013_StyleofNellyFurtado3

AMsg4Hm_013_StyleofPaulMcCartney1

AMsg4Hm_013_StyleofSnoopDogg1

AMsg4Hm_013_StyleofThaila1

AMsg4Hm_013_StyleofTheRollingStones1

AMsg4Hm_013_StyleofTraditional1

AMsg4Hm_013_StyleofTraditional2

AMsg4Hm_013_StyleofTraditional3

AMsg4Hm_013_StyleofTraditional4

AMsg4Hm_013_StyleofTraditional5

AMsg4Hm_013_StyleofTraditional6

AMsg4Hm_013_StyleofTraditional7

AMsg4Hm_013_StyleofTraditional8

AMsg4Hm_013_StyleofTraditional9

AMsg4Hm_013_StyleofTraditional11

AMsg4Hm_014_StyleofChenelle1

AMsg4Hm_014_StyleofChrisBrown1

AMsg4Hm_014_StyleofDaughtry1

AMsg4Hm_014_StyleofFooFighters1

AMsg4Hm_014_StyleofFrankSinatra1

AMsg4Hm_014_StyleofGarthBrooks1

AMsg4Hm_014_StyleofGirlsAloud1

AMsg4Hm_014_StyleofJossStone1

AMsg4Hm_014_StyleofKellyClarkson1

AMsg4Hm_014_StyleofKTTunstall1

AMsg4Hm_014_StyleofLinkinPark1

AMsg4Hm_014_StyleofLupeFiasco1

AMsg4Hm_014_StyleofLuthorVandross1

AMsg4Hm_014_StyleofMileyCyrus1

AMsg4Hm_014_StyleofNaimYael1

AMsg4Hm_014_StyleofPigeonDetectives1

AMsg4Hm_014_StyleofRhianna1

AMsg4Hm_014_StyleofSaraBereilles1

AMsg4Hm_014_StyleofSugarland1

AMsg4Hm_014_StyleofTerriClark1

AMsg4Hm_014_StyleofTheFeeling1

AMsg4Hm_014_StyleofWilsonPickett1

AMsg4Hm_015_StyleofAJAli1

AMsg4Hm_015_StyleofAlanisMorrisette1

AMsg4Hm_015_StyleofAlanisMorrisette1-1

AMsg4Hm_015_StyleofAliciaKeys1

AMsg4Hm_015_StyleofArcticMonkeys1

AMsg4Hm_015_StyleofBeachBoys1

AMsg4Hm_015_StyleofBeachBoys2

AMsg4Hm_015_StyleofBeyonce1

AMsg4Hm_015_StyleofBlocParty1

AMsg4Hm_015_StyleofBobDylan1

AMsg4Hm_015_StyleofBonJovi1

AMsg4Hm_015_StyleofBritneySpears1

AMsg4Hm_015_StyleofChamillionaire1

AMsg4Hm_015_StyleofChenelle1

AMsg4Hm_015_StyleofChrisBrown1

AMsg4Hm_015_StyleofCraigMorgan1

AMsg4Hm_015_StyleofDeanMartin1

AMsg4Hm_015_StyleofEmersonDrive1

AMsg4Hm_015_StyleofFergie1

AMsg4Hm_015_StyleofLouisArmstrong1

AMsg4Hm_015_StyleofTraditional1

AMsg4Hm_016_StyleofAlanisMorrisette1

AMsg4Hm_016_StyleofAlanJackson1

AMsg4Hm_016_StyleofAliciaKeys1

AMsg4Hm_016_StyleofAlisonKraus1

AMsg4Hm_016_StyleofBeachBoys1

AMsg4Hm_016_StyleofBeachBoys2

AMsg4Hm_016_StyleofBigandRich1

AMsg4Hm_016_StyleofBobbyBrown1

AMsg4Hm_016_StyleofBonJovi1

AMsg4Hm_016_StyleofBrooksandDunn1

AMsg4Hm_016_StyleofCascada1

AMsg4Hm_016_StyleofCelineDion1

AMsg4Hm_016_StyleofChamillionaire1

AMsg4Hm_016_StyleofChrisBrown1

AMsg4Hm_016_StyleofEagles1

AMsg4Hm_016_StyleofElvisPresley1

AMsg4Hm_016_StyleofFaithHill1

AMsg4Hm_016_StyleofFeist1

AMsg4Hm_016_StyleofFooFighters1

AMsg4Hm_016_StyleofTraditional1

Thts4Frd_002_StyleofAJAli1

Thts4Frd_002_StyleofAliciaKeys1

Thts4Frd_002_StyleofAmyMcDonald1

Thts4Frd_002_StyleofAmyWinehouse1

Thts4Frd_002_StyleofArcticMonkeys1

Thts4Frd_002_StyleofAshtonShepherd1

Thts4Frd_002_StyleofBeyonce1

Thts4Frd_002_StyleofBigandRich1

Thts4Frd_002_StyleofBlakeShelton1

Thts4Frd_002_StyleofCelineDion1

Thts4Frd_002_StyleofChamillionaire1

Thts4Frd_002_StyleofChamillionaire1-0

Thts4Frd_002_StyleofChenelle1

Thts4Frd_002_StyleofChenelle1-0

Thts4Frd_002_StyleofChrisBrown1

Thts4Frd_002_StyleofCommon1

Thts4Frd_002_StyleofDaughtry1

Thts4Frd_002_StyleofDierksBentley1

Thts4Frd_002_StyleofDollyParton1

Thts4Frd_002_StyleofDuffy1

Thts4Frd_002_StyleofEagles1

Thts4Frd_002_StyleofElvisPresley1

Thts4Frd_002_StyleofFrankSinatra1

Thts4Frd_002_StyleofGirlsAloud1

Thts4Frd_002_StyleofGwenStefani1

Thts4Frd_002_StyleofHanson1

Thts4Frd_002_StyleofHtwoOPlatinum1

Thts4Frd_002_StyleofJamesBlunt1

Thts4Frd_002_StyleofJewel1

Thts4Frd_002_StyleofJoshTurnerTrishaYearwood~

Thts4Frd_002_StyleofJossStone1

Thts4Frd_002_StyleofKanyeWest1

Thts4Frd_002_StyleofKeithAnderson1

Thts4Frd_002_StyleofKellyClarkson1

Thts4Frd_002_StyleofKellyOsbourne1

Thts4Frd_002_StyleofKTTunstall1

Thts4Frd_002_StyleofLeonaLewis1

Thts4Frd_002_StyleofLouisArmstrong1

Thts4Frd_002_StyleofLutherVandrossBeyonceKno~

Thts4Frd_002_StyleofMadonna1

Thts4Frd_002_StyleofMarkRonson1

Thts4Frd_002_StyleofMileyCyrus1

Thts4Frd_002_StyleofMutyaBuenaAmyWinehouse1

Thts4Frd_002_StyleofOneRepublic1

Thts4Frd_002_StyleofParamore1

Thts4Frd_002_StyleofPhilStacey1

Thts4Frd_002_StyleofRandyOwen1

Thts4Frd_002_StyleofRihanna1

Thts4Frd_002_StyleofRobertaFlackDonnieHathaw~

Thts4Frd_002_StyleofScoutingForGirls1

Thts4Frd_002_StyleofSeal1

Thts4Frd_002_StyleofTaylorSwift1

Thts4Frd_002_StyleofTeddyBears1

Thts4Frd_002_StyleofTheFutureheads1

Thts4Frd_002_StyleofTomPettyStevieNicks1

Thts4Frd_002_StyleofWilsonPickett1

Thts4Frd_002_StyleofWyclefJean1

Thts4Frd_002_StyleofYaelNaim1

Thts4Frd_003_StyleofJewel1

Thts4Frd_003_StyleofJoshTurnerTrishaYearwood1

Thts4Frd_003_StyleofAlanJackson1

Thts4Frd_003_StyleofAliciaKeys1

Thts4Frd_003_StyleofAmyMcdonald1

Thts4Frd_003_StyleofAmyWinehouse1

Thts4Frd_003_StyleofArticMonkeys1

Thts4Frd_003_StyleofAshtonShepherd1

Thts4Frd_003_StyleofBeyonce1

Thts4Frd_003_StyleofBlakeShelton1

Thts4Frd_003_StyleofBlocParty1

Thts4Frd_003_StyleofBritneySpears1

Thts4Frd_003_StyleofDaughtry1

Thts4Frd_003_StyleofDierksBentley1

Thts4Frd_003_StyleofDollyParton1

Thts4Frd_003_StyleofDuffy1

Thts4Frd_003_StyleofEagles1

Thts4Frd_003_StyleofGirlsAloud1

Thts4Frd_003_StyleofHanson1

Thts4Frd_003_StyleofHtwoO1

Thts4Frd_003_StyleofJossStone1

Thts4Frd_003_StyleofKeithAnderson1

Thts4Frd_003_StyleofKellyClarkson1

Thts4Frd_003_StyleofKellyOsbourne1

Thts4Frd_003_StyleofLouisArmstrong1

Thts4Frd_003_StyleofLutherVandrossBeyonceKno~

Thts4Frd_003_StyleofMadonna1

Thts4Frd_003_StyleofMarkRonson1

Thts4Frd_003_StyleofMileyCyrus1

Thts4Frd_003_StyleofMutyaBuenaAmyWinehouse1

Thts4Frd_003_StyleofOneRepublic1

Thts4Frd_003_StyleofParamore1

Thts4Frd_003_StyleofPhilStacey1

Thts4Frd_003_StyleofRandyOwen1

Thts4Frd_003_StyleofRobertaFlackDonnieHathaw~

Thts4Frd_003_StyleofScoutingForGirls1

Thts4Frd_003_StyleofTaylorSwift1

Thts4Frd_003_StyleofTeddyBears1

Thts4Frd_003_StyleofTheFutureheads1

Thts4Frd_003_StyleofTomPettyStevieNicks1

Thts4Frd_003_StyleofYaelNaim1

Bd4Frd_005_StyleofAkon1

Bd4Frd_005_StyleofBeyonce1

Bd4Frd_005_StyleofBobbyVinton1

Bd4Frd_005_StyleofConnieFrancis1

Bd4Frd_005_StyleofDustySpringfield1

Bd4Frd_005_StyleofJamesTaylor1

Bd4Frd_005_StyleofJasonMichaelCarol1

Bd4Frd_005_StyleofPointerSisters1

Bd4Frd_005_StyleofMaxwell1

Bd4Frd_005_StyleofAmericaTheBeautiful12

Bd4Frd_005_StyleofBillyCurrington1

Bd4Frd_005_StyleofGaryAllen1

Bd4Frd_005_StyleofLiftEveryVoiceandSing1

Bd4Frd_005_StyleofWhitneyHouston1

Bd4Frd_005_StyleofLiftEveryVoiceandSing2

Bd4Frd_005_StyleofCreedenceClearwaterRevival1

Bd4Frd_005_StyleofJenniferLopez1

Bd4Frd_005_StyleofPuddleOfMudd1

Bd4Frd_005_StyleofBonJovi1

Bd4Frd_005_StyleofJamesTaylor2

Bd4Frd_005_StyleofP.O.D.1

Bd4Frd_005_StyleofTheEverlyBrothers1

Bd4Frd_006_StyleofAshleyMonroe

Bd4Frd_006_StyleofClayWalker1

Bd4Frd_006_StyleofLindaRonstadt1

Bd4Frd_006_Styleof3DoorsDown1

Bd4Frd_006_StyleofAkon2

Bd4Frd_006_StyleofArethaFranklin1

Bd4Frd_006_StyleofBlackOakArkansas1

Bd4Frd_006_StyleofBlackOakArkansas2

Bd4Frd_006_StyleofCascada1

Bd4Frd_006_StyleofCher1

Bd4Frd_006_StyleofHavaNagila8

Bd4Frd_006_StyleofHavaNagila9

Bd4Frd_006_StyleofJackieWilson1

Bd4Frd_006_StyleofLit1

Bd4Frd_006_StyleofLittleEva1

Bd4Frd_006_StyleofMarvinGaye1

Bd4Frd_006_StyleofPercySledge1

Bd4Frd_006_StyleofShakira1

Bd4Frd_006_StyleofStarSpangledBanner4

Bd4Frd_006_StyleofStoneTemplePilots1

Bd4Frd_006_StyleofTommyRoe1

Bd4Frd_006_StyleofWhitneyHouston2

Bd4Frd_007_StyleofBrooksandDunn1

Bd4Frd_007_StyleofLindaRonstadt2

Bd4Frd_007_StyleofRonnieMilsap1

Bd4Frd_007_Styleof311 1

Bd4Frd_007_StyleofBootyLuv1

Bd4Frd_007_StyleofClassiVI 1

Bd4Frd_007_StyleofCreedenceClearwaterRevival2

Bd4Frd_007_StyleofDustySpringfield3

Bd4Frd_007_StyleofHarryBelafonte1

Bd4Frd_007_StyleofJet1

Bd4Frd_007_StyleofJohnnyAce1

Bd4Frd_007_StyleofNatashaBedingfield1

Bd4Frd_007_StyleofPearlJam1

Bd4Frd_007_StyleofRedHotChiliPeppers1

Bd4Frd_007_StyleofSeanKingston1

Bd4Frd_007_StyleofShirleyBassey

Bd4Frd_007_StyleofSlyandtheFamilyStone1

Bd4Frd_007_StyleofStarSpangledBanner5

Bd4Frd_007_StyleofThisLandIsYourLand10

Bd4Frd_007_StyleofThisLandIsYourLand13

Bd4Frd_007_StyleofTyrese1

Bd4Frd_007_StyleofWilbertHarrison1

Bd4Frd_008_StyleofGretchenWilson2

Bd4Frd_008_StyleofJohnMellencamp1

Bd4Frd_008_StyleofSugarland1

Bd4Frd_008_Styleof3DoorsDown2

Bd4Frd_008_StyleofAkon1

Bd4Frd_008_StyleofBattleHymnOfTheRepublic11

Bd4Frd_008_StyleofBobbyDarin1

Bd4Frd_008_StyleofBoneThugsNHarmony1

Bd4Frd_008_StyleofFabolous1

Bd4Frd_008_StyleofHarryBelafonte3

Bd4Frd_008_StyleofIncubus1

Bd4Frd_008_StyleofJohnnyAce2

Bd4Frd_008_StyleofLyric1

Bd4Frd_008_StyleofMaxwell1

Bd4Frd_008_StyleofMyCountryTisOfThee6

Bd4Frd_008_StyleofOtisRedding1

Bd4Frd_008_StyleofTheByrds1

Bd4Frd_008_StyleofTheMarineHymn3

Bd4Frd_008_StyleofTheRighteousBrothers2

Bd4Frd_008_StyleofVendettaRed1

Bd4Frd_008_StyleofVicDimone1

Bd4Frd_008_StyleofWhitneyHouston1

Bd4Frd_009_StyleofGeorgeStrait1

Bd4Frd_009_StyleofPhilVassar1

Bd4Frd_009_StyleofRonnieMilsap2

Bd4Frd_009_StyleofA.F.I.1

Bd4Frd_009_StyleofAkon2

Bd4Frd_009_StyleofAudioSlave1

Bd4Frd_009_StyleofAvrilLavigne2

Bd4Frd_009_StyleofBattleHymnOfTheRepublic14

Bd4Frd_009_StyleofBeyonce1

Bd4Frd_009_StyleofBobbyDarin2

Bd4Frd_009_StyleofCascada1

Bd4Frd_009_StyleofCher1

Bd4Frd_009_StyleofFrankieValli1

Bd4Frd_009_StyleofJenniferLopez1

Bd4Frd_009_StyleofLiftEveryVoiceandSing2

Bd4Frd_009_StyleofLinkinPark1

Bd4Frd_009_StyleofNatashaBedingfield2

Bd4Frd_009_StyleofPaulMcCartney1

Bd4Frd_009_StyleofRobertaFlack1

Bd4Frd_009_StyleofTheDrifters1

Bd4Frd_009_StyleofTheMarineHymn3

Bd4Frd_009_StyleofTheRollingStones1

Bd4Frd_010_Styleof3DoorsDown1

Bd4Frd_010_StyleofAshleyMonroe1

Bd4Frd_010_StyleofBeyonce1

Bd4Frd_010_StyleofBillyCurrington1

Bd4Frd_010_StyleofBlackOakArkansas1

Bd4Frd_010_StyleofBobbyDarin1

Bd4Frd_010_StyleofBrooksandDunn1

Bd4Frd_010_StyleofCher1

Bd4Frd_010_StyleofJenniferLopez1

Bd4Frd_010_StyleofJet1

Bd4Frd_010_StyleofJohnnyAce1

Bd4Frd_010_StyleofLinkinPark1

Bd4Frd_010_StyleofMaxwell1

Bd4Frd_010_StyleofTraditional3

Bd4Frd_010_StyleofTraditional4

Bd4Frd_010_StyleofTraditional6

Bd4Frd_010_StyleofWhitneyHouston1

Bd4Frd_011_StyleofAkon2

Bd4Frd_011_StyleofAshleyMonroe1

Bd4Frd_011_StyleofBillyCurrington1

Bd4Frd_011_StyleofBlackOakArkansas1

Bd4Frd_011_StyleofBobbyDarin1

Bd4Frd_011_StyleofBrooksandDunn1

Bd4Frd_011_StyleofIncubus1

Bd4Frd_011_StyleofJet1

Bd4Frd_011_StyleofJohnnyAce1

Bd4Frd_011_StyleofMaxwell1

Bd4Frd_011_StyleofRedHotChiliPeppers1

Bd4Frd_011_StyleofSeanKingston1

Bd4Frd_011_StyleofStoneTemplePilots1

**Bd4Frd_011_StyleofTraditional3**

**Bd4Frd_011_StyleofTraditional4**

**Bd4Frd_011_StyleofTraditional6**

**Bd4Frd_011_StyleofWhitneyHouston2**

**Bd4Frd_012_Styleof3DoorsDown1**

**Bd4Frd_012_StyleofAkon2**

**Bd4Frd_012_StyleofAshleyMonroe1**

**Bd4Frd_012_StyleofBillyCurrington1**

**Bd4Frd_012_StyleofBlackoakArkansas1**

**Bd4Frd_012_StyleofBobbyDarin1**

**Bd4Frd_012_StyleofBrooksandDunn1**

**Bd4Frd_012_StyleofIncubus1**

**Bd4Frd_012_StyleofJohnnyAce1**

**Bd4Frd_012_StyleofLinkinPark1**

**Bd4Frd_012_StyleofMaxwell1**

**Bd4Frd_012_StyleofRedHotChiliPeppers1**

**Bd4Frd_012_StyleofSeanKingston1**

**Bd4Frd_012_StyleofTraditional5**

**Bd4Frd_012_StyleofTraditional8**

**Bd4Frd_012_StyleofTraditonal13**

**Bd4Frd_012_StyleofWhitneyHouston2**

**Bd4Frd_013_StyleofAkon2**

**Bd4Frd_013_StyleofAudioSlave1**

**Bd4Frd_013_StyleofBlackOakArkansas1**

**Bd4Frd_013_StyleofBobbyDarin1**

**Bd4Frd_013_StyleofBonJovi1**

**Bd4Frd_013_StyleofClayWalker1**

**Bd4Frd_013_StyleofGaryAllen1**

Bd4Frd_013_StyleofJohnnyAce1

Bd4Frd_013_StyleofLindaRondstadt1

Bd4Frd_013_StyleofMaxwell1

Bd4Frd_013_StyleofRedHotChiliPeppers1

Bd4Frd_013_StyleofSeanKingston1

Bd4Frd_013_StyleofStoneTemplePilots1

Bd4Frd_013_StyleofTraditional5

Bd4Frd_013_StyleofTraditional8

Bd4Frd_013_StyleofTraditional13

Bd4Frd_013_StyleofWhitneyHouston2

MblFlrt_001_StyleofAshleyMonroe1

MblFlrt_001_StyleofBeyonce1

MblFlrt_001_StyleofBillyCurrington1

MblFlrt_001_StyleofBlackOakArkansas1

MblFlrt_001_StyleofBobbyDarin1

MblFlrt_001_StyleofBrooksandDunn1

MblFlrt_001_StyleofCher1

MblFlrt_001_StyleofIncubus1

MblFlrt_001_StyleofJenniferLopez1

MblFlrt_001_StyleofJohnnyAce1

MblFlrt_001_StyleofMaxwell1

MblFlrt_001_StyleofSgt.Jet1

MblFlrt_001_StyleofTemplePilots1

MblFlrt_001_StyleofTraditional3

MblFlrt_001_StyleofTraditional4

MblFlrt_001_StyleofTraditional6

MblFlrt_001_StyleofWhitneyHouston1

MblFlrt_002_StyleofAudioSlave1

MblFlrt_002_StyleofBonJovi1

MblFlrt_002_StyleofBootyLuv1

MblFlrt_002_StyleofDustySpringfield1

MblFlrt_002_StyleofJackieWilson1

MblFlrt_002_StyleofLindaRonstadt1

MblFlrt_002_StyleofNatashaBedingfield1

MblFlrt_002_StyleofPearlJam1

MblFlrt_002_StyleofPhilVassar1

MblFlrt_002_StyleofRedHotChiliPeppers1

MblFlrt_002_StyleofRobertaFlack1

MblFlrt_002_StyleofShakira1

MblFlrt_002_StyleofSugarland1

MblFlrt_002_StyleofTraditional2

MblFlrt_002_StyleofTraditional9

MblFlrt_002_StyleofTraditional13

MblFlrt_002_StyleofWhitneyHouston2

MblFlirt_002_StyleofTwista1

MblFlirt_002_StyleofTheEverlyBrothers3

MblFlirt_002_StyleofPaulMcCartney1

MblFlirt_002_StyleofPanicAtTheDisco1

MblFlirt_002_StyleofDaleandGrace1

MblFlirt_001_StyleofSantana1

MblFlirt_001_StyleofMarvinGaye1

MblFlirt_001_StyleofKayStarr3

MblFlirt_001_StyleofAnastacia2

MblFlirt_001_StyleofAaliyah2

Bd4Frd_005_StyleofAaliyah2

Bd4Frd_005_StyleofAnastacia1

Bd4Frd_005_StyleofChristinaAguilera5

Bd4Frd_005_StyleofKayStarr5

Bd4Frd_005_StyleofMarvinGaye1

Bd4Frd_006_StyleofAnastacia2

Bd4Frd_006_StyleofEnriqueIglesias1

Bd4Frd_006_StyleofKayStarr2

Bd4Frd_006_StyleofMadonna2

Bd4Frd_006_StyleofTimiYuro2

Bd4Frd_007_StyleofChristinaAguilera5

Bd4Frd_007_StyleofKayStarr2

Bd4Frd_007_StyleofMadonna2

Bd4Frd_007_StyleofMarvinGaye1

Bd4Frd_007_StyleofPhilCollins1

Bd4Frd_008_StyleofAaliyah2

Bd4Frd_008_StyleofAnastacia2

Bd4Frd_008_StyleofKayStarr2

Bd4Frd_008_StyleofMadonna3

Bd4Frd_008_StyleofTimiYuro2

Bd4Frd_009_StyleofAaliyah2

Bd4Frd_009_StyleofConnieFrancis6

Bd4Frd_009_StyleofKayStarr5

Bd4Frd_009_StyleofMarvinGaye1

Bd4Frd_009_StyleofTimiYuro2

Bd4Frd_010_StyleofAaronNeville1

Bd4Frd_010_StyleofChristinaAguilera2

Bd4Frd_010_StyleofEnriqueIglesias1

Bd4Frd_010_StyleofMadonna2

Bd4Frd_010_StyleofPhilCollins1

Bd4Frd_011_StyleofAaliyah2

Bd4Frd_011_StyleofKayStarr8

Bd4Frd_011_StyleofSugarRay1

Bd4Frd_011_StyleofTheAnimals1

Bd4Frd_011_StyleofTheBeachBoys2

Bd4Frd_012_StyleofChristinaAguilera5

Bd4Frd_012_StyleofConnieFrancis6

Bd4Frd_012_StyleofMarvinGaye1

Bd4Frd_012_StyleofSantana1

Bd4Frd_012_StyleofTheBeachBoys2

Bd4Frd_013_StyleofEnriqueIglesias1

Bd4Frd_013_StyleofKayStarr9

Bd4Frd_013_StyleofPanicAtTheDisco1

Bd4Frd_013_StyleofSugarRay1

Bd4Frd_013_StyleofTwista1

Bd4Frd_005_StyleofAJAli1

Bd4Frd_005_StyleofAmyWinehouse1

Bd4Frd_005_StyleofArcticMonkeys1

Bd4Frd_005_StyleofJeanWyclef1

Bd4Frd_005_StyleofKanyeWestfeatTPain1

Bd4Frd_006_StyleofAlisonKraus1

Bd4Frd_006_StyleofBlocParty1

Bd4Frd_006_StyleofCelineDion1

Bd4Frd_006_StyleofDollyParton1

Bd4Frd_006_StyleofFeist1

Bd4Frd_007_StyleofAlanJackson1

Bd4Frd_007_StyleofBeyonce1

Bd4Frd_007_StyleofChamillionairefeatSlickRick1

Bd4Frd_007_StyleofDanniMinoguevsJasonNevins1

Bd4Frd_007_StyleofEmersonDrive1

Bd4Frd_008_StyleofAliCampbell1

Bd4Frd_008_StyleofBigandRich1

Bd4Frd_008_StyleofCascada1

Bd4Frd_008_StyleofDeltaGoodrem1

Bd4Frd_009_StyleofAvrilLavigne1

Bd4Frd_009_StyleofEvaCassidyandKatieMelua1

Bd4Frd_009_StyleofGarthBrooks1

Bd4Frd_009_StyleofHardFi1

Bd4Frd_009_StyleofInnerCircle1

Bd4Frd_010_StyleofLupeFiasco1

Bd4Frd_010_StyleofNatalieImbruglia1

Bd4Frd_010_StyleofPhilVassar1

Bd4Frd_010_StyleofRihanna1

Bd4Frd_010_StyleofSpiceGirls1

Bd4Frd_011_StyleofBradPaisley1

Bd4Frd_011_StyleofCheNellefeatCham1

Bd4Frd_011_StyleofEagles1

Bd4Frd_011_StyleofFergie1

Bd4Frd_011_StyleofGeorgeStrait1

Bd4Frd_012_StyleofBobbyBrown1

Bd4Frd_012_StyleofColbyCallait1

Bd4Frd_012_StyleofEricCarmen1

Bd4Frd_012_StyleofGirlsAloud1

Bd4Frd_012_StyleofJenniferLopez1

Bd4Frd_013_StyleofHoosiers1

Bd4Frd_013_StyleofJackJohnson1

Bd4Frd_013_StyleofJamesBlunt1

Bd4Frd_013_StyleofKelliePickler1

Bd4Frd_013_StyleofLinkinPark1

Bd4Frd_014_StyleofJamesBlunt1

Bd4Frd_014_StyleofKennyChesney1

Bd4Frd_014_StyleofPoison1

Bd4Frd_014_StyleofRickiLee1

Bd4Frd_014_StyleofSawDoctors1

Thts4Frd_003_StyleofAliciaKeys1

Thts4Frd_003_StyleofBritneySpears1

Thts4Frd_003_StyleofCraigMorgan1

Thts4Frd_003_StyleofFaithHill1

Thts4Frd_003_StyleofGretchenWilson1

Thts4Frd_StyleofBonJovifeatLeAnnRimes1

Thts4Frd_StyleofBrooksandDunn1

Thts4Frd_StyleofChrisBrown1

Thts4Frd_StyleofCommitments1

Thts4Frd_StyleofFingerEleven1

Thts4Frd_StyleofGwenStefani1

Thts4Frd_005_StyleofAliciaKeys1

Thts4Frd_005_StyleofBuckOwens1

Thts4Frd_005_StyleofChuckWicks1

Thts4Frd_005_StyleofFooFighters1

Thts4Frd_005_StyleofJackPenate1

Thts4Frd_006_StyleofJessicaSimpson1

Thts4Frd_006_StyleofKellyClarkson1

Thts4Frd_006_StyleofKillers1

Thts4Frd_006_StyleofLadyAntebellum1

Thts4Frd_006_StyleofMarkRonsonfeatAmyWinehouse1

Thts4Frd_007_StyleofBuckyCovington1

Thts4Frd_007_StyleofCommonfeatLilyAllen1

Thts4Frd_007_StyleofJasonAldean1

Thts4Frd_007_StyleofKTTunstall1

Thts4Frd_007_StyleofNicoleScherzingerfeatWillIAm1

TY4JWD_001_StyleofDestinysChild1

TY4JWD_001_StyleofEarthWindandFire1

TY4JWD_001_StyleofEditors1

TY4JWD_001_StyleofEnriqueIglesias1

TY4JWD_001_StyleofFrankieValli1

TY4JWD_001_StyleofFreaks1

TY4JWD_001_StyleofGarethGates1

TY4JWD_001_StyleofGwenStefani1

TY4JWD_001_StyleofJimCroce1

TY4JWD_001_StyleofManicStreetPreacher~

TY4JWD_001_StyleofMartinaMcBride1

TY4JWD_001_StyleofPaulMcCartney1

TY4JWD_001_StyleofRobertPalmer1

TY4JWD_001_StyleofSmashMouth1

TY4JWD_001_StyleofSnoopDog1

TY4JWD_001_StyleofTalBachman2

TY4JWD_001_StyleofTraditional4

TY4JWD_001_StyleofTraditional6

TY4JWD_001_StyleofTraditional8

TY4JWD_001_StyleofTraditional10

Bd4Frd_015_StyleofAlanJackson1

Bd4Frd_015_StyleofBonJovi1

Bd4Frd_015_StyleofBuenaMutya1

Bd4Frd_015_StyleofFloRida1

Bd4Frd_015_StyleofSaraBareilles1

Bd4Frd_016_StyleofCamillionaire1

Bd4Frd_016_StyleofFeist1

Bd4Frd_016_StyleofFreddieLeGrande1

Bd4Frd_016_StyleofFutureheads1

Bd4Frd_016_StyleofJenniferLopez1

Bd4Frd_017_StyleofAliCampbell1

Bd4Frd_017_StyleofGwenStefani1

Bd4Frd_017_StyleofRascalFlatts

Bd4Frd_017_StyleofA.F.I. 1

Bd4Frd_017_StyleofAnastacia2

Bd4Frd_017_StyleofArethaFranklin1

Bd4Frd_017_StyleofRedHotChiliPeppers1

Bd4Frd_017_StyleofStyleofEnriqueIglesias1

Bd4Frd_017_StyleofWhitney1

Bd4Frd_017_StyleofTobyKeith1

MblFlrt_003_StyleofChrisBrown1

MblFlrt_003_StyleofFloRida1

MblFlrt_003_StyleofMadonna1

MblFlrt_003_StyleofRhianna1

MblFlrt_003_StyleofUsher1

MblFlrt_StyleofChrisBrown1

MblFlrt_StyleofFloRida1

MblFlrt_StyleofMadonna1

MblFlrt_StyleofRhianna1

MblFlrt_StyleofUsher1

MblFlrt_005_StyleofBreakingBenjamin1

MblFlrt_005_StyleofColbyCalliat1

MblFlrt_005_StyleofDaughtry1

MblFlrt_005_StyleofEditors1

MblFlrt_005_StyleofEstelle1

MblFlrt_005_StyleofFloRida1

MblFlrt_005_StyleofGwenStefani1

MblFlrt_005_StyleofJanetJackson1

MblFlrt_005_StyleofKatDeLuna1

MblFlrt_005_StyleofLeonaLewis1

MblFlrt_005_StyleofLilMama1

MblFlrt_005_StyleofMadonna1

MblFlrt_005_StyleofNewtonFaulkner1

MblFlrt_005_StyleofPanic1

MblFlrt_005_StyleofPlainWhiteTs1

MblFlrt_005_StyleofRodStewart1

MblFlrt_005_StyleofSherylCrow1

MblFlrt_005_StyleofSimplePlan1

MblFlrt_005_StyleofUsher1

MblFlrt_006_StyleofBreakingBenjamin1

MblFlrt_006_StyleofChenelle1

MblFlrt_006_StyleofColbyCalliat1

MblFlrt_006_StyleofDaughtry1

MblFlrt_006_StyleofEditors1

MblFlrt_006_StyleofEstelle1

MblFlrt_006_StyleofEstelle002

MblFlrt_006_StyleofFloRida1

MblFlrt_006_StyleofGwenStefani1

MblFlrt_006_StyleofJanetJackson1

MblFlrt_006_StyleofKatDeLuna1

MblFlrt_006_StyleofLeonaLewis1

MblFlrt_006_StyleofLilMama1

MblFlrt_006_StyleofMadonna1

MblFlrt_006_StyleofNewtonFaulkner1

MblFlrt_006_StyleofPanic1

MblFlrt_006_StyleofPlainWhiteTs1

MblFlrt_006_StyleofSherylCrow1

MblFlrt_006_StyleofSimplePlan1

MblFlrt_006_StyleofUsher1

MblFlrt_007_StyleofChrisBrown1

MblFlrt_007_StyleofFloRida1

MblFlrt_007_StyleofMadonna1

MblFlrt_007_StyleofRhianna1

MblFlrt_007_StyleofUsher1

MblFlrt_008_StyleofChrisBrown1

MblFlrt_008_StyleofFloRida1

MblFlrt_008_StyleofMadonna1

MblFlrt_008_StyleofRhianna1

MblFlrt_008_StyleofUsher1

MblFlrt_009_StyleofChrisBrown1

MblFlrt_009_StyleofFloRida1

MblFlrt_009_StyleofMadonna1

MblFlrt_009_StyleofRhianna1

MblFlrt_009_StyleofUsher1

MblFlrt_010_StyleofCascada1

MblFlrt_010_StyleofFingerEleven1

MblFlrt_010_StyleofFloRida1

MblFlrt_010_StyleofJordanSparks1

MblFlrt_010_StyleofNicoleScherzinger1

MblFlrt_010_StyleofSeal1

MblFlrt_010_StyleofMadonna1

MblFlrt_011_StyleofFergie1

MblFlrt_011_StyleofLupeFiasco1

MblFlrt_011_StyleofMadonna1

MblFlrt_011_StyleofPlies1

MblFlrt_011_StyleofUsher1

MblFlrt_011_StyleofVeronicas1

MblFlrt_011_StyleofWyclefJean1

MblFlrt_012_StyleofAlanJackson1

MblFlrt_012_StyleofAliciaKeys1

MblFlrt_012_StyleofAmandaEHendrix1

MblFlrt_012_StyleofAmyWineHouse3

MblFlrt_012_StyleofBeyonce1

MblFlrt_012_StyleofBlocParty1

MblFlrt_012_StyleofBonJovi1

MblFlrt_012_StyleofEarthWindandFire1

MblFlrt_012_StyleofMaryJBlige1

MblFlrt_012_StyleofYaelNaim1

MblFlrt_013_StyleofAmyWinehouse1

MblFlrt_013_StyleofAmyWineHouse3

MblFlrt_013_StyleofFooFighters1

MblFlrt_013_StyleofHarryBelafonte1

MblFlrt_013_StyleofIncubus1

MblFlrt_013_StyleofNellyFurtado1

MblFlrt_013_StyleofPaulMcCartney1

MblFlrt_013_StyleofRhianna1

MblFlrt_013_StyleofRhianna002

MblFlrt_013_StyleofTalBachman2

MblFlrt_013_StyleofUsher1

MblFlrt_014_StyleofA.F.I. 1

MblFlrt_014_StyleofAnastacia2

MblFlrt_014_StyleofEnriqueIglesias1

MblFlrt_014_StyleofHarryBelafonte1

MblFlrt_014_StyleofPaulMcCartney1

Sorry_001_StyleofBillyCurrington1

Sorry_001_StyleofBlackOakArkansas1

Sorry_001_StyleofEnriqueIglesias1

Sorry_001_StyleofJamesTaylor2

Sorry_001_StyleofSantana1

Sorry_002_Styleof3DoorsDown2

Sorry_002_StyleofBillyCurrington1

Sorry_002_StyleofConnieFrancis6

Sorry_002_StyleofMarvinGaye1

Sorry_002_StyleofThalia1

Sorry_003_Styleof3DoorsDown2

Sorry_003_StyleofEnriqueIglesias1

Sorry_003_StyleofMadonna2

Sorry_003_StyleofMarvinGaye1

Sorry_003_StyleofThalia1

Sorry_StyleofJamesTaylor2

Sorry_StyleofMadonna2

Sorry_StyleofSantana1

Sorry_StyleofSugarRay1

Sorry_StyleofThalia1

Sorry_005_StyleofGretchenWilson1

Sorry_005_StyleofNappyRoots1

Sorry_005_StyleofSimplyRed1

Sorry_005_StyleofSugarRay1

Sorry_005_StyleofTraditional8

Sports_001_StyleofA.F.I. 1

Sports_001_StyleofAmyWineHouse3

Sports_001_StyleofBlackOakArkansas1

Sports_001_StyleofBonJovi1

Sports_001_StyleofChamillionaire1

Sports_001_StyleofDonnaSummer1

Sports_001_StyleofIncubus1

Sports_001_StyleofPlies1

Sports_001_StyleofPoison1

Sports_001_StyleofRedHotChiliPeppers1

Sports_001_StyleofRhianna1

Sports_001_StyleofVeronicas1

Sports_002_StyleofBlackOakArkansas1

Sports_002_StyleofAlanJackson1

Sports_002_StyleofBlocParty1

Sports_002_StyleofBootyLuv1

Sports_002_StyleofCreedenceClearwater2

Sports_002_StyleofDestinysChild1

Sports_002_StyleofEditors1

Sports_002_StyleofEmersonDrive1

Sports_002_StyleofRedHotChiliPeppers1

Sports_002_StyleofThe Enemy1

Sports_002_StyleofUsher1

Sports_002_StyleofWombats1

Sports_003_StyleofAmyWinehouse1

Sports_003_StyleofBillyCurrington1

Sports_003_StyleofChrisBrown1

Sports_003_StyleofCreedenceClearwater2

Sports_003_StyleofDestinysChild1

Sports_003_StyleofDonnaSummer1

Sports_003_StyleofEarthWindandFire2

Sports_003_StyleofLilMama1

Sports_003_StyleofLinkinPark1

Sports_003_StyleofLupeFiasco1

Sports_003_StyleofMadonna1

Sports_StyleofA.F.I. 1

Sports_StyleofBonJovi1

Sports_StyleofBootyLuv1

Sports_StyleofCreedenceClearwater2

Sports_StyleofLilMama1

Sports_StyleofLinkinPark1

Sports_StyleofLittleBigTown1

Sports_StyleofShakira1

Sports_StyleofStoneTemplePilots1

Sports_StyleofUsher1

Sports_StyleofVeronicas1

PrvIn4Frd_001_StyleofNorahJones1

PrvIn4Frd_001_StyleofRoyOrbison1

PrvIn4Frd_001_StyleofShakira1

**PrvIn4Frd_001_StyleofTheKillers3**

**PrvIn4Frd_001_StyleofAlanJackson1**

**PrvIn4Frd_001_StyleofCreedenceClearwaterRevival4**

**PrvIn4Frd_001_StyleofEve1**

**PrvIn4Frd_001_StyleofLilChris2**

**PrvIn4Frd_001_StyleofLittleRichard1**

**PrvIn4Frd_001_StyleofTheWhiteStripe2**

**PrvIn4Frd_002_StyleArcticMonkeys1**

**PrvIn4Frd_002_StyleofCommon1**

**PrvIn4Frd_002_StyleofDuffy1**

**PrvIn4Frd_002_StyleofEagles1**

**PrvIn4Frd_002_StyleofJanetJackson1**

**PvtIn4Frd_002_StyleofStyleofIncubus1**

**Thts4Lvr_002_StyleofAliCampbell1**

**Thts4Lvr_002_StyleofAliciaKeys1**

**Thts4Lvr_002_StyleofArcticMonkeys1**

**Thts4Lvr_002_StyleofBeyonce1**

**Thts4Lvr_002_StyleofChrisBrown1**

**Thts4Lvr_002_StyleofColbyCalliat1**

**Thts4Lvr_002_StyleofFergie1**

**Thts4Lvr_002_StyleofFloRida1**

**Thts4Lvr_002_StyleofGarthBrooks1**

**Thts4Lvr_002_StyleofGwenStefani1**

**Thts4Lvr_002_StyleofLeonaLewis1**

**Thts4Lvr_002_StyleofPlainWhiteTs1**

**Thts4Lvr_002_StyleofTaylorSwift1**

**Thts4Lvr_003_StyleofBlocParty1**

**Thts4Lvr_003_StyleofBuenaMutya1**

Thts4Lvr_003_StyleofCommon1

Thts4Lvr_003_StyleofFloRida1

Thts4Lvr_003_StyleofJenniferLopez1

Thts4Lvr_StyleofAliciaKeys1

Thts4Lvr_StyleofNellyFurtado1

Thts4Lvr_StyleofPlies1

Thts4Lvr_StyleofRhianna1

Thts4Lvr_StyleofSeal1

Thts4Lvr_005_StyleofColbyCalliat1

Thts4Lvr_005_Styleofeal1

Thts4Lvr_005_StyleofEverythingButTheGirl1

Thts4Lvr_005_StyleofPlainWhiteTs1

Thts4Lvr_005_StyleofSeal1

Thts4Lvr_005_StyleofUsher1

Thts4Lvr_006_StyleofBigandRich1

Thts4Lvr_006_StyleofFingerEleven1

Thts4Lvr_006_StyleofFooFighters1

Thts4Lvr_006_StyleofVeronicas1

Thts4Lvr_006_StyleofYaelNaim1

Thts4Lvr_007_StyleofAmyWinehouse1

Thts4Lvr_007_StyleofDeltaGoodrem1

Thts4Lvr_007_StyleofEvaCassidy1

Thts4Lvr_007_StyleofSawDoctors1

Thts4Lvr_007_StyleofT21

Thts4Lvr_008_StyleKTTunstall1

Thts4Lvr_008_StyleSimplePlan1

Thts4Lvr_008_StyleofOneRepublic1

Thts4Lvr_008_StyleofTradersRogue1

Thts4Lvr_008_StyleWhiskeyFalls1

Thts4Lvr_009_StyleChamillionaire1

Thts4Lvr_009_StyleLupeFiasco1

Thts4Lvr_009_StyleMarkRonson1

Thts4Lvr_009_StyleSantana1

Thts4Lvr_009_StyleofNatalieImbruglia1

Thts4Lvr_010_StyleJodanSparks1

Thts4Lvr_010_StyleLeonaLewis1

Thts4Lvr_010_StyleLilMama1

Thts4Lvr_010_StyleRihanna1

Thts4Lvr_010_StyleofArcticMonkeys1

Thts4Lvr_011_StyleJamesBlunt1

Thts4Lvr_011_StyleJossStone1

Thts4Lvr_011_StyleKellyClarkson1

Thts4Lvr_011_StyleRodStewart1

Thts4Lvr_011_StyleofA.F.I. 1

Thts4Lvr_011_StyleofBillyCurrington1

Thts4Lvr_011_StyleofDestinysChild1

Thts4Lvr_011_StyleofEnriqueIglesias1

Thts4Lvr_011_StyleofKayStarr5

Thts4Lvr_011_StyleWyclefJean1

TY4JWD_001_StyleLupeFiasco1

TY4JWD_001_StyleNatalieImbruglia1

TY4JWD_001_StyleSeal1

TY4JWD_001_StyleWestlife1

TY4JWD_001_StyleWombats1

TY4JWD_002_StyleofBreakingBenjamin1

TY4JWD_002_StyleofDaughtry1

TY4JWD_002_StyleofEstelle1

TY4JWD_002_StyleofFloRida1

TY4JWD_002_StyleofGwenStefani1

TY4JWD_002_StyleofJanetJackson1

TY4JWD_002_StyleofKatDeLuna1

TY4JWD_002_StyleofLeonaLewis1

TY4JWD_002_StyleofMadonna1

TY4JWD_002_StyleofPanicAtTheDisco1

TY4JWD_002_StyleofSherylCrow1

TY4JWD_002_StyleofSimplePlan1

TY4JWD_002_StyleofUsher1

TY4JWD_003_StyleofBreakingBenjamin1

TY4JWD_003_StyleofDaughtry1

TY4JWD_003_StyleofEditors1

TY4JWD_003_StyleofEstelle1

TY4JWD_003_StyleofGwenStefani1

TY4JWD_003_StyleofKatDeLuna1

TY4JWD_003_StyleofLilMama1

TY4JWD_003_StyleofNewtonFaulkner1

TY4JWD_003_StyleofPanicAtTheDisco1

TY4JWD_003_StyleofSherylCrow1

Sportsdart_001_StyleofA.F.I. 1

Sportsdart_001_StyleofAlanJackson2

Sportsdart_001_StyleofAmyWinehouse3

Sportsdart_001_StyleofBlackOakArkansas1

Sportsdart_001_StyleofDonnaSummer1

Sportsdart_001_StyleofIncubus1

Sportsdart_001_StyleofRedHotChiliPeppers1

Sportsdart_002_StyleofBlackOakArkansas1

Sportsdart_002_StyleofBootyLuv1

Sportsdart_002_StyleofCreedenceClearwater2

Sportsdart_002_StyleofDestinysChild1

Sportsdart_002_StyleofEditors1

Sportsdart_002_StyleofRedHotChiliPeppers1

Sportsdart_003_StyleofBillyCurrington1

Sportsdart_003_StyleofCreedenceClearwater2

Sportsdart_003_StyleofDestinysChild1

Sportsdart_003_StyleofDonnaSummer1

Sportsdart_003_StyleofEarthWindandFire2

Sportsdart_StyleofA.F.I. 1

Sportsdart_StyleofBootyLuv1

Sportsdart_StyleofCreedenceClearwater2

Sportsdart_StyleofLinkinPark1

Sportsdart_StyleofShakira1

Sportsdart_StyleofStoneTemplePilots1

HappyHolidays_001_STYLEOF12DaysofXmas1

HappyHolidays_001_STYLEOFChestnutsRoasting1

HappyHolidays_001_STYLEOFDeckTheHalls1

HappyHolidays_001_STYLEOFDrummerBoy1

HappyHolidays_001_STYLEOFJingleBells1

HappyHolidays_001_STYLEOFJoyToTheWorld1

HappyHolidays_001_STYLEOFWeWishYouAMerry1

HappyHolidays_002_STYLEOF12DaysOfXmas1

HappyHolidays_002_STYLEOFChestnuts1

HappyHolidays_002_STYLEOFDeckTheHalls1

HappyHolidays_002_STYLEOFDrummerBoy1

HappyHolidays_002_STYLEOFJingleBells1

HappyHolidays_002_STYLEOFJoyToTheWorld1

HappyHolidays_002_STYLEOFWeWishYouAMerryXmas1

HappyHolidays_003_StyleofFrostyTheSnowman1

HappyHolidays_003_StyleofISawMommyKissingSantaClaus1

HappyHolidays_003_StyleofItsBeginningToLookALotLikeXmas1

HappyHolidays_003_StyleofJollyOldSaintNicholas1

HappyHolidays_003_StyleofLetItSnow1

HappyHolidays_003_StyleofMyFavoriteThings2

HappyHolidays_003_StyleofRudolphTheRedNosedReindeer1

HappyHolidays_003_StyleofSantaClausIsCominToTown1

HappyHolidays_003_StyleofSilverBells1

HappyHolidays_003_StyleofSleighRide1

HappyHolidays_004_StyleofFrostyTheSnowman2

HappyHolidays_004_StyleofGodRestYeMerryGentlemen1

HappyHolidays_004_StyleofHaveYourselfAMerryLittleXmas1

HappyHolidays_004_StyleofISawMommyKissingSantaClaus2

HappyHolidays_004_StyleofLetItSnow2

HappyHolidays_004_StyleofMariahCarey1

HappyHolidays_004_StyleofSilverBells2

HappyHolidays_004_StyleofSleighRide1

HappyHolidays_004_StyleofStyleofJollyOldSaintNicholas1

HappyHolidays_004_StyleofWinterWonderland1

HappyHolidays_005_StyleofMariahCarey2

HappyHolidays_005_StyleofFrostyTheSnowman2

HappyHolidays_005_StyleofGodRestYeMerryGentlemen2

HappyHolidays_005_StyleofItsBeginningToLookLikeXmas1

HappyHolidays_005_StyleofLetItSnow2

HappyHolidays_005_StyleofMyFavoriteThings3

HappyHolidays_005_StyleofRudolph2

HappyHolidays_005_StyleofSleighRide2

HappyHolidays_005_StyleofStyleofSantaClausIsComingToTown2

HappyHolidays_005_StyleofWinterWonderland2

MerryXmas_001_STYLEOF12DaysOfXmas1

MerryXmas_001_STYLEOF12DaysOfXmas2

MerryXmas_001_STYLEOFChestnuts1

MerryXmas_001_STYLEOFDeckTheHalls1

MerryXmas_001_STYLEOFDrummerBoy1

MerryXmas_001_STYLEOFJingleBells1

MerryXmas_001_STYLEOFJoyToTheWorld1

MerryXmas_001_STYLEOFWeWishYouAMerryXmas1

MerryXmas_001_STYLEOFWeWishYouAMerryXmas2

MerryXmas_002_STYLEOF12DaysOfXmas1

MerryXmas_002_STYLEOFChestnuts1

MerryXmas_002_STYLEOFDeckTheHalls1

MerryXmas_002_STYLEOFDrummerBoy1

MerryXmas_002_STYLEOFJingleBells1

MerryXmas_002_STYLEOFJoyToTheWorld1

MerryXmas_002_STYLEOFWeWishYouAMerryXmas1

MerryXmas_005_StyleofAwayInAManger1

MerryXmas_005_StyleofHarkTheHeraldAngelsSing1

MerryXmas_005_StyleofISawMommyKissingSantaClaus1

MerryXmas_005_StyleofItsBeginningToLookLikeXmas1

MerryXmas_005_StyleofJollyOldSaintNicholas1

MerryXmas_005_StyleofMariahCarey1

MerryXmas_005_StyleofOComeAllYeFaithful1

**MerryXmas_005_StyleofOhHolyNight1**

**MerryXmas_005_StyleofSantaClausIsComingToTown1**

**MerryXmas_005_StyleofWinterWonderland1**

**MerryXmas_006_StyleofFrostyTheSnowman1**

**MerryXmas_006_StyleofGodRestYeMerryGentlemen1**

**MerryXmas_006_StyleofLetItSnow2**

MerryXmas_006_StyleofMyFavoriteThings2

**MerryXmas_006_StyleofOLittleTownOfBethlehem1**

**MerryXmas_006_StyleofRickyVanShelton1**

**MerryXmas_006_StyleofRudolphTheRedNosedReindeer2**

**MerryXmas_006_StyleofSilverBells2**

MerryXmas_006_StyleofSleighRide2

**MerryXmas_006_StyleofWhatChildIsThis1**

**MerryXmas_008_StyleofDwightYoakam1**

**MerryXmas_008_StyleofFrostyTheSnowman2**

**MerryXmas_008_StyleofHarkTheHeraldAngelsSing1**

**MerryXmas_008_StyleofHaveYourselfAMerryLittleXmas2**

**MerryXmas_008_StyleofMariahCarey2**

**MerryXmas_008_StyleofOChristmasTree2**

**MerryXmas_008_StyleofRandyTravis1**

**MerryXmas_008_StyleofRudolphTheRedNoseReindeer2**

**MerryXmas_008_StyleofSantaClausIsComingToTown2**

MerryXmas_008_StyleofTheFirstNoel1

**MerryXmas_009_StyleofDwightYoakam1**

MerryXmas_009_StyleofFrostyTheSnowman2

**MerryXmas_009_StyleofGodRestYeMerryGentlemen2**

MerryXmas_009_StyleofJollyOldSaintNicholas1

MerryXmas_009_StyleofMariahCarey2

MerryXmas_009_StyleofOChristmasTree1

MerryXmas_009_StyleofRickyVanShelton1

MerryXmas_009_StyleofRudolphTheRedNosedReindeer2

MerryXmas_009_StyleofSantaClausIsComingToTown2

MerryXmas_009_StyleofTwasTheNightBeforeXmas1

FlirtDart_001_StyleofAJali2

FlirtDart_001_StyleofAliciaKeys2

FlirtDart_001_StyleofAmyMcDonald1

FlirtDart_002_StyleofAvrilLavigne1

FlirtDart_002_StyleofBeyonce3

FlirtDart_002_StyleofBonjovi1

FlirtDart_009_Styleof1

FlirtDart_009_StyleofBritneySpears3

FlirtDart_009_StyleofYaelNaim1

FlirtDart_010_StyleofThelmaHouston1

FlirtDart_010_StyleofTheTemptations1

FlirtDart_010_StyleofTobyKeith1

FlirtDart_011_StyleofBigandrich1

FlirtDart_011_StyleofBlocParty1

FlirtDart_011_StyleofShakira1

FlirtDart_012_StyleofBreakingBenjamin1

FlirtDart_012_StyleofCheNelle1

FlirtDart_012_StyleofCommon1

FlirtDart_013_StyleofBeyonce3

FlirtDart_013_StyleofBreakingBenjamin2

FlirtDart_013_StyleofDanniMinoguevs1

FlirtDart_014_StyleofJodieAysha1

FlirtDart_014_StyleofNewtonFaulknert1

FlirtDart_015_StyleofJamesTaylor2

FlirtDart_015_StyleofNewtonFaulknert2

FlirtDart_015_StyleofSantana1

FlirtDart_015_StyleofTheTemptations2

FlirtDart_016_StyleofBobbyBrown1

FlirtDart_016_StyleofBritneySpears1

FlirtDart_016_StyleofTheCommitments1

FlirtDart_001_StyleofBeyonce3

FlirtDart_001_StyleofBritneySpears3

FlirtDart_001_StyleofCheNelle1

FlirtDart_001_StyleofSantana1

FlirtDart_001_StyleofMickeyandSylvia1

FlirtDart_002_StyleofDuffy1

FlirtDart_002_StyleofEstelle

FlirtDart_002_StyleofFeist1234 1

FlirtDart_002_StyleofMichaelJackson1

FlirtDart_002_StyleofNewtonFaulknert1

FlirtDart_009_StyleofEstelle1

FlirtDart_009_StyleofFergie2

FlirtDart_009_StyleofJodieAysha1

FlirtDart_009_StyleofMileyCyrus1

FlirtDart_009_StyleofNewtonFaulknert2

Valentines_001_StyleofBeyonce3

Valentines_001_StyleofBobbyBrown1

Valentines_001_StyleofDuffy1

Valentines_001_StyleofFeist1234 1

Valentines_001_StyleofFergie2

Valentines_001_StyleofFingerEleven1

Valentines_001_StyleofHTwoO 1.mp4

Valentines_001_StyleofJodieAysha1

Valentines_001_StyleofMichaelJackson1

Valentines_001_StyleofNewtonFaulkner1

Valentines_002_StyleofBigandRich1

Valentines_002_StyleofBobbyBrown1

Valentines_002_StyleofBuenaMutya2

Valentines_002_StyleofDanniMinogue1

Valentines_002_StyleofFergie2

Valentines_002_StyleofInnerCircle1

Valentines_002_StyleofNewtonFaulkner2

Valentines_002_StyleofSantana1

Valentines_002_StyleofSaraBareilles1

Valentines_002_StyleofYaelNaim1

Valentines_003_StyleofAvrilLavigne1

Valentines_003_StyleofCheNelle

Valentines_003_StyleofDaughtry1

Valentines_003_StyleofDuffy1

Valentines_003_StyleofFingerEleven1

Valentines_003_StyleofFreddieLeGrande1

Valentines_003_StyleofHTwoO 1

Valentines_003_StyleofJackPenate1

Valentines_003_StyleofNewtonFaulkner2

Valentines_003_StyleofTheBeeGees1

Valentines_004_StyleofAvrilLavigne1

Valentines_004_StyleofBritneySpears1

Valentines_004_StyleofFlo Rida1

Valentines_004_StyleofInnerCircle1

Valentines_004_StyleofJanetJackson2

Valentines_004_StyleofJenniferLopez3

Valentines_004_StyleofKanyeWest1

Valentines_004_StyleofKatDeLuna1

Valentines_004_StyleofSaraBareilles1

Valentines_004_StyleofSeal1

Valentines_005_StyleofCheNelle1

Valentines_005_StyleofDaughtry1

Valentines_005_StyleofDuffy1

Valentines_005_StyleofEstelle1

Valentines_005_StyleofFergie2

Valentines_005_StyleofGeorgeStrait1

Valentines_005_StyleofJanetJackson1

Valentines_005_StyleofJossStone1

Valentines_005_StyleofNellyFurtado5

Valentines_005_StyleofRobertPalmer1

Valentines_006_StyleofAliciaKeys2

Valentines_006_StyleofBonJovi1

Valentines_006_StyleofDuffy1

Valentines_006_StyleofFreddieLeGrande1

Valentines_006_StyleofJackJohnson1

Valentines_006_StyleofJanetJackson2

Valentines_006_StyleofJenniferLopez3

Valentines_006_StyleofJossStone1

Valentines_006_StyleofNellyFurtado5

Valentines_006_StyleofNewtonFaulkner1

Valentines_007_StyleofAliciaKeys4

Valentines_007_StyleofBritneySpears1

Valentines_007_StyleofEstelle1

Valentines_007_StyleofFeist1234 1

Valentines_007_StyleofFlo Rida1

Valentines_007_StyleofFreddieLeGrande1

Valentines_007_StyleofGeorgeStrait1

Valentines_007_StyleofJodieAysha1

Valentines_007_StyleofSaraBareilles1

Valentines_007_StyleofSimplyRed1

Valentines_008_StyleofAliciaKeys4

Valentines_008_StyleofAvrilLavigne1

Valentines_008_StyleofBonJovi1

Valentines_008_StyleofBritneySpears1

Valentines_008_StyleofCommon1

Valentines_008_StyleofDaughtry1

Valentines_008_StyleofEstelle1

Valentines_008_StyleofFlo Rida1

Valentines_008_StyleofJackJohnson1

Valentines_008_StyleofSimplyRed1

Valentines_009_StyleofAliciaKeys2

Valentines_009_StyleofAvrilLavigne1

Valentines_009_StyleofBuenaMutya2

Valentines_009_StyleofEstelle1

Valentines_009_StyleofHTwoO 1

Valentines_009_StyleofJanetJackson2

Valentines_009_StyleofJenniferLopez3

Valentines_009_StyleofJossStone1

Valentines_009_StyleofKennyChesney1

Valentines_009_StyleofRobertPalmer1

Valentines_010_StyleofBigandRich1

Valentines_010_StyleofHTwoO 1

Valentines_010_StyleofJackJohnson1

Valentines_010_StyleofJanetJackson2

Valentines_010_StyleofJenniferLopez3

Valentines_010_StyleofLogginsandMessina1

Valentines_010_StyleofMileyCyrus1

Valentines_010_StyleofNewtonFaulkner2

Valentines_010_StyleofPlainWhiteTs1

Valentines_010_StyleofYaelNaim1

Valentines_011_StyleofBritneySpears1

Valentines_011_StyleofFlo Rida1

Valentines_011_StyleofKennyChesney1

Valentines_011_StyleofLeonaLewis1

Valentines_011_StyleofLogginsandMessina2

Valentines_011_StyleofMarkRonson1

Valentines_011_StyleofMileyCyrus1

Valentines_011_StyleofNewtonFaulkner1

Valentines_011_StyleofRihanna1

Valentines_011_StyleofYaelNaim1

Valentines_012_StyleofAliciaKeys1

Valentines_012_StyleofBeyonce1

Valentines_012_StyleofFreddieLeGrande1

Valentines_012_StyleofKanyeWest1

Valentines_012_StyleofLupeFiasco2

Valentines_012_StyleofMarkRonson1

Valentines_012_StyleofMileyCyrus1

Valentines_012_StyleofSeal1

Valentines_012_StyleofSugarRay1

Valentines_012_StyleofNatashaBedingfield2

BibleDart_001_StyleofAliciaKeys6

BibleDart_001_StyleofAlisonKraus1

BibleDart_001_StyleofAmyMcDonald1

BibleDart_001_STYLEOFGospel1

BibleDart_001_STYLEOFGospel2

BibleDart_001_STYLEOFGospel3

BibleDart_001_STYLEOFGospel4

BibleDart_001_StyleofJenniferLopez1

BibleDart_001_StyleofLouisArmstrong1

BibleDart_001_StyleofMarkRonson1

BibleDart_002_StyleofAliciaKeys6

BibleDart_002_StyleofAmyMcDonald1

BibleDart_002_StyleofBradPaisley1

BibleDart_002_StyleofBritneySpears1

BibleDart_002_StyleofCascada1

BibleDart_002_STYLEOFGospel1

BibleDart_002_STYLEOFGospel4

BibleDart_002_StyleofLouisArmstrong1

BibleDart_003_StyleofAlisonKraus1

BibleDart_003_StyleofDanniMinogue1

BibleDart_003_StyleofEnriqueIglesias1

BibleDart_003_STYLEOFGospel4

BibleDart_003_STYLEOFGospel5

BibleDart_003_StyleofJenniferLopez1

BibleDart_003_StyleofMarkRonson1

BibleDart_003_StyleofThelmaHouston1

BibleDart_003_StyleofUsher1

BibleDart_004_StyleofBritneySpears1

BibleDart_004_StyleofDanniMinogue1

BibleDart_004_STYLEOFGospel3

BibleDart_004_STYLEOFGospel4

BibleDart_004_StyleofNewtonFaulkner1

BibleDart_004_StyleofSimplePlan1

BibleDart_004_StyleofUsher1

BibleDart_004_StyleofYaelNaim1

BibleDart_005_StyleofEnriqueIglesias1

BibleDart_005_STYLEOFGospel5

BibleDart_005_StyleofNewtonFaulkner1

BibleDart_005_StyleofPanic1

BibleDart_005_StyleofPhilCollins1

BibleDart_005_StyleofSimplePlan1

BibleDart_005_StyleofUsher1

BibleDart_005_StyleofYaelNaim1

BibleDart_006_StyleofFingerEleven1

BibleDart_006_StyleofGarthBrooks1

BibleDart_006_STYLEOFGospel4

BibleDart_006_StyleofJulianneHough1

BibleDart_006_StyleofKanyeWest1

BibleDart_006_StyleofKillers1

BibleDart_006_StyleofPanic2

BibleDart_006_StyleofYaelNaem2

Valentines_013_StyleofDuffy1

Valentines_013_StyleofFreemasons3

Valentines_013_StyleofGarthBrooks1

Valentines_013_StyleofJanetJackson2

Valentines_013_StyleofMileyCyrus1

BibleDart_007_StyleofAjali 1

BibleDart_007_StyleofAliCampbell1

BibleDart_007_StyleofAmyMcDonald1

BibleDart_007_StyleofLeonJackson3

BibleDart_007_StyleofMarkRonson1

BibleDart_007_StyleofMichaelBolton3

BibleDart_007_StyleofTemptations1

BibleDart_007_StyleofWiskeyFalls3

BibleDart_007_StyleofWyclefJean1

BibleDart_008_StyleofAmyMcDonald1

BibleDart_008_StyleofJamesBlunt1

BibleDart_008_StyleofJossStone1

BibleDart_008_StyleofKanyeWest1

BibleDart_008_StyleofKennyChesney1

BibleDart_008_StyleofKylieMinogue1

BibleDart_008_StyleofLeonaLewis1

BibleDart_008_StyleofTemptations1

BibleDart_008_StyleofWhiskyFalls3

BibleDart_008_StyleofWyclefJean1

BibleDart_009_StyleofAjali1

BibleDart_009_StyleofAliCampbell1

BibleDart_009_StyleofArcticMonkeys1

BibleDart_009_StyleofDuffy1

BibleDart_009_StyleofFaithHill1

BibleDart_009_StyleofFingerEleven1

BibleDart_009_StyleofFrankSinatra1

BibleDart_009_StyleofJackPenate1

BibleDart_009_StyleofKennyChesney1

BibleDart_009_StyleofTheByrds1

BibleDart_010_StyleofBigandRich2

BibleDart_010_StyleofChamillionaire1

BibleDart_010_StyleofDeltaGoodrem1

BibleDart_010

BibleDart_010_StyleofFingerEleven1

BibleDart_010_StyleofGarthBrooks1

BibleDart_010_StyleofHoosiers1

BibleDart_010_StyleofJamesBlunt1

BibleDart_010_StyleofJewel1

BibleDart_010_StyleofJulianneHouagh1

BibleDart_011_StyleofChamillionaire1

BibleDart_011_StyleofDeltaGoodrem1

BibleDart_011_StyleofDuffy1

BibleDart_011_StyleofEstelle1

BibleDart_011_StyleofEvaCassidy1

BibleDart_011_StyleofFaithHill1

BibleDart_011_StyleofFingerEleven1

BibleDart_011_StyleofGarthBrooks1

BibleDart_011_StyleofGeorgeStrait1

BibleDart_011_StyleofGirlsAloud2

BibleDart_011_StyleofHoosiers1

BibleDart_011_StyleofJamesBlunt1

BibleDart_012_StyleofDeltaGoodrem1

BibleDart_012_StyleofEstelle1

BibleDart_012_StyleofEverythingButTheGirl1

BibleDart_012_StyleofGarthBrooks1

BibleDart_012_StyleofGeorgeStrait1

BibleDart_012_StyleofGirlsAloud2

BibleDart_012_StyleofGretchenWilson2

BibleDart_012_StyleofHoosiers1

BibleDart_012_StyleofJessicaSimpson1

BibleDart_012_StyleofJewel1

BibleDart_013_StyleofEverythingButThegirl1

BibleDart_013_StyleofGeorgeStrait1

BibleDart_013_StyleofGirlsAloud2

BibleDart_013_StyleofGretchenWilson2

BibleDart_013_StyleofGwenStefani1

BibleDart_013_StyleofHoosiers1

BibleDart_013_StyleofJessicaSimpson1

BibleDart_013_StyleofK.LogginsandJ.Messina1

BibleDart_013_StyleofKeithUrban2

BibleDart_013_StyleofKillers2

BibleDart_014_StyleofEvaCassidy1

BibleDart_014_StyleofEverythingButTheGirl1

BibleDart_014_StyleofGeorgeStrait1

BibleDart_014_StyleofGirlsAloud2

BibleDart_014_StyleofGretchenWilson2

BibleDart_014_StyleofGwenStefani1

BibleDart_014_StyleofK.LogginsandJ.Messina1

BibleDart_014_StyleofKeithUrban2

BibleDart_014_StyleofKillers2

BibleDart_014_StyleofKlyieMinogue2

BibleDart_015_StyleofEverythingButTheGirl1

BibleDart_015_StyleofGeorgeStrait1

BibleDart_015_StyleofGirlsAloud2

BibleDart_015_StyleofK.LogginsandJ.Messina1

BibleDart_015_StyleofKeithUrban2

BibleDart_015_StyleofKennyChesney3

BibleDart_015_StyleofKTTunstall1

BibleDart_015_StyleofKylieMinogue2

BibleDart_015_StyleofLilMama1

BibleDart_015_StyleofLinkinPark1

BibleDart_016_StyleofAliciaKeys8

BibleDart_016_StyleofEverythingButTheGirl1

BibleDart_016_StyleofKennyChesney3

BibleDart_016_StyleofKTTunstall1

BibleDart_016_StyleofKylieMinogue1

BibleDart_016_StyleofLilMama1

BibleDart_016_StyleofLinkinPark1

BibleDart_016_StyleofLutherVanDross2

BibleDart_016_StyleofMadonna4

BibleDart_016_StyleofTaylorSwift2

FlirtDart_017_Styleof311 1

FlirtDart_017_StyleofAmandaHendrix1

FlirtDart_017_StyleofBeyonce1

FlirtDart_017_StyleofBillyJoeRoyal2

FlirtDart_017_StyleofBradPaisley2

FlirtDart_017_StyleofBrianMcKnight1

FlirtDart_017_StyleofCarlThomas1

FlirtDart_017_StyleofCascada1

FlirtDart_017_StyleofCheNelle1

FlirtDart_017_StyleofDwightYoakam1

FlirtDart_017_StyleofEnya1

FlirtDart_018_Styleof311 1

FlirtDart_018_StyleofBeyonce1

FlirtDart_018_StyleofBradPaisley2

FlirtDart_018_StyleofCarlThomas1

FlirtDart_018_StyleofCascada2

FlirtDart_018_StyleofEnya1

FlirtDart_018_StyleofHerbAlpert1

FlirtDart_018_StyleofIncubus1

FlirtDart_018_StyleofLilChris1

FlirtDart_018_StyleofMontgomeryGentry1

FlirtDart_019_StyleofAmandaHendrix1

FlirtDart_019_StyleofBradPaisley2

FlirtDart_019_StyleofBrianMcKnight1

FlirtDart_019_StyleofCarlThomas1

FlirtDart_019_StyleofCheNelle1

FlirtDart_019_StyleofIncubus1

FlirtDart_019_StyleofJossStone1

FlirtDart_019_StyleofLilChris1

FlirtDart_019_StyleofNicoleScherzinger1

FlirtDart_019_StyleofPlies1

FlirtDart_020_StyleofBrianMcKnight1

FlirtDart_020_StyleofCheNelle1

FlirtDart_020_StyleofDwightYoakam1

FlirtDart_020_StyleofGooGooDolls1

FlirtDart_020_StyleofJossStone1

FlirtDart_020_StyleofLilChris1

FlirtDart_020_StyleofNicoleScherzinger1

FlirtDart_020_StyleofPlies1

FlirtDart_020_StyleofRihanna2

FlirtDart_020_StyleofScoutingForGirls1

Thts4Lvr_012_StyleofSantana7

Thts4Lvr_012_StyleofScouting4Girls1

Thts4Lvr_012_StyleofShayneWard2

Thts4Lvr_012_StyleofGarthBrooks2

Thts4Lvr_012_StyleofNicoleScherzinger1

Thts4Lvr_012_StyleofPigeonDetectives1

Thts4Lvr_012_StyleofPlies1

Thts4Lvr_012_StyleofRascalFlatts1

Thts4Lvr_012_StyleofRihanna2

Thts4Lvr_012_StyleofRobyn1

Thts4Lvr_013_StyleofGarthBrooks2

Thts4Lvr_013_StyleofJordanSparks1

Thts4Lvr_013_StyleofMontgomeryGentry1

Thts4Lvr_013_StyleofNellyFurtado2

Thts4Lvr_013_StyleofNewtonFaulkner1

Thts4Lvr_013_StyleofRascalFlatts1

Thts4Lvr_013_StyleofRobyn1

Thts4Lvr_013_StyleofSantana7

Thts4Lvr_013_StyleofShayneWard2

Thts4Lvr_013_StyleofSherylCrow1

Thts4Frd_008_StyleofGarthBrooks2

Thts4Frd_008_StyleofJordanSparks1

Thts4Frd_008_StyleofKayStarr5

Thts4Frd_008_StyleofMadonna3

Thts4Frd_008_StyleofNappyRoots1

Thts4Frd_008_StyleofNellyFurtado2

Thts4Frd_008_StyleofPigeonDetective1

Thts4Frd_008_StyleofRihanna2

Thts4Frd_008_StyleofSantana7

Thts4Frd_008_StyleofSherylCrow1

BibleDart_017_StyleofGospel1135-04

BibleDart_017_StyleofGospel1137-04

BibleDart_017_StyleofJordanSparks1

BibleDart_017_StyleofMadonna3

BibleDart_017_StyleofNappyRoots1

BibleDart_017_StyleofNellyFurtado2

BibleDart_017_StyleofPigeonDetective1

BibleDart_017_StyleofRihanna2

BibleDart_017_StyleofScoutingForGirls1

BibleDart_017_StyleofShayneWard1

BibleDart_018_StyleofGospel1135-04

BibleDart_018_StyleofGospel1137-04

BibleDart_018_StyleofGospel1138-01

BibleDart_018_StyleofMadonna3

BibleDart_018_StyleofNewtonFaulkner1

BibleDart_018_StyleofPigeonDetective1

BibleDart_018_StyleofRihanna2

BibleDart_018_StyleofScoutingForGirls1

BibleDart_018_StyleofSugarland1

BibleDart_018_StyleofGarthBrooks2

BibleDart_019_StyleofGospel1138-05

BibleDart_019_StyleofTheDrifters2

BibleDart_019_Styleof1138-01

BibleDart_019_StyleofGarthBrooks2

BibleDart_019_StyleofGospel1138-01

BibleDart_019_StyleofNewtonFaulkner1

BibleDart_019_StyleofPigeonDetectives1

BibleDart_019_StyleofRihanna1

BibleDart_019_StyleofShayneWard1

BibleDart_019_StyleofSherylCrow1

BibleDart_019_StyleofSugarland1

BibleDart_020_StyleofAliciaKeys3

BibleDart_020_StyleofGarthBrooks2

BibleDart_020_StyleofGospel1138-01

BibleDart_020_StyleofNellyFurtado2

BibleDart_020_StyleofNewtonFaulkner1

BibleDart_020_StyleofTheRollingStones1

BibleDart_020_StyleofTheDrifters2

BibleDart_020_StyleofTwista1

BibleDart_020_StyleofVendettaRed1

BibleDart_020_StyleofWhiskeyFalls1

BibleDart_020_StyleofWhiteStripe1

BibleDart_021_StyleofGospel1138-05

BibleDart_021_StyleofGospel1139-02

BibleDart_021_StyleofSherylCrow1

BibleDart_021_StyleofTheDrifters2

BibleDart_021_StyleofTheRollingStones1

BibleDart_021_StyleofTwista1

BibleDart_021_StyleofVendettaRed1

BibleDart_021_StyleofWhiskeyFalls1

BibleDart_021_StyleofWhiteStripe1

BibleDart_021_StyleofWhitneyHouston1

BibleDart_022_StyleofAaronNeville1

BibleDart_022_StyleofGospel1139-02

BibleDart_022_StyleofGospel1139-05

BibleDart_022_StyleofSugarland1

BibleDart_022_StyleofTheRollingStones1

BibleDart_022_StyleofTwista

BibleDart_022_StyleofVendettaRed1

BibleDart_022_StyleofWhiskeyFalls1

BibleDart_022_StyleofWhiteStripe1

BibleDart_022_StyleofWhitneyHouston1

BibleDart_023_StyleofAliciaKeys1

BibleDart_023_StyleofAmyWineHouse4

BibleDart_023_StyleofBeyonce2

BibleDart_023_StyleofBigandRich5

BibleDart_023_StyleofBrianMcKnight3

BibleDart_023_StyleofGospel1139-02

BibleDart_023_Styleof1Gospel1139-05

BibleDart_023_StyleofSherylCrow1

BibleDart_023_StyleofSugarland1

BibleDart_023_StyleofWhitneyHouston1

BibleDart_024_StyleofAaronNeville1

BibleDart_024_StyleofAliciaKeys1

BibleDart_024_StyleofBigandRich5

BibleDart_024_StyleofBlakeLewis1

BibleDart_024_StyleofBrianMcKnight3

BibleDart_024_StyleofGospel1139-02

BibleDart_024_StyleofGospel1139-05

BibleDart_024_StyleofJulianneHough2

BibleDart_024_StyleofSugarland1

BibleDart_024_StyleofWhiskeyFalls1

BibleDart_025_StyleofAliciaKeys1

BibleDart_025_StyleofAmyWineHouse4

BibleDart_025_StyleofBeyonce2

BibleDart_025_StyleofBigandRich5

BibleDart_025_StyleofBlakeLewis1

BibleDart_025_StyleofGospel1140-04

BibleDart_025_StyleofGospel1141-5

BibleDart_025_StyleofJenifferLopez3

BibleDart_025_StyleofJulianneHough2

BibleDart_025_StyleofKanyeWest3

BibleDart_026_StyleofGospel1140-04

BibleDart_026_StyleofBlakeLewis1

BibleDart_026_StyleofBreakingBenjamin1

BibleDart_026_StyleofBrianMcKnight3

BibleDart_026_StyleofChristinaAguilera5

BibleDart_026_StyleofGospel1145-05

BibleDart_026_StyleofJenniferLopez3

BibleDart_026_StyleofJulianneHough2

BibleDart_026_StyleofKanyeWest3

BibleDart_026_StyleofKillers2

BibleDart_027_StyleofGospel1142-02

BibleDart_027_StyleofGospel1144-01

BibleDart_027_StyleofKanyeWest4

BibleDart_027_StyleofKelliePickler1

BibleDart_027_StyleofMichaelJackson3

BibleDart_027_StyleofNappyRoots1

BibleDart_027_StyleofNellyFurtado2

BibleDart_027_StyleofNewtonFaulkner1

BibleDart_027_StyleofPegeonDetectives1

BibleDart_027_StyleofScoutingForGirls1

BibleDart_028_StyleofGospel1142-02

BibleDart_028_StyleofGospel1144-01

BibleDart_028_StyleofKanyeWest4

BibleDart_028_StyleofKatDeLuna1

BibleDart_028_StyleofKelliePickler1

BibleDart_028_StyleofKTTunstal2

BibleDart_028_StyleofMadonna1

BibleDart_028_StyleofPigeonDetectives1

BibleDart_028_StyleofMichaelJackson3

BibleDart_028_StyleofParamore1

BibleDart_029_StyleofAliciaKeys1

BibleDart_029_StyleofDeanMartin1

BibleDart_029_StyleofGospel1142-02

BibleDart_029_StyleofGospel1144-01

BibleDart_029_StyleofKatDeLuna1

BibleDart_029_StyleofJayZ1

BibleDart_029_StyleofKelliePickler1

BibleDart_029_StyleofKTTunstall1

BibleDart_029_StyleofMichaleJackson3

BibleDart_029_StyleofParamore1

BibleDart_030_StyleofAliciaKeys3

BibleDart_030_StyleofGospel1144-01

| |
|---|
| BibleDart_030_StyleofGospel1144-04 |
| BibleDart_030_StyleofJayZ1 |
| BibleDart_030_StyleofKanyeWest4 |
| BibleDart_030_StyleofKatDeLuna1 |
| BibleDart_030_StyleofKelliePickler1 |
| BibleDart_030_StyleofSmashMouth1 |
| BibleDart_030_StyleofParamore1 |
| BibleDart_030_StyleofKTTunstall1 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV10- 5442 DDP (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

Luvdarts LLC, a California limited liability company;
and Davis-Reuss, Inc dba DigiPie, a California
Corporation

*Plaintiff*

v.

AT&T Mobility, LLC. a Delaware Limited Liability
Company; Verizon Wireless Telecom, Inc., a
Delaware Corporation; Sprint Nextel Corporation, a
Kansas for Profit Corporation; T-Mobile USA, Inc. a
Delaware Corporation;

*Defendant*

)
)
)
)
)
)
)

# CV10  5442 DDP (RZx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DOUGLAS W. DAVIS, ESQ.
DOUGLAS W. DAVIS, P.C.
2811 Foose Road
Malibu, California 90265
Telephone: (310) 457-4626    Facsimile : (310) 457-1532

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   JUL  2 3 2010

**CHRISTOPHER POWERS**

*Signature of Clerk or Deputy Clerk*



2010-JUL-23  10:28   FROM-ABC LEGAL SERVICES          +2132539413        T-441  P.005/009  F-466

# CIVIL COVER SHEET

% JS-44 (Rev. 12:07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Luvdarts LLC, and Davis-Reuss, Inc dba DigiPie

## DEFENDANTS
AT&T Mobility, LLC, a Delaware Limited Liability Company; Verizon Wireless Telecom, Inc., a Delaware Corporation; Sprint Nextel Corporation, a Kansas for Profit Corporation; T-Mobile USA, Inc. a Delaware Corporation;

**(b)** County of Residence of First Listed Plaintiff Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Kent County, DE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

2811 Foose Road
Malibu, California 90265
Telephone: (310) 457-4626
Facsimile : (310) 457-1532

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. § 101 et seq
Brief description of cause:
Plaintiffs aver that Defendants have exploited their copyrighted material without permission or compensation.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $0.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER

CV10 5442

DATE
July 22, 2010

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

American LegalNet, Inc.
www.FormsWorkflow.com