DOUGLAS W. DAVIS, ESQ.
(Ca State Bar No. 132620)
DOUGLAS W. DAVIS, P.C.
2811 Foose Road
Malibu, California 90265
Telephone: (310) 457-4626
Facsimile : (310) 457-1532

Attorneys for Plaintiffs,

Luvdarts LLC, and Davis-Reuss, Inc dba
DigiPie

FILED
2010 NOV -8 PM 1:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luvdarts LLC, a California limited liability company; and Davis-Reuss, Inc dba DigiPie, a California Corporation | CASE NO. CV 10-5442 DDP (RZx) |
| Plaintiffs, | **PLAINTIFF'S FIRST AMENDED COMPLAINT FOR:** |
| vs. | 1. Copyright Infringement |
| AT&T Wireless Services Inc. a Delaware Corporation; Cellco Partnership dba Verizon Wireless a New Jersey Corporation; Sprint Spectrum LP, A Delaware Limited Partnership; T-Mobile, USA a Washington Corporation; & Does1 to 10, inclusive. | 2. Vicarious Copyright Infringement 3. Unfair Competition |
| Defendants. | |

Plaintiffs Luvdarts LLC and Davis-Reuss, Inc dba DigiPie

(collectively, "Plaintiffs") complain and allege as follows:

## **The Parties**

1.      Plaintiff Luvdarts LLC is a California limited liability corporation, with its principal place of business in the County of Los Angeles, State of California.

2.      Plaintiff Davis-Reuss, Inc dba DigiPie is a California corporation, with its principal place of business in the County of Los Angeles, State of California.

3.      Plaintiffs are informed and believe, and based thereon allege, that Defendant AT&T Wireless Services Inc. is a Delaware Corporation doing business in the State of California.

4.      Plaintiffs are informed and believe, and based thereon allege, that Defendant Cellco Partnership dba Verizon Wireless is a New Jersey Corporation doing business in the State of California.

5.      Plaintiffs are informed and believe, and based thereon allege, that Sprint Spectrum LP is a Delaware Limited Partnership, doing business in the State of California.

6.      Plaintiffs are informed and believe, and based thereon allege, that T-Mobile, USA a Washington Corporation is doing business in the State of California.

7.      Plaintiff does not presently know the true names and capacities of defendants Does 1-10, inclusive, and for that reason sues such defendants under fictitious names. Plaintiff will amend this Complaint to show their true names and capacities when they have been ascertained.

8.      Plaintiffs are informed and believe, and based thereon allege, that sometime prior hereto, Defendants, (collectively, "Wireless Carriers") and each of

FIRST AMENDED COMPLAINT

1  them willfully engaged in the course of conduct described herein. Plaintiffs are

2  further informed and believe, and based thereon allege, that in pursuance of said

3  course of conduct described herein, Defendants and each of them did the acts

4  and/or were negligent in enabling the events herein alleged. Defendants and each

5  of them profited from the events herein alleged and all of such acts and events were

6  participated in and done by all of said Defendants or by one or more of them as

7  steps in said course of conduct. Plaintiffs allege 9,999 to 100,000 counts of

8  infringement of Plaintiff's copyrighted titles listed in attached Exhibit A. Exhibit A

9  is non-exhaustive and includes only a portion of Plaintiffs' works that were

10  infringed.

11

12                              **Jurisdiction and Venue**

13       9.     This is a civil action seeking injunctive relief and damages for

14  copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

15       10.    The Court has original subject matter jurisdiction over the Copyright

16  Act claims pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1338(b). To the extent this

17  complaint contains claims for relief under California law; those claims are

18  specifically authorized to be brought in this Court under the provisions of 28 U.S.C.

19  §§ 1338(a) and 1338(b).

20       11.    This court has personal jurisdiction over Defendants as they are

21  conducting business in the State of California by, among other things, offering

22  wireless services and owning mobile networks that function in the State of

23  California, as well as launching other business ventures here.

24       12.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 and 28

25  U.S.C. § 1400.

26       13.    Venue is proper in the state of California as the wrongful actions

27  complained of herein were and are being committed in this judicial district.

28

# 1. Factual Background
## A. Preliminary History

14.     Plaintiffs produce, publish, distribute and sell mobile multimedia messaging content also known as ("MMS") and known by the U.S. Copyright Office as Motion Picture/Audio Visual Works.

15.     Defendants and each of them have enabled the unaccounted for transfer, distribution and publication of Plaintiff's copyright protected works by creating and deploying a dedicated MMS file-sharing system for Defendant's end users whereby the Defendants profit from providing the access to said dedicated new system and whereby Defendants profit from the activities of peer to peer ("P2P") file-sharing on this new sub-system of mobile networks dedicated exclusively for multimedia file-sharing.

16.     The transmission and publication of Plaintiff's copyright protected MMS data is not covered by the exemption for Service Providers as set forth in 17 U.S.C. §512.  Defendants are providing a sub-system dedicated exclusively to multimedia file- sharing.  Defendants on both ends, to wit, the sending carrier and the receiving carrier charge their respective clients for sending and receiving the MMS data by flat rate or ala carte.  Defendants and each of them in recent years have deployed this dedicated system that allows them to profit merely from the dissemination of the MMS data, yet the Defendants under this new system do not

FIRST AMENDED COMPLAINT

share any of the profits derived from these P2P transfers and publications with the copyright owners whose product is being exploited purposefully or vicariously. As such, the Defendant's enabling of the unbridled transmission and publication of Plaintiff's copyright protected MMS data, absent an agreement from and/or compensation to the Plaintiffs constitutes a violation of the Plaintiff's rights.

17.     Defendants and each of them have grossed billions of dollars via MMS data revenue upon their entrance into the P2P, MMS content distribution and publication business on their mobile networks without compensating the rightful copyright owners for said exploitation. Furthermore, Defendants do not even have a system of accountability for the peer to peer activities on this new system of MMS. The massive copyright infringement liability found in the *Grokster,* and its progeny[1] and other pirate P2P cases by U.S. federal courts will pale in comparison to the huge amount of direct infringements that may take place amongst four billion, and growing, MMS capable mobile device users worldwide.

18.     Defendants, without a written agreement or consent from the Plaintiffs have used and continue to use their peer to peer multimedia file-sharing system to exploit the Plaintiff's copyrights as identified within Exhibit A,  a copy of which is attached hereto and incorporated herein by this reference.  The copyrights in these works are registered with the United States Copyright Office in accordance with Title 17 U.S.C. §§409-412 and further described within this Complaint.

---

[1] Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 125 S. Ct. 2764 (2005)

## B. Plaintiff's Business Models

19.     Plaintiffs are pioneers and world leaders in the production and distribution of commercial MMS, multimedia messaging content.  Beginning in August 2007 Plaintiff DigiPie began developing multimedia messaging content.  In 2008 Luvdarts LLC ("Luvdarts") was formed and began to distribute their commercial MMS content. This MMS content was a work of authorship and marked copyrighted by Luvdarts.  The early content consisted of greeting card style messages with text, graphics, video and musical materials.  Currently, the scope of MMS content created by the Plaintiffs is much broader including but not limited to MMS advertising campaigns, MMS news, MMS coupons, MMS games and more. Plaintiffs believe that MMS is a valid tangible medium of expression as described in 17 U.S.C. §102.  Plaintiffs observed that the previously dominant business model, under which multimedia producers sold their physical content to consumers directly or through monetized physical distribution networks is in serious jeopardy since the advent of the Internet and unaccounted for peer to peer file-sharing. Plaintiffs dedicated creative and monetary resources in developing content and business models that may provide a bridge to the future for MMS copyright owners to protect and monetize their content while also providing legal ways for persons to share commercial MMS.  All MMS is capable of mobile to mobile, peer to peer sharing because that is the way that the Defendants designed the system to work

20.     One of these business models developed by the Plaintiffs allows users to download Plaintiff's MMS from an authorized distributor and to send it to an intended recipient, once.  For example, Client A downloads a Happy Birthday Luvdart from an entity that has contracted with Luvdarts to distribute its products for free and/or for a fee.  The download is sent to Client A's phone or installed via other means such as a computer or memory disc.  Once Client A has the Happy Birthday Luvdart on their device they may send the birthday wish to the person's mobile device that they intended to wish happy birthday, once.  Depending upon the distributor that the download originated from, there are limits to how it may be shared.  Content distributed directly by the Plaintiffs includes a notice that the content may only be shared once see Exhibit B, a copy of which is attached hereto and incorporated herein by this reference.  This scenario represents approximately 60% of Plaintiff's releases to date.  Content distributed by authorized Luvdart distributors has the limits on sharing within their end user's terms and conditions, see Exhibit C a copy of which is attached hereto and incorporated herein by this reference.  This scenario represents approximately 30% of Plaintiff's releases to date.

21.     A second of these business models developed by the Plaintiffs allows persons/users to write custom text messages to the intended recipient and combine that message with multimedia content provided by Luvdarts.  The resulting MMS excludes any rights to the text made by the user however Luvdarts

FIRST AMENDED COMPLAINT

retains the copyrights to the MMS and grants the user a license to share this content with the intended recipient, once. See Exhibit D a copy of which is attached hereto and incorporated herein by this reference. This scenario represents approximately 5% of Plaintiff's releases to date.

22.     Yet another of these business models developed by the Plaintiffs enables businesses to help create effective MMS advertising campaigns for peer to peer viral marketing purposes. Unlike the other models, the Luv-Dart Campaigns do promote the mass sharing of the copyrighted content (Exhibit E). This scenario represents approximately 5% of Plaintiff's releases to date.

23.     Defendants and each of them are providing a system dedicated exclusively to multimedia peer to peer file-sharing that prevents the Plaintiffs from protecting their copyright protected content under any of the aforementioned circumstances. Based upon the present system, direct infringers can ignore the licensing limitations to which they agreed with Plaintiff by sending the content to multiple users without compensating Plaintiffs for said additional unauthorized use. Specifically, the Defendants, and each of them, do not have any system of MMS accountability whereby Plaintiffs or anyone else for that matter, may easily discern what copyright protected content is being infringed and what is not. In fact, the only existing system of accountability is the Defendants counting the billions of dollars they have made over the years from Plaintiff's commercial MMS and other's MMS whose content was necessary in generating the billions in data

FIRST AMENDED COMPLAINT

revenue attributed to MMS. Plaintiff's have not been compensated anything to date from the Defendant's vicarious profits from the Defendant enabled direct infringements by their end users and Plaintiff's have been denied any accounting by the Defendants to determine the exact amount of direct infringements taking place on their MMS networks.

24.     Plaintiffs continue to invest in and produce new MMS content on a regular basis. Attached as Exhibit A, is a non-exhaustive list of Plaintiff's titles that are believed to have been publically distributed via MMS networks in a manner not consistent with the Plaintiff's intentions and exclusive rights to distribute as set forth in Title 17 U.S.C. §106. The copyrights in these works are registered with the United States Copyright Office in accordance with Title 17 U.S.C. §§409-412 and further described within this Complaint.

### C. The Defendant's New System

25.     The Defendants and each of them provide wireless telecommunications services for their customers. Recently, in or about 2000 the Defendants through various telecommunications industry partnerships began developing a sub-system that would enable customers to share multimedia from one mobile device directly to another mobile device also known as peer to peer (P2P). These developments were dependent upon the further technological development of 2G and 3G networks and also future generations of mobile network's capabilities. This sub-system was deployed for public use in or around 2002 and the name for

FIRST AMENDED COMPLAINT

this new sub-system is "MMS", multimedia messaging system. Just like the system known as "SMS", short messaging system or text messaging, MMS enables end users to send messages directly to each other, peer to peer. However, in the case of MMS the messages sent and received are exclusively multimedia messages/files. The Defendants and each of them are providing and profiting from a peer to peer file-sharing system that enables end users to share copyrighted multimedia as defined in Title 17 §102. Furthermore, despite charging a fee or flat rate for the transfer, distribution and publication of the copyright protected materials, the Defendants do not provide a system of accountability nor do they provide a system of compensation for copyright holders that desire to exercise their exclusive rights as set forth in Title 17 §106 and in this case, the Plaintiffs. Defendants have grossed billions of dollars from a sub-system designed exclusively for the exploitation of others' copyrighted materials without paying the copyright holders such as the Plaintiffs anything.

26.     The technical design and function (See Exhibit F a copy of which is attached hereto and incorporated herein by this reference) of this new system displays in no uncertain terms that the Defendants employ a system that vicariously infringes and/or encourages direct infringements of others' rights and in this case, the Plaintiff's rights.

27.     The Defendants and each of them at all times have implemented

FIRST AMENDED COMPLAINT

this system without efficient means of control over infringing activities and

therefore are all parties to the encouragement of the massive direct infringements of

the Plaintiff's rights.   The Defendants have grossed billions of dollars from these

unlawful activities which the Defendants and each of them do have the means and

resources to control.  However, the Defendants and each of them merely focused on

the profits from this new system and paid minimal if any attention to controlling

infringing and unlawful activities induced by this new system.

### D. The Defendant's Secondary Liability – Inducement

28.     In accord with the Supreme Court's ruling in *MGM v. Grokster,*

*125 S.Ct. 2764 (2005)*: "[O]ne who distributes a device with the object of

promoting its use to infringe copyright, as shown by clear expression or other

affirmative steps taken to foster infringement, is liable for the resulting acts of

infringement by third parties."  The Defendant's design, deployment and

participation in technology  which allows  for and encourages the infringement of

Plaintiff's copyrights is a prime example of what the Supreme Court described in

*Grokster* since this new MMS technology transmits the copyright protected content

of others for financial gain.  An assumption by the Defendants that the owners of

the copyrighted works of which Defendants are helping distribute have waived their

rights as the Defendants profit from these copyrighted works is false.  The Plaintiffs

have invested substantial time, energy, financial resources and creativity in the

research and development of multimedia messaging content as a practical measure

to compensate for the loss of the previously dominant physical medium business model which has been devastated by technology and peer to peer unbridled and unaccounted for sharing via the Internet.

29.     As early as January 2008, Luvdarts' content began showing up locally on multiple mobile devices. The Plaintiffs and many others witnessed content that was supposed to be shared once by the original downloader showing up on multiple devices cross carrier from MMS networks supported by the Defendants. Most of the content being "re-gifted" by the Defendant's end users contained notices that this content should only be shared once (Exhibit B). In early 2008, approximately 30% of activated U.S. mobile devices were capable of sending and receiving MMS. At that time Luvdarts were being distributed exclusively by DigiPie.com, a website owned by the Plaintiff DigiPie. Luvdarts LLC was formed in mid 2008 and immediately set out to partner with the Defendants to address the emerging opportunities known as data revenue sharing. Within the telecommunications industry, data revenue sharing is the act of entities with a vested interest in generating ARPU (average revenue per user) sharing the revenue generated by their joint efforts to increase that ARPU. Typically, mobile device manufacturers may use this model and similar models where the device is subsidized by the Defendants. Whereas Plaintiffs produce content that naturally promotes ARPU whether it is shared once or many times, Plaintiffs saw a fit within this emerging marketplace. However, Plaintiffs were deterred by the Defendants in

1
2
3    those efforts to partner for data revenue sharing and instead were directed to
4    participate in the Defendant's "Common Short Code System" of doing business
     through their authorized content aggregators.   The Plaintiffs hold these walled
5    garden efforts to force content providers to do business utilizing a dying business
6
7    model while the Defendants enjoy a bright outlook for the future utilizing a new
8    content distribution business model to be a classic example of an unfair business
9    practice.
10
11        30.        According to the CTIA  a copy of which is attached hereto and
12   denoted as  Exhibit G,  the International Association of Wireless Carriers of which
13   the Defendants are members, 9.3 billion MMS messages were reported for the last
14
15   half of 2008 and more than 24.2 billion MMS messages were reported for the last
16   half of 2009.  Currently, over 90% of the over 200 million U.S. activated mobile
17   devices are capable of sending and receiving MMS.  The Defendants continue to
18
19   induce customers to use their new MMS technology which allows for the unfettered
20   transfer, distribution and publication of others' copyright protected multimedia.
21   The Defendants have not paid those that choose to uphold their copyrights, such as
22
23   Plaintiffs,  anything.  The Plaintiffs hold the position that absent an agreement
24   and/or compensation to the Plaintiffs, the Defendant's enabling of their end users to
25   infringe Plaintiff's content at will is a classic example of secondary liability and
26
27   inducement in accord with *Grokster, Limewire* and its progeny.
28        **E. The Defendant's Secondary Liability – Direct Infringement**

FIRST AMENDED COMPLAINT

31.     The Plaintiffs produce large amounts of MMS content within short periods of time.  Currently, the average length of Plaintiff's MMS content is around 45 seconds.  The time it takes Plaintiff's MMS content to go from product completion to distribution can be as little as one minute depending upon the distributor.  The content distributed directly by the Plaintiffs is clearly marked copyrighted and also contains a notice that it may only be shared once with the intended recipient.

32.     The Plaintiffs attend trade shows and other public venues as vendors, consumers and as participants in presentations. Typically at these events, during the course of the day, the Plaintiffs noticed multiple instances where persons showed they already had the content the Plaintiffs were beginning to show them on their mobile device because someone at the event had already sent it to them. Upon becoming aware of the fact that persons already had their content prior to it being sent to them by Plaintiff, Plaintiffs inquired further.  Their inquiry revealed that some of the   recipients of single use intended content sent that content to multiple parties in violation of the notice contained in the content.  This fact was verified by Plaintiff's representatives at the different events when recipients of single use content and senders of content allowed them to view their sent/ received folders within their cell phones.  The folders revealed that, despite receiving a notice that the content was only to be shared with the intended recipient, individuals sent the content to multiple parties and received content from multiple parties.    Plaintiffs

14                    FIRST AMENDED COMPLAINT

acknowledge that the MMS jokes which the Plaintiffs call LaffLoads, are very popular and that there is a natural urge to want to share fun stuff with everyone. However, due to the viral nature of MMS and Defendant's lack of efficient controls, the Plaintiffs are without a remedy to stop the unauthorized dissemination of their content.  Additionally, due to the lack of accountability, Plaintiffs are unable to fully ascertain the amount of compensation it should receive from those who would exploit their copyrighted material without their consent.

33.     In December of 2009, Luvdarts contacted Defendants and requested a statement of accountability for Luvdarts' copyrighted MMS content from May 2008 through November 2009 that were generating MMS data revenue for the Defendants.   Defendants failed to respond to this request.  In January 2010, Plaintiffs then served Defendants with Notices of Infringement and a demand to cease and desist in the manner set forth within Title 17 U.S.C §512, et seq.

34.     Defendant T-Mobile ignored this request and has not responded to date.

35.     Defendant AT&T informed Plaintiffs that they need further information such as an URL or IP address even though it is not possible to do so, via their current version of MMS which has no accountability of the multimedia transferred and published.  The Plaintiffs sent a second copy of their infringed titles.

36.     Defendant Verizon requested more information from Plaintiffs and

has not been heard from since. In January 2010, at the request of Plaintiffs, the non-profit trade association, DataRevenue. Org of which Plaintiffs are members, sent Verizon their doctrine a copy of which is attached hereto and denoted as Exhibit H containing remedy per Verizon's request for more information. The DataRevenue.Org Doctrine, which included a clear guide concerning Defendants' rights and the ability to control infringing activities such as the conduct by their third party end users. The doctrine also exposed other vulnerabilities in their MMS infrastructure that would lead to massive copyright infringements if not addressed.

37.     Defendant Sprint answered that they had forwarded the materials to Clearwire in Kirkland, Washington and did not further respond to this first notice.

38.     In July of 2010, the Defendants and each of them were again notified of the direct infringement activities via MMS peer to peer file-sharing per Title 17 U.S.C §512, et seq. Defendant Sprint responded that they had safe harbor via Title 17 U.S.C. 512 (a). Defendant AT&T informed Plaintiffs that they need further information such as an URL or IP address per 17 USC §512(c)(3)(A)(iv). Defendant Verizon has not responded to date. Defendant T-Mobile has not responded to date.

39.     Defendants and each of them were sent copies of Exhibit H, The DataRevenue.Org Doctrine, which included a clear guide concerning Defendants' rights and the ability to control infringing activities such as the conduct by their third party end users. The doctrine also exposed other vulnerabilities in their MMS

infrastructure that would lead to massive copyright infringements if not addressed. The unwillingness of the Defendants to deal with the direct infringement allegations with any degree of effectiveness including but not limited to non-response and non-action left the Plaintiffs no other choice but to file suit to expose and confront these issues of direct infringement of Plaintiff's copyrights and the secondary liability of the Defendants.  The non-action by the Defendants in itself is unlawful given the guidelines set forth in Title 17 §512 et seq.

### F. The Defendant's Vicarious Liability

40.      Given the weaknesses within the Defendants new system for peer to peer file-sharing, Plaintiffs can show direct infringements at any given time.  The Defendants and each of them merely focused on the profits from this new system and paid minimal if any attention to controlling infringing and unlawful activities within this new system. The Defendants have the right and the ability to supervise end users and/or compensate the Plaintiffs and other copyright holders for the direct infringing activities within their new system of MMS.  While the new technology of MMS is a great step forward for mobile networks and the people that use it, the lack of foresight by such brilliant minds and brilliant efforts in not designing and implementing basic controls is both inconceivable and unlawful.

41.      The Defendant's remedies to control the direct infringements include but are not limited to; the establishment of a system of accountability and fair compensation for MMS copyright holders.( An example of which can be found

in Exhibit H); and/or the establishment of a metadata system of digital rights management for content being transported and published via their MMS networks whereas all MMS could be tracked back to the end users and removed and/or blocked from their mobile devices.

42.     In fact, the Defendants have made billions of dollars via MMS data revenue by either charging for access to the system and/or charging ala carte for the sending and receiving of each MMS data file.  The Defendant's direct financial gains from the direct infringing activities induced by a system deficient of any efficient safe guards to control such activities is a classic example of vicarious liability.

## First Claim for Relief

## By  Plaintiffs Luvdarts, LLC and Davis-Reuss, Inc. Against All Defendants for Inducement of Copyright Infringement Pursuant to Title 17 U.S.C. §§ 106, 501

43.     Plaintiffs reallege and incorporate by reference each and every allegation set forth above within paragraphs 1 through 42, inclusive, as though fully stated herein.

44.     Plaintiffs are the exclusive owners or represent the rights of the exclusive owners for the MMS, (multimedia messaging content) claiming infringement.  The Plaintiff's MMS content are also known as Motion Picture/Audio Visual Works by the United States Copyright Office.  The Plaintiff's copyrighted works are registered with the U.S. Copyright Office.

45.     Individuals using Defendants services have directly infringed and are directly infringing Plaintiff's copyrights on a daily basis by, for example,

transmitting via mobile device to mobile device Plaintiff's copyrighted materials to other users whose receipt of said copyrighted material has not been authorized by Plaintiffs in violation of Plaintiff's exclusive rights pursuant to the Copyright Act U.S.C.§§ 106,501. Said infringement of Plaintiff's copyrighted material, including without limitation those listed in Exhibit A, is occurring on an immense scale and constitutes innumerable infringing acts.

46.   Defendants, and each of them, are liable for inducing the copyright infringements by Luvdart users.  Defendants have designed, deployed and participated in technology which allows for and encourages the free transfer and thus infringement of Plaintiff's copyrighted material via their MMS system.  The very nature of Defendants' MMS system is designed to encourage the free distribution of Plaintiff's copyrighted material without any accounting to Plaintiffs, despite the fact that said material contains notices setting forth that the material is not to be shared beyond its initial intended recipient.

47.   Defendants, have further induced and continue to induce infringement by failing to block or to account for the infringing activities despite the fact that the technological means, which are known to Defendants, to do so exists and is relatively easy to implement.

48.   Defendants have induced and continue to induce infringement of Plaintiff's copyrighted material by establishing and maintaining a business model that profits directly from the high volume use of Plaintiff's copyrighted MMS material.  For example, if one of Plaintiff's single recipient intended Luvdarts  is sent in a viral manner, Defendants, and each of them, would profit from the transmission and receipt of said material each time it is sent by one user and received by another or by charging a flat rate for access to the system.

49.   Each violation of each Plaintiff's rights in and to each of Plaintiff's copyrighted MMS material constitutes a separate and distinct act of copyright infringement.

50. As a direct result of the foregoing conduct, Plaintiffs are entitled to damages as against all Defendants and each of them in an amount that is presently unknown.

51. As a direct result of Defendants' infringement Plaintiffs are entitled to the maximum to statutory penalties under 17 U.S.C. § 504, in the amount of $150,000 with respect to each timely registered work that was infringed, to disgorgement of Defendants' profits, and to any and all other relief the Court deems just and proper under the law. As an alternative to statutory damages and for infringed works that do not qualify for statutory damages, if any, Plaintiffs at their election prior to judgment are entitled to recover "actual damages and any additional profits of the Defendants " attributable to the infringement in accord with 17 U.S.C. § 504 (a)-(b).

52. Plaintiffs are entitled to their costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

53. Defendants conduct has caused, and unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting further infringement of Plaintiffs' copyrights.

## Second Claim for Relief

## By  Plaintiffs Luvdarts, LLC and Davis-Reuss, Inc. Against All Defendants for Vicarious Copyright Infringement

54. Plaintiffs reallege and incorporate by reference each and every allegation set forth above within paragraphs 1 through 42; and 43 through 53, inclusive, as though fully stated herein.

55. Plaintiffs are the exclusive owners or represent the rights of the

1   exclusive owners for the MMS, (multimedia messaging content) claiming

2   infringement. The Plaintiff's MMS content are also known as Motion

3   Picture/Audio Visual Works by the United States Copyright Office. The Plaintiff's

4   copyrighted works are registered with the U.S. Copyright Office.

5       56.    Individuals using Defendants services have directly infringed and are

6   directly infringing Plaintiff's copyrights on a daily basis by, for example,

7   transmitting via mobile device to mobile  device, Plaintiff's copyrighted material to

8   other users whose receipt of said copyrighted material has not been authorized by

9   Plaintiffs in violation of Plaintiff's exclusive rights pursuant to the Copyright Act

10  U.S.C.§§ 106,501. Said infringement of Plaintiff's copyrighted material, including

11  without limitation those listed in Exhibit A, is occurring on an immense scale and

12  constitutes innumerable infringing acts.

13      57. Defendants are liable as vicarious infringers for the copyright

14  infringement committed through each Defendants' services. Defendants, at all

15  times relevant to this action, have had: 1) the right and ability to control and/or

16  supervise the infringing conduct of Defendants' users; 2) have had a direct financial

17  interest in and derived substantial benefit from the infringements of Plaintiff's

18  copyrighted MMS material via Defendants' MMS system and services.

19      58.    Defendants do have the ability to control the activity of the users of

20  MMS material on their networks. Said abilities include but are not limited to, the

21  establishment of a metadata system of digital rights management for content being

22  transported and published via their MMS networks whereas all MMS could be

23  tracked back to the end users and removed and/or blocked from their mobile

24  devices and the  establishment of a system of accountability and fair compensation

25  for MMS copyright holders as set forth in the Exhibit H to this complaint through

26  which peer to peer file-sharing would no longer be an infringing activity and

27  copyright holders such as the Plaintiffs would  being fairly compensated for the

28  exploitation of their works. The non-profit trade association known as

1  DataRevenue.Org submitted these remedies to each Defendant in January 2010.

2  However, they were ignored by Defendants. Due to the tremendously large reach

3  of mobile networks there is a tremendous amount of copyright infringement of the

4  Plaintiff's copyrighted materials every day. The Defendants have grossed between

5  8-10 billion dollars in MMS data revenue charges to consumers from May 2008

6  through June 2010 in the United States.

7

8      59.    As a direct result of the foregoing conduct, Plaintiffs are entitled to

9  damages as against all Defendants and each of them in an amount that is presently

10  unknown.

11      60.    As a direct result of Defendants' infringements Plaintiffs are entitled to

12  the maximum to statutory penalties under 17 U.S.C. § 504, in the amount of

13  $150,000 with respect to each timely registered work that was infringed, to

14  disgorgement of Defendants' profits, and to any and all other relief the Court deems

15  just and proper under the law.

16      61.    Plaintiffs are entitled to their costs, including reasonable attorneys'

17  fees, pursuant to 17 U.S.C. § 505.

18      62. Defendants conduct has caused, and, unless enjoined by this Court, will

19  continue to cause Plaintiffs great and irreparable injury that cannot be compensated

20  or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17

21  U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting further

22  infringement of Plaintiffs' copyrights.

23

24

25      ///

26      ///

27      ///

28

22                    FIRST AMENDED COMPLAINT

### Third Claim for Relief

### By Plaintiffs Luvdarts, LLC and Davis-Reuss, Inc. Against All Defendants for

### Unfair Competition – Violation of California Business & Professions Code

### 17200

63.    Plaintiffs reallege and incorporate by reference each and every allegation set forth above within paragraphs 1 through 42, 43 through 53; and 54 through 62 inclusive, as though fully stated herein.

64.    The telecommunications sector is today's new media giants generating more revenue for their respective companies via multimedia content distribution than ever before.  While copyright holders such as LuvDarts see their revenue stream shrinking because of unbridled peer to peer file sharing and  safe harbor statutes designed to promote use of the internet, they are encouraged by the possibilities from this new technology known as multi media messaging (MMS). The technology is truly amazing, akin to rubbing a magic lantern and getting three wishes.  However, what is even more amazing is that the carriers claim that there is no accountability in the system.  So while the carriers generate billions for themselves they actively deny MMS content creators a method of generating income from their creative, copyrighted material.  With the advent of 4g networks the scope of content is becoming unlimited and greatly enhances the quality and quantity of material that can be created.  It is significant that if there were no content created then, there would be no MMS data to transmit and thus, no revenue generated for the wireless carriers from MMS.  The wireless carriers are not creating this material themselves instead they rely upon others to create the content.  The system created allows for the unfettered distribution of this content with each transmission or flat rate access charges generating money for only the wireless carriers.  All the while they are letting content creators know that they will

1    not be justly compensated for this content.

2        65.    MMS Data content creators such as LuvDarts have created a business

3    model whereby they seek to make money from the downloads of their creative,

4    copyrighted material however, as long as the wireless carriers allow the unfettered

5    distribution of copyrighted material it is unreasonable to expect that the general

6    public will adhere to any warning from the content providers not to freely distribute

7    material that they initially download from the internet for a charge. If they have

8    created such an amazing system for sending MMS Data they certainly can insert

9    accountability into the system or in the interim compensate artists by paying a small

10   percentage of the revenue they are generating from MMS Data transmission or

11   system access. Instead the wireless carriers refuse to offer any accountability and

12   unfairly deny Luvdarts and other MMS copyright holders any income stream. This

13   new technology has become a monster that will eat the creative industry. Content

14   providers such as LuvDarts are being put out of business because more and more

15   the general public will not see a reason to pay for content they can receive by

16   transmission from someone who has downloaded the content and can distribute to

17   others free of charge except for a transmission fee paid to the wireless carriers. If

18   this scenario sounds familiar look at the *Grokster* and *Limewire* cases. These cases

19   resulted in these facilitators of the transmission of copyrighted material being shut

20   down. No less should happen to the wireless carriers MMS Data system or, the

21   happy medium would be that the wireless carriers compensate copyright holders

22   thereby encouraging the creation of more content.

23       66.    Plaintiffs are the exclusive owners or represent the rights of the

24   exclusive owners for the MMS, (multimedia messaging content) claiming

25   infringement. The Plaintiff's MMS content are also known as Motion

26   Picture/Audio Visual Works by the United States Copyright Office. The Plaintiff's

27   copyrighted works are registered with the U.S. Copyright Office.

28       67.    Plaintiffs are engaged in the business of the production and

1   distribution of commercial MMS, multimedia messaging content.

2       68.    Through the conduct described above Defendants are violating

3   plaintiffs' rights in the MMS Content including the content described in Exhibit A

4   attached hereto. and are guilty of unfair competition.  By the foregoing acts

5   Defendants are unfairly competing with Plaintiffs' use sale and distribution of its

6   copyrighted MMS Data content and otherwise taking advantage of and

7   undermining Plaintiffs' substantial creative and financial investment therein and

8   unfairly misappropriating Plaintiffs' rights to its content for Defendants' own

9   commercial benefit.

10      69.    As a direct and proximate result of Defendants' willful, wanton and

11  reckless engagement in unfair competition, the Plaintiffs have been damaged, and

12  Defendants have been unjustly enriched, in an amount to be proved at trial for

13  which damages and/or restitution and disgorgement are appropriate. Plaintiffs are

14  additionally entitled to punitive damages. As a direct and proximate result of

15  Defendants' conduct, the Plaintiffs are further entitled to recover all proceeds and

16  other compensation received or to be received by Defendants arising from

17  Defendants' infringements.

18      70.    Defendants' conduct has caused, and unless enjoined by this Court,

19  will continue to cause Plaintiffs irreparable injury that cannot be fully compensated

20  or measured in money damages. Plaintiffs have no adequate remedy at law and are

21  entitled to injunctive relief prohibiting Defendants from further violating Plaintiffs'

22  rights.

23

24  WHEREFORE, Plaintiffs respectfully request judgment against Defendants as

25  follows:

26          1.    For general damages in an amount to be proven at trial;

27          2.    For punitive damages in an amount to be proven at trial

28  sufficient to punish and deter Defendants from engaging in such activity in the

                        25              FIRST AMENDED COMPLAINT

1  future;

2          3.    For the maximum statutory damages under 17 U.S.C. § 504(c),

3  in the amount of $150,000 with respect to each timely registered work that was

4  infringed.

5          4.    For damages and disgorgement of lost profits, in an amount to

6  be proven at trial;

7          5.    For injunctive relief as against Defendants and each of them;

8          6.    For an accounting;

9          7.    For an order declaring that Defendants hold the funds which

10  they have gained as a result of their wrongful acts as constructive trustees for the

11  benefit of Plaintiff;

12          8.    For costs of suit, including reasonable attorney fees;

13          9.    For any applicable and appropriate pre- and post-judgment

14  interest;

15          10.    For any other relief that the Court deems just and proper.

16

17

    DATED: July 22, 2010        DOUGLAS W. DAVIS, P.C.

18

19

20                     By_____

21                     Douglas W. Davis, Esq

                      Attorneys for Plaintiffs Luvdarts LLC, and Davis-

22                        Reuss, Inc dba DigiPie

23

24

25

26

27

28

1

**Demand for Jury Trial**

2

Plaintiffs hereby demand a trial by jury as to all issues properly so tried.

3

4

5

6

7      DATED: July 22, 2010          DOUGLAS W. DAVIS, P.C.

8

9

10                                    By_____
                                      Douglas W. Davis, Esq.
11                                    Attorneys for Plaintiffs; Luvdarts LLC,  and
                                      Davis-Reuss, Inc dba DigiPie
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    27          FIRST AMENDED COMPLAINT

# Exhibit A

## Luvdarts LLC's Copyright Protected Content - June 2008 to Date

How to Create Commercial MMS
How to Protect and Monetize Your MMS Creations
How to Limit the Distribution of Your MMS in a Peer to Peer Environment
Birthday Pt 30
Birthday Pt 31
Birthday Pt 32
Birthday Pt 41
Birthday Pt 44
Birthday Pt 45
Birthday Pt 50
Birthday Pt 51
Birthday Pt 052
Birthday Pt 053
Birthday Pt 054
BirthdayBro Pt 36
BirthdayChica Pt 37
BirthdayDad Pt 38
BirthdayDaughter Pt 47
BirthdayDude Pt 40
BirthdayGF2GF Pt 49
BirthdayGirl Pt 33
BirthdayHusbandBF Pt 48
BirthdayLate Pt 34
BirthdayMom Pt 39
BirthdayOldLady 42
BirthdayOldMan Pt 43
BirthdaySis Pt 35
BirthdayWifeGF Pt 46
TwoWives Pt1
WifeisAngel Pt1
YoMama Pt1
ChineseBd4Frd_001
ChineseBd4Frd_003
ChineseBd4Frd_004
Chinese-Bd4Frd_017
Chinese-Bd4Lvr_002
ChineseGetWell_001
ChineseSorry_002
ChineseTY4Frd_001
ChineseTY4Frd_003
AgouraAutoSpa_1
Ardyss_Pam1
ASU_MomKim
AutoRepairSample_1
ChinaGarden_1
ChurchSample_1
CuznCynthia1
Dentist_3
FlowerShopSample_1
GemmasJewelers_1
JoePlumber_3



28

KaraKelly
KarenRudyard
KimBday2010-A
LivePerformance
NathanielBday_1
NoCover_1
ProductSample_1
ReneeBday_1
RestaurantSample_1
RoseBday1
TeamEGG_trial1

Title
A Tribute To MICHAEL Pt 1
A Tribute To MICHAEL Pt 3
A Tribute To MICHAEL Pt 4
A Tribute To MICHAEL Pt 5
A Tribute To MICHAEL Pt 6
A Tribute To MICHAEL Pt 7
A Tribute To MICHAEL Pt 8
A Tribute To MICHAEL Pt 9
4 My Mother Anytime!
A Tribute To MICHAEL Pt 2
BD4Frd_017_StyleofA.F.I. 1
Bd4Frd_5_StyleofAJAli1
Bd4Lvr_001r_StyleofCarlThomas1
Big Time Luvin' 4u!
Birthday4Friends_2_Styleof50Cent1
Birthday4Lovers_001_StyleofTheByrds1
FlirtDart_002_StyleofBeyonce3
Get Your Flirt On!
Get Your Flirt On! Pt 2
HappyHolidays_001_STYLEOF12DaysofXmas1
HappyHolidays_002_JingleBells1
HappyHolidays_003_StyleofFrostyTheSnowman1
HappyHolidays_004_StyleofWinterWonderland1
HappyHolidays_005_StyleofRudolph2
I Love You
I Love You So...
IMU4LO_001_StylofSantana3
I-N-Ging Time Pt 2
I've Got a Crush On You!
Last Night Was Great!
Last Nite Was Gr8!
Let's Check It Out! Pt 2
Let's Do It Again...
Like a Hungry Wolf...
MblFlrt_1_StyleofFloRida1
MblFlrt_2_StyleofLeonaLewis1
MblFlrt_8_StyleofChrisBrown1
MerryXmas_001_STYLEOFJingleBells1

MerryXmas_002_STYLEOFDeckTheHalls1
Mother's Day Pt 1
Serious Eye Candy
Sorry_001_StyleofBillyCurrington1
Sorry_004_StyleofMadonna2
SportsDart_002_StyleofMaryJBlige1
ThankYou4Friends_1_StyleofChristinaAguilera1
Thoughts4Friends_2_StyleofBeyonce1
Thoughts4Friends_3_StyleofDollyParton1
Thts4Frd_001_StyleofSeanKingston1
Thts4Lvr_002_StyleofTaylorSwift1
Thts4Lvr_010_StyleofLilMama1
True Love Wish!
True Love Wish! Pt 2
TY4Frd_002_StyleofLeonaLewis1
TY4Frd_003_StyleofKatDeLuna1
TY4JWD_001_StyleofLupeFiasco1
You Rocked My World!
Flirt Dart Red Rose
Flirt Dart Red Rose Pt 2
Happy Birthday Pt 1
Hebrews 13:5,6
Let's Check It Out!
Proverbs 3:5,6
The Obama Rap Thang
We Beat You!
You're Hot!

| |
| --- |
| 10Mobile2Mobile BibleDarts Pt 1 |
| 10Mobile2Mobile Holiday Greetings! Pt1 |
| 10Mobile2Mobile Musical Messages! Pt 1 |
| 1Corinthians 13:4-13 HipHop R&B Pt 12 |
| 3gLuvdarts_Mixed004_5pak |
| 3gLuvDarts_Mixed005_5Pak |
| 5Mobile2Mobile BibleDarts Pt 1 |
| 5Mobile2Mobile BibleDarts Pt 2 |
| 5Mobile2Mobile BibleDarts Pt 3 |
| 5Mobile2Mobile BibleDarts Pt 4 |
| 5Mobile2Mobile BibleDarts Pt 5 |
| 5Mobile2Mobile Musical Messages! Pt 1 |
| 5Mobile2Mobile Musical Messages! Pt 2 |
| 5Mobile2Mobile Musical Messages! Pt 3 |
| Deuteronomy 8:18 Country Pt 6 |
| Ephesians 4:32 GOSPEL Pt 2 |
| FlirtDart HipHop R&B Pt 1 |
| FlirtDart HipHop R&B Pt 11 |
| FlirtDart HipHop R&B Pt 12 |
| FlirtDart HipHop R&B Pt 13 |

| |
|---|
| FlirtDart HipHop R&B Pt 14 |
| FlirtDart HipHop R&B Pt 17 |
| FlirtDart HipHop R&B Pt 9 |
| Happy Birthday! Pt 17 |
| Happy Birthday! Pt 2 |
| HappyHolidays_001_12DaysofXmas1 |
| HappyHolidays_002_JingleBells1 |
| HappyHolidays_003_JOYtotheWORLD1 |
| HappyHolidays_003_MommyKissingSantaClaus1 |
| HappyHolidays_003_SantaClausIsComin1 |
| HappyHolidays_004_CHESTNUTSROASTING1 |
| HappyHolidays_005_DECKtheHALLS1 |
| Hebrews 13:5,6 Country Pt 1 |
| Jeremiah 17:7 Rock Pop Pt 25 |
| John 3:16 Rock Pop Pt 10 |
| Matthew 22:37-39 HipHop R&B Pt 33 |
| Matthew 6:24 HipHop & R&B Pt 34 |
| MMS Holiday Greetings! Pt1 |
| Never Give Up! |
| Proverbs 16:3 HipHop R&B Pt 7 |
| Proverbs 3:5,6 HipHop R&B Pt 8 |
| Psalm 23 Rock Pop Pt 35 (1st part) |
| Sweet as Pie! |
| Valentines_003_StyleofDaughtry1 |
| Valentines_004_StyleofKanyeWest1 |
| Valentines_005_StyleofDuffy1 |
| Valentines_006_StyleofAliciaKeys2 |
| Valentines_008_StyleofJackJohnson1 |
| Valentines_013_StyleofGarthBrooks1 |
| We Beat You! |
| You Make Us Proud! |
| **AMsg4Hm_001_Styleof50Cent1** |
| **AMsg4Hm_001_StyleofAaliyah1** |
| **AMsg4Hm_001_StyleofAJAli1** |
| **AMsg4Hm_001_StyleofAkon2** |
| **AMsg4Hm_001_StyleofALANISMORRISETTE1** |
| **AMsg4Hm_001_StyleofAlanJackson1** |
| **AMsg4Hm_001_StyleofAlanJackson2** |
| **AMsg4Hm_001_StyleofAliciaKeys1** |
| **AMsg4Hm_001_StyleofAmandaEHendrix** |

AMsg4Hm_001_StyleofAmyWinehouse1

AMsg4Hm_001_StyleofAmyWinehouse2

AMsg4Hm_001_StyleofAthlete1

AMsg4Hm_001_StyleofAvrilLavigne2

AMsg4Hm_001_StyleofAxwell1

AMsg4Hm_001_StyleofBeyonce2

AMsg4Hm_001_StyleofBigandRich1

AMsg4Hm_001_StyleofBlakeLewis1

AMsg4Hm_001_StyleofBobDylan1

AMsg4Hm_001_StyleofBreakfreakz1

AMsg4Hm_001_StyleofBrianMcKnight1

AMsg4Hm_001_StyleofBrianMcKnight2

AMsg4Hm_001_StyleofBrianMcKnight3

AMsg4Hm_001_StyleofBritneySpears1

AMsg4Hm_001_StyleofBuenaMutya1

AMsg4Hm_001_StyleofCarlThomas1

AMsg4Hm_001_StyleofCarolynDawnJohnson

AMsg4Hm_001_StyleofCarrieUnderwood1

AMsg4Hm_001_StyleofCassie1

AMsg4Hm_001_StyleofCelineDion1

AMsg4Hm_001_StyleofChamillionairefeatSlickRick~

AMsg4Hm_001_StyleofChemicalRomance2

AMsg4Hm_001_StyleofChristinaAguilera4

AMsg4Hm_001_StyleofCommitments1

AMsg4Hm_001_StyleofConnieFrancis4

AMsg4Hm_001_StyleofConnieFrancis5

AMsg4Hm_001_StyleofCoral1

AMsg4Hm_001_StyleofDeanMartin1

AMsg4Hm_001_StyleofDestinysChild1

AMsg4Hm_001_StyleofDollyParton1

AMsg4Hm_001_StyleofDonnaSummer1

AMsg4Hm_001_StyleofEditors1

AMsg4Hm_001_StyleofEiffel65_001

AMsg4Hm_001_StyleofEiffel65_2

AMsg4Hm_001_StyleofEmersonDrive1

AMsg4Hm_001_StyleofEnriqueIglesias1

AMsg4Hm_001_StyleofFergie1

AMsg4Hm_001_StyleofFooFighters1

AMsg4Hm_001_StyleofFrankieValli1

AMsg4Hm_001_StyleofFrankieValli2

AMsg4Hm_001_StyleofFreaks1

AMsg4Hm_001_StyleofGarethGates1

AMsg4Hm_001_StyleofGarthBrooks1

AMsg4Hm_001_StyleofGretchenWilson1

AMsg4Hm_001_StyleofGwenStefani1

AMsg4Hm_001_StyleofH2OfeatPlatinum1

AMsg4Hm_001_StyleofInnerCircle1

AMsg4Hm_001_StyleofJamieT1

AMsg4Hm_001_StyleofJanetandNelly1

AMsg4Hm_001_StyleofJimCroce1

AMsg4Hm_001_StyleofJohnMellencamp1

AMsg4Hm_001_StyleofJordanSparks1

AMsg4Hm_001_StyleofKeithUrban1

AMsg4Hm_001_StyleofKeithUrban2

AMsg4Hm_001_StyleofKillers1

AMsg4Hm_001_StyleofKoolandTheGang1

AMsg4Hm_001_StyleofKylieMinogue1

AMsg4Hm_001_StyleofLeeGreenwood1

AMsg4Hm_001_StyleofLinkinPark1

AMsg4Hm_001_StyleofLosDelRio1

AMsg4Hm_001_StyleofLouisArmstrong1

AMsg4Hm_001_StyleofManicStreetPreachers1

AMsg4Hm_001_StyleofMarciaGriffiths1

AMsg4Hm_001_StyleofMartinaMcBride1

AMsg4Hm_001_StyleofMaryJBlige1

AMsg4Hm_001_StyleofMatKearney1

AMsg4Hm_001_StyleofMaureenMcGovern1

AMsg4Hm_001_StyleofMileyCyrus1

AMsg4Hm_001_StyleofMonica1

AMsg4Hm_001_StyleofNancySinatra1

AMsg4Hm_001_StyleofNappyRoots1

AMsg4Hm_001_StyleofNatashaBedingfield2

AMsg4Hm_001_StyleofNatashaBedingfield3

AMsg4Hm_001_StyleofNelly1

AMsg4Hm_001_StyleofNellyFurtado1

AMsg4Hm_001_StyleofNellyFurtado3

AMsg4Hm_001_StyleofOcean1

AMsg4Hm_001_StyleofPaulMcCartney1

AMsg4Hm_001_StyleofPoison1

AMsg4Hm_001_StyleofRaconteurs1

AMsg4Hm_001_StyleofRayCharles1

AMsg4Hm_001_StyleofRihannafeatNeYo1

AMsg4Hm_001_StyleofRobertPalmer1

AMsg4Hm_001_StyleofSandyPosey2

AMsg4Hm_001_StyleofSantanafeatChadKroeger1

AMsg4Hm_001_StyleofSaraEvans

AMsg4Hm_001_StyleofSavageGarden1

AMsg4Hm_001_StyleofSeanPaul1

AMsg4Hm_001_StyleofShayneWard1

AMsg4Hm_001_StyleofSimplyRed1

AMsg4Hm_001_StyleofSmashMouth1

AMsg4Hm_001_StyleofSnoopDogg1

AMsg4Hm_001_StyleofSugarland1

AMsg4Hm_001_StyleofTalBachman1

AMsg4Hm_001_StyleofTalBachman2

AMsg4Hm_001_StyleofTamia1

AMsg4Hm_001_StyleofThaila1

AMsg4Hm_001_StyleofTheBeeGees1

AMsg4Hm_001_StyleofThelmaHouston1

AMsg4Hm_001_StyleofTheRollingStones1

AMsg4Hm_001_StyleofTimberland1

AMsg4Hm_001_StyleofTimMcGraw1

AMsg4Hm_001_StyleofTraditional1

AMsg4Hm_001_StyleofTraditional2

AMsg4Hm_001_StyleofTraditional3

AMsg4Hm_001_StyleofTraditional4

AMsg4Hm_001_StyleofTraditional5

AMsg4Hm_001_StyleofTraditional6

AMsg4Hm_001_StyleofTraditional7

AMsg4Hm_001_StyleofTraditional8

AMsg4Hm_001_StyleofTraditional9

AMsg4Hm_001_StyleofTraditional10

AMsg4Hm_001_StyleofTwista1

AMsg4Hm_001_StyleofWestlife1

AMsg4Hm_001_StyleofWombats1

AMsg4Hm_001_StyleofWyclefJean1

AMsg4Hm_001_StyleofYaelNaim1

AMsg4Hm_002_Styleof50Cent1

AMsg4Hm_002_StyleofAaliyah1

AMsg4Hm_002_StyleofAkon2

AMsg4Hm_002_StyleofAlanJackson1

AMsg4Hm_002_StyleofAlanJackson2

AMsg4Hm_002_StyleofAliciaKeys1

AMsg4Hm_002_StyleofAlisonKraus1

AMsg4Hm_002_StyleofAmandaEHendrix1

AMsg4Hm_002_StyleofAmyWinehouse2

AMsg4Hm_002_StyleofAnitaBaker1

AMsg4Hm_002_StyleofArcticMonkeys1

AMsg4Hm_002_StyleofAthlete1

AMsg4Hm_002_StyleofAvrilLavigne2

AMsg4Hm_002_StyleofAxwell1

AMsg4Hm_002_StyleofBeachBoys1

AMsg4Hm_002_StyleofBeyonce2

AMsg4Hm_002_StyleofBlakeLewis1

AMsg4Hm_002_StyleofBreakfreakz1

AMsg4Hm_002_StyleofBrianMcKnight1

AMsg4Hm_002_StyleofBrianMcKnight2

AMsg4Hm_002_StyleofBrianMcKnight3

AMsg4Hm_002_StyleofCarlThomas1

AMsg4Hm_002_StyleofCarolynDawnJohnson1

AMsg4Hm_002_StyleofCarrieUnderwood1

AMsg4Hm_002_StyleofCassie1

AMsg4Hm_002_StyleofChemicalRomance2

AMsg4Hm_002_StyleofChristinaAguilera4

AMsg4Hm_002_StyleofConnieFrancis4

AMsg4Hm_002_StyleofConnieFrancis5

AMsg4Hm_002_StyleofCoral1

AMsg4Hm_002_StyleofDestinysChild1

AMsg4Hm_002_StyleofDonnaSummer1

AMsg4Hm_002_StyleofEditors1

AMsg4Hm_002_StyleofEiffel65_001

AMsg4Hm_002_StyleofEiffel65_002

AMsg4Hm_002_StyleofEnriqueIglesias1

AMsg4Hm_002_StyleofFrankieValli1

AMsg4Hm_002_StyleofFrankieValli2

AMsg4Hm_002_StyleofFreaks1

AMsg4Hm_002_StyleofGarethGates1

AMsg4Hm_002_StyleofGwenStefani1

AMsg4Hm_002_StyleofJamieT1

AMsg4Hm_002_StyleofJanetandNelly1

AMsg4Hm_002_StyleofJimCroce1

AMsg4Hm_002_StyleofJohnMellencamp1

AMsg4Hm_002_StyleofKeithUrban1

AMsg4Hm_002_StyleofKoolandTheGang1

AMsg4Hm_002_StyleofLeeGreenwood1

AMsg4Hm_002_StyleofLosDelRio1

AMsg4Hm_002_StyleofManicStreetPreachers1

AMsg4Hm_002_StyleofMarciaGriffiths1

AMsg4Hm_002_StyleofMartinaMcBride1

AMsg4Hm_002_StyleofMaryJBlige1

AMsg4Hm_002_StyleofMatKearney1

AMsg4Hm_002_StyleofMaureenMcGovern1

AMsg4Hm_002_StyleofMonica1

AMsg4Hm_002_StyleofNappyRoots1

AMsg4Hm_002_StyleofNatashaBedingfield2

AMsg4Hm_002_StyleofNatashaBedingfield3

AMsg4Hm_002_StyleofNelly1

AMsg4Hm_002_StyleofNellyFurtado3

AMsg4Hm_002_StyleofOcean1

AMsg4Hm_002_StyleofPaulMcCartney1

AMsg4Hm_002_StyleofRaconteurs1

AMsg4Hm_002_StyleofRobertPalmer1

AMsg4Hm_002_StyleofSandyPosey2

AMsg4Hm_002_StyleofSaraEvans1

AMsg4Hm_002_StyleofSavageGarden1

AMsg4Hm_002_StyleofSeanPaul1

AMsg4Hm_002_StyleofSimplyRed1

AMsg4Hm_002_StyleofSmashMouth1

AMsg4Hm_002_StyleofSnoopDogg1

AMsg4Hm_002_StyleofTalBachman1

AMsg4Hm_002_StyleofTalBachman2

AMsg4Hm_002_StyleofTamia1

AMsg4Hm_002_StyleofThaila1

AMsg4Hm_002_StyleofTheBeeGees1

AMsg4Hm_002_StyleofTheRollingStones1

AMsg4Hm_002_StyleofTimberland1

AMsg4Hm_002_StyleofTraditional1

AMsg4Hm_002_StyleofTraditional2

AMsg4Hm_002_StyleofTraditional3

AMsg4Hm_002_StyleofTraditional4

AMsg4Hm_002_StyleofTraditional5

AMsg4Hm_002_StyleofTraditional6

AMsg4Hm_002_StyleofTraditional7

AMsg4Hm_002_StyleofTraditional8

AMsg4Hm_002_StyleofTraditional9

AMsg4Hm_002_StyleofTraditional11

AMsg4Hm_002_StyleofTwista1

AMsg4Hm_003_Styleof50Cent1

AMsg4Hm_003_StyleofAaliyah1

AMsg4Hm_003_StyleofAkon2

AMsg4Hm_003_StyleofAlanJackson1

AMsg4Hm_003_StyleofAliCampbell1

AMsg4Hm_003_StyleofAlisionKraus1

AMsg4Hm_003_StyleofAmandaEHendrix1

AMsg4Hm_003_StyleofAmyWinehouse1

AMsg4Hm_003_StyleofAmyWineHouse2

AMsg4Hm_003_StyleofAthlete1

AMsg4Hm_003_StyleofAvrilLavigne2

AMsg4Hm_003_StyleofAxwell1

AMsg4Hm_003_StyleofBeyonce2

AMsg4Hm_003_StyleofBlakeLewis1

AMsg4Hm_003_StyleofBlocParty1

AMsg4Hm_003_StyleofBonJovi1

AMsg4Hm_003_StyleofBreakfreakz1

AMsg4Hm_003_StyleofBrianMcKnight1

AMsg4Hm_003_StyleofBrianMcKnight2

AMsg4Hm_003_StyleofBrianMcKnight3

AMsg4Hm_003_StyleofBritneySpears1

AMsg4Hm_003_StyleofByrds1

AMsg4Hm_003_StyleofCarlThomas1

AMsg4Hm_003_StyleofCarol1

AMsg4Hm_003_StyleofCarolynDawnJohnson1

AMsg4Hm_003_StyleofCarrieUnderwood1

AMsg4Hm_003_StyleofCassie1

AMsg4Hm_003_StyleofChamillionaire1

AMsg4Hm_003_StyleofChristinaAguilera4

AMsg4Hm_003_StyleofConnieFrancis4

AMsg4Hm_003_StyleofConnieFrancis5

AMsg4Hm_003_StyleofCraigMorgan1

AMsg4Hm_003_StyleofDaughtry1

AMsg4Hm_003_StyleofDeanMartin1

AMsg4Hm_003_StyleofDestinysChild1

AMsg4Hm_003_StyleofDonnaSummer1

AMsg4Hm_003_StyleofEditors1

AMsg4Hm_003_StyleofEiffel65_001

AMsg4Hm_003_StyleofEiffel65_2

AMsg4Hm_003_StyleofElvisPresley1

AMsg4Hm_003_StyleofEnriqueIglesias1

AMsg4Hm_003_StyleofFaithHill1

AMsg4Hm_003_StyleofFrankieValli1

AMsg4Hm_003_StyleofFrankieValli3

AMsg4Hm_003_StyleofFreaks1

AMsg4Hm_003_StyleofFreddieLeGrandevsCorrida1

AMsg4Hm_003_StyleofGarethGates1

AMsg4Hm_003_StyleofGeorgeStrait1

AMsg4Hm_003_StyleofGwenStefani1

AMsg4Hm_003_StyleofHardFi1

AMsg4Hm_003_StyleofJackPenate1

AMsg4Hm_003_StyleofJamieT1

AMsg4Hm_003_StyleofJanetandNelly1

AMsg4Hm_003_StyleofJenniferLopez1

AMsg4Hm_003_StyleofJimCroce1

AMsg4Hm_003_StyleofJoeSouth1

AMsg4Hm_003_StyleofJohnMellencamp1

AMsg4Hm_003_StyleofJossStone1

AMsg4Hm_003_StyleofKeithUrban1

AMsg4Hm_003_StyleofKelliePickler1

AMsg4Hm_003_StyleofKennyLogginsandJimMessina1

AMsg4Hm_003_StyleofKoolandTheGang1

AMsg4Hm_003_StyleofLadyAntebellum1

AMsg4Hm_003_StyleofLeeGreenwood1

AMsg4Hm_003_StyleofLittleBigTown1

AMsg4Hm_003_StyleofLosDelRio1

AMsg4Hm_003_StyleofLupeFiasco1

AMsg4Hm_003_StyleofManicStreetPreachers1

AMsg4Hm_003_StyleofMarciaGriffiths1

AMsg4Hm_003_StyleofMartinaMcBride1

AMsg4Hm_003_StyleofMaryJBlige1

AMsg4Hm_003_StyleofMatKearney1

AMsg4Hm_003_StyleofMaureenMcGovern1

AMsg4Hm_003_StyleofMonica1

AMsg4Hm_003_StyleofMyChemicalRomance2

AMsg4Hm_003_StyleofNappyRoots1

AMsg4Hm_003_StyleofNatalieImbruglia1

AMsg4Hm_003_StyleofNatashaBedingfield2

AMsg4Hm_003_StyleofNatashBedingfield3

AMsg4Hm_003_StyleofNelly1

AMsg4Hm_003_StyleofNellyFurtado3

AMsg4Hm_003_StyleofOcean1

AMsg4Hm_003_StyleofParamore1

AMsg4Hm_003_StyleofPaulMcCartney1

AMsg4Hm_003_StyleofPhilVassar1

AMsg4Hm_003_StyleofRaconteurs1

AMsg4Hm_003_StyleofRascalFlatts1

AMsg4Hm_003_StyleofRickiLee1

AMsg4Hm_003_StyleofRobertPalmer1

AMsg4Hm_003_StyleofRodneyAtkins1

AMsg4Hm_003_StyleofSandyPosey2

AMsg4Hm_003_StyleofSaraEvans1

AMsg4Hm_003_StyleofSavageGarden1

AMsg4Hm_003_StyleofSeal1

AMsg4Hm_003_StyleofSeanPaul1

AMsg4Hm_003_StyleofSimonWebbe1

AMsg4Hm_003_StyleofSimplyRed1

AMsg4Hm_003_StyleofSmashMouth1

AMsg4Hm_003_StyleofSnoopDogg1

AMsg4Hm_003_StyleofT2featJodieAysha1

AMsg4Hm_003_StyleofTalBachman1

AMsg4Hm_003_StyleofTalBachman2

AMsg4Hm_003_StyleofTamia1

AMsg4Hm_003_StyleofTerriClark1

AMsg4Hm_003_StyleofThaila1

AMsg4Hm_003_StyleofTheBeeGees1

AMsg4Hm_003_StyleofTheRollingStones1

AMsg4Hm_003_StyleofTimberland1

AMsg4Hm_003_StyleofTradersRogue1

AMsg4Hm_003_StyleofTraditional1

AMsg4Hm_003_StyleofTraditional2

AMsg4Hm_003_StyleofTraditional3

AMsg4Hm_003_StyleofTraditional4

AMsg4Hm_003_StyleofTraditional5

AMsg4Hm_003_StyleofTraditional6

AMsg4Hm_003_StyleofTraditional7

AMsg4Hm_003_StyleofTraditional8

AMsg4Hm_003_StyleofTraditional9

AMsg4Hm_003_StyleofTraditional10

AMsg4Hm_003_StyleofTwista1

AMsg4Hm_003_StyleofVinceGill1

AMsg4Hm_003_StyleofWhiskeyFalls1

AMsg4Hm_Styleof50Cent1

AMsg4Hm_StyleofAaliyah1

AMsg4Hm_StyleofAkon2

AMsg4Hm_StyleofAlanJackson1

AMsg4Hm_StyleofAliCampbell1

AMsg4Hm_StyleofAlisonKraus1

AMsg4Hm_StyleofAmandaEHendrix1

AMsg4Hm_StyleofAmyMcDonald1

AMsg4Hm_StyleofAmyWinehouse2

AMsg4Hm_StyleofArcticMonkeys1

AMsg4Hm_StyleofAthlete1

AMsg4Hm_StyleofAvrilLavigne2

AMsg4Hm_StyleofAxwell1

AMsg4Hm_StyleofBeyonce2

AMsg4Hm_StyleofBlakeLewis1

AMsg4Hm_StyleofBlocParty1

AMsg4Hm_StyleofBradPaisley1

AMsg4Hm_StyleofBreakfreakz1

AMsg4Hm_StyleofBrianMcKnight1

AMsg4Hm_StyleofBrianMcKnight2

AMsg4Hm_StyleofBrianMcKnight3

AMsg4Hm_StyleofBuckOwens1

AMsg4Hm_StyleofCarlThomas1

AMsg4Hm_StyleofCarol1

AMsg4Hm_StyleofCarolynDawnJohnson1

AMsg4Hm_StyleofCarrieUnderwood1

AMsg4Hm_StyleofCascada1

AMsg4Hm_StyleofCassie1

AMsg4Hm_StyleofChemicalRomance2

AMsg4Hm_StyleofCheNellefeatCham1

AMsg4Hm_StyleofChristinaAguilera4

AMsg4Hm_StyleofCommonfeatLilyAllen1

AMsg4Hm_StyleofConnieFrancis4

AMsg4Hm_StyleofConnieFrancis5

AMsg4Hm_StyleofDeltaGoodrem1

AMsg4Hm_StyleofDestinysChild1

AMsg4Hm_StyleofDonnaSummer1

AMsg4Hm_StyleofEditors1

AMsg4Hm_StyleofEiffel65_001

AMsg4Hm_StyleofEiffel65_2

AMsg4Hm_StyleofEnriqueIglesias1

AMsg4Hm_StyleofEricCarmen1

AMsg4Hm_StyleofFeist1

AMsg4Hm_StyleofFrankieValli1

AMsg4Hm_StyleofFrankieValli2

AMsg4Hm_StyleofFreaks1

AMsg4Hm_StyleofGarethGates1

AMsg4Hm_StyleofGirlsAloud1

AMsg4Hm_StyleofGwenStefani1

AMsg4Hm_StyleofHoosiers1

AMsg4Hm_StyleofJakeOwen1

AMsg4Hm_StyleofJamesBlunt1

AMsg4Hm_StyleofJamieT1

AMsg4Hm_StyleofJanetandNelly1

AMsg4Hm_StyleofJewel1

AMsg4Hm_StyleofJimCroce1

AMsg4Hm_StyleofJohnMellencamp1

AMsg4Hm_StyleofKanyeWestfeatT-Pain1

AMsg4Hm_StyleofKeithUrban1

AMsg4Hm_StyleofKellyClarkson1

AMsg4Hm_StyleofKoolandTheGang1

AMsg4Hm_StyleofKTTunstall1

AMsg4Hm_StyleofKylieMinogue1

AMsg4Hm_StyleofLeeGreenwood1

AMsg4Hm_StyleofLeonJackson1

AMsg4Hm_StyleofLosDelRio1

AMsg4Hm_StyleofManicStreetPreachers1

AMsg4Hm_StyleofMarciaGriffiths1

AMsg4Hm_StyleofMartinaMcBride1

AMsg4Hm_StyleofMartinaMcBride2

AMsg4Hm_StyleofMaryJBlige1

AMsg4Hm_StyleofMatKearney1

AMsg4Hm_StyleofMaureenMcGovern1

AMsg4Hm_StyleofMcFly1

AMsg4Hm_StyleofMonica1

AMsg4Hm_StyleofNappyRoots1

AMsg4Hm_StyleofNatashaBedingfield2

AMsg4Hm_StyleofNatashaBedingfield3

AMsg4Hm_StyleofNelly1

AMsg4Hm_StyleofNellyFurtado3

AMsg4Hm_StyleofOcean1

AMsg4Hm_StyleofOneRepublic1

AMsg4Hm_StyleofPaulMcCartney1

AMsg4Hm_StyleofPigeonDetectives1

AMsg4Hm_StyleofRaconteurs1

AMsg4Hm_StyleofRihanna1

AMsg4Hm_StyleofRobertPalmer1

AMsg4Hm_StyleofSandyPosey2

AMsg4Hm_StyleofSaraEvans1

AMsg4Hm_StyleofSavageGarden1

AMsg4Hm_StyleofSawDoctors1

AMsg4Hm_StyleofSeanPaul1

AMsg4Hm_StyleofShayneWard1

AMsg4Hm_StyleofSimplyRed1

AMsg4Hm_StyleofSmashMouth1

AMsg4Hm_StyleofSnoopDogg1

AMsg4Hm_StyleofTalBachman1

AMsg4Hm_StyleofTalBachman2

AMsg4Hm_StyleofTamia1

AMsg4Hm_StyleofTaylorSwift1

AMsg4Hm_StyleofThaila1

AMsg4Hm_StyleofTheBeeGees1

AMsg4Hm_StyleofTheRollingStones1

AMsg4Hm_StyleofTimberland1

AMsg4Hm_StyleofTomPettyandStevieNicks1

AMsg4Hm_StyleofTraditional1

AMsg4Hm_StyleofTraditional2

AMsg4Hm_StyleofTraditional3

AMsg4Hm_StyleofTraditional4

AMsg4Hm_StyleofTraditional5

AMsg4Hm_StyleofTraditional6

AMsg4Hm_StyleofTraditional7

AMsg4Hm_StyleofTraditional8

AMsg4Hm_StyleofTraditional9

AMsg4Hm_StyleofTraditional10

AMsg4Hm_StyleofTwista1

AMsg4Hm_StyleofVeronicas1

AMsg4Hm_StyleofWilsonPickett1

AMsg4Hm_005_Styleof50Cent1

AMsg4Hm_005_StyleofAaliyah1

AMsg4Hm_005_StyleofaAmandaEHendrix1

AMsg4Hm_005_StyleofAkon2

AMsg4Hm_005_StyleofAlanJackson1

AMsg4Hm_005_StyleofAlanJackson2

AMsg4Hm_005_StyleofAlisonKraus1

AMsg4Hm_005_StyleofAmyMcDonald1

AMsg4Hm_005_StyleofAmyWinehouse2

AMsg4Hm_005_StyleofAthlete1

AMsg4Hm_005_StyleofAvrilLavigne2

AMsg4Hm_005_StyleofAxwell1

AMsg4Hm_005_StyleofBeyonce2

AMsg4Hm_005_StyleofBigandRich1

AMsg4Hm_005_StyleofBlakeLewis1

AMsg4Hm_005_StyleofBradPaisley1

AMsg4Hm_005_StyleofBreakfreakz1

AMsg4Hm_005_StyleofBrianMcKnight1

AMsg4Hm_005_StyleofBrianMcKnight2

AMsg4Hm_005_StyleofBrianMcKnight3

AMsg4Hm_005_StyleofBrooksandDunn1

AMsg4Hm_005_StyleofBuckOwens1

AMsg4Hm_005_StyleofBuckyCovington1

AMsg4Hm_005_StyleofCarlThomas1

AMsg4Hm_005_StyleofCarolynDawnJohnson1

AMsg4Hm_005_StyleofCarrieUnderwood1

AMsg4Hm_005_StyleofCassie1

AMsg4Hm_005_StyleofChemicalRomance2

AMsg4Hm_005_StyleofChristinaAguilera4

AMsg4Hm_005_StyleofChuckWicks1

AMsg4Hm_005_StyleofConnieFrancis4

AMsg4Hm_005_StyleofConnieFrancis5

AMsg4Hm_005_StyleofCoral1

AMsg4Hm_005_StyleofCraigMorgan1

AMsg4Hm_005_StyleofDeltaGoodrem1

AMsg4Hm_005_StyleofDestinysChild1

AMsg4Hm_005_StyleofDollyParton1

AMsg4Hm_005_StyleofDonnaSummer1

AMsg4Hm_005_StyleofEagles1

AMsg4Hm_005_StyleofEditors1

AMsg4Hm_005_StyleofEiffel65_001

AMsg4Hm_005_StyleofEiffel65_2

AMsg4Hm_005_StyleofElvisPresley1

AMsg4Hm_005_StyleofEmersonDrive1

AMsg4Hm_005_StyleofEnriqueIglesias1

AMsg4Hm_005_StyleofFaithHill1

AMsg4Hm_005_StyleofFaithHill002

AMsg4Hm_005_StyleofFrankieValli1

AMsg4Hm_005_StyleofFrankieValli2

AMsg4Hm_005_StyleofFreaks1

AMsg4Hm_005_StyleofGarethGates1

AMsg4Hm_005_StyleofGarthBrooks1

AMsg4Hm_005_StyleofGeorgeStrait1

AMsg4Hm_005_StyleofGeorgeStraitandKennyChesney~

AMsg4Hm_005_StyleofGretchenWilson1

AMsg4Hm_005_StyleofGwenStefani1

AMsg4Hm_005_StyleofJakeOwen1

AMsg4Hm_005_StyleofJamieT1

AMsg4Hm_005_StyleofJanetandNelly1

AMsg4Hm_005_StyleofJasonAldean1

AMsg4Hm_005_StyleofJimCroce1

AMsg4Hm_005_StyleofJoeSouth1

AMsg4Hm_005_StyleofJohnMellencamp1

AMsg4Hm_005_StyleofKeithUrban1

AMsg4Hm_005_StyleofKeithUrban2

AMsg4Hm_005_StyleofKelliePickler1

AMsg4Hm_005_StyleofKennyChesney1

AMsg4Hm_005_StyleofKennyLogginsandJimMessina1

AMsg4Hm_005_StyleofKoolandTheGang1

AMsg4Hm_005_StyleofKTTunstall1

AMsg4Hm_005_StyleofLadyAntebellum1

AMsg4Hm_005_StyleofLeeGreenwood1

AMsg4Hm_005_StyleofLilaMcCann1

AMsg4Hm_005_StyleofLittleBigTown1

AMsg4Hm_005_StyleofLosDelRio1

AMsg4Hm_005_StyleofManicStreetPreachers1

AMsg4Hm_005_StyleofMarciaGriffiths1

AMsg4Hm_005_StyleofMartinaMcBride1

AMsg4Hm_005_StyleofMartinaMcBride2

AMsg4Hm_005_StyleofMaryJBlige1

AMsg4Hm_005_StyleofMatKearney1

AMsg4Hm_005_StyleofMaureenMcGovern1

AMsg4Hm_005_StyleofMcKnight1

AMsg4Hm_005_StyleofMonica1

AMsg4Hm_005_StyleofNappyRoots1

AMsg4Hm_005_StyleofNatashaBedingfield2

AMsg4Hm_005_StyleofNatashaBedingfield3

AMsg4Hm_005_StyleofNelly1

AMsg4Hm_005_StyleofNellyFurtado3

AMsg4Hm_005_StyleofOcean1

AMsg4Hm_005_StyleofPaulMcCartney1

AMsg4Hm_005_StyleofPhilVassar1

AMsg4Hm_005_StyleofRaconteurs1

AMsg4Hm_005_StyleofRascalFlatts1

AMsg4Hm_005_StyleofRobertPalmer1

AMsg4Hm_005_StyleofRodneyAtkins1

AMsg4Hm_005_StyleofSandyPosey2

AMsg4Hm_005_StyleofSaraEvans1

AMsg4Hm_005_StyleofSavageGarden1

AMsg4Hm_005_StyleofSawDoctors1

AMsg4Hm_005_StyleofSeanPaul1

AMsg4Hm_005_StyleofSimplyRed1

AMsg4Hm_005_StyleofSmashMouth1

AMsg4Hm_005_StyleofSnoopDogg1

AMsg4Hm_005_StyleofSimonWebbe1

AMsg4Hm_005_StyleofTalBachman1

AMsg4Hm_005_StyleofTalBachman2

AMsg4Hm_005_StyleofTamia1

AMsg4Hm_005_StyleofThaila1

AMsg4Hm_005_StyleofTheBeeGees1

AMsg4Hm_005_StyleofTheRollingStones1

AMsg4Hm_005_StyleofTimberland1

AMsg4Hm_005_StyleofTraditional1

AMsg4Hm_005_StyleofTraditional2

AMsg4Hm_005_StyleofTraditional3

AMsg4Hm_005_StyleofTraditional5

AMsg4Hm_005_StyleofTraditional6

AMsg4Hm_005_StyleofTraditional7

AMsg4Hm_005_StyleofTraditional8

AMsg4Hm_005_StyleofTraditional9

AMsg4Hm_005_StyleofTraditional10

AMsg4Hm_005_StyleofTwista1

AMsg4Hm_006_StyleofFeist1

AMsg4Hm_006_StyleofGirlsAloud1

AMsg4Hm_006_StyleofGwenStefani1

AMsg4Hm_006_StyleofInnerCircle1

AMsg4Hm_006_StyleofKennyChesney1

AMsg4Hm_006_StyleofKillers1

AMsg4Hm_006_StyleofKillers2

AMsg4Hm_006_StyleofLilaMcCann1

AMsg4Hm_006_StyleofLittleBigTown1

AMsg4Hm_006_StyleofLupeFiasco1

AMsg4Hm_006_StyleofNellyFurtado1

AMsg4Hm_006_StyleofParamore1

AMsg4Hm_006_StyleofRhianna1

AMsg4Hm_006_StyleofRhianna2

AMsg4Hm_006_StyleofRodStewart1

AMsg4Hm_006_StyleofScoutingForGirls1

AMsg4Hm_006_StyleofSeal1

AMsg4Hm_006_StyleofShayneWard1

AMsg4Hm_006_StyleofTradersRogue1

AMsg4Hm_006_StyleofWhiskeyFalls1

AMsg4Hm_006_StyleofWombats1

AMsg4Hm_007_StyleofJump5 1

AMsg4Hm_007_StyleofKoolandTheGang1

AMsg4Hm_007_StyleofLeeGreenwood1

AMsg4Hm_007_StyleofMartinaMcBride1

AMsg4Hm_007_StyleofMonica1

AMsg4Hm_007_StyleofOcean1

AMsg4Hm_007_StyleofRobertPalmer1

AMsg4Hm_007_StyleofSandyPosey2

AMsg4Hm_007_StyleofSavageGarden1

AMsg4Hm_007_StyleofSeanPaul1

AMsg4Hm_007_StyleofSimplyRed1

AMsg4Hm_007_StyleofSmashmouth1

AMsg4Hm_007_StyleofTalBachman1

AMsg4Hm_007_StyleofTalBachman2

AMsg4Hm_007_StyleofTheBeeGees1

AMsg4Hm_007_StyleofTraditional1

AMsg4Hm_007_StyleofTraditional2

AMsg4Hm_007_StyleofTraditional3

AMsg4Hm_007_StyleofTraditional4

AMsg4Hm_007_StyleofTraditional5

AMsg4Hm_007_StyleofTraditional6

AMsg4Hm_007_StyleofTraditional7

AMsg4Hm_007_StyleofTraditional8

AMsg4Hm_007_StyleofTraditional9

AMsg4Hm_007_StyleofTraditional11

AMsg4Hm_008_StyleofAlanJackson1

AMsg4Hm_008_StyleofAlisonKraus1

AMsg4Hm_008_StyleofArcticMonkeys1

AMsg4Hm_008_StyleofBigandRich1

AMsg4Hm_008_StyleofBlocParty1

AMsg4Hm_008_StyleofFreemasons1

AMsg4Hm_008_StyleofFutureheads1

AMsg4Hm_008_StyleofKillers1

AMsg4Hm_008_StyleofLeonaLewis1

AMsg4Hm_008_StyleofLupeFiasco1

AMsg4Hm_008_StyleofMadonna1

AMsg4Hm_008_StyleofNatashaBedingfield1

AMsg4Hm_008_StyleofRodStewart1

AMsg4Hm_008_StyleofSpiceGirls1

AMsg4Hm_008_StyleofT21

AMsg4Hm_008_StyleofTerriClark1

AMsg4Hm_009_StyleofAliCampbell1

AMsg4Hm_009_StyleofAmyWinehouse1

AMsg4Hm_009_StyleofBeyonce1

AMsg4Hm_009_StyleofBigandRich1

AMsg4Hm_009_StyleofBigandRich002

AMsg4Hm_009_StyleofBobbyBrown1

AMsg4Hm_009_StyleofBritneySpears1

AMsg4Hm_009_StyleofCelineDion1

AMsg4Hm_009_StyleofDaughtry1

AMsg4Hm_009_StyleofFrankSinatra1

AMsg4Hm_009_StyleofJossStone1

AMsg4Hm_009_StyleofKellyClarkson1

AMsg4Hm_009_StyleofMileyCyrus1

AMsg4Hm_009_StyleofRayCharles1

AMsg4Hm_009_StyleofScoutingforGirls1

AMsg4Hm_009_StyleofTaylorSmith1

AMsg4Hm_009_StyleofTomPetty1

AMsg4Hm_009_StyleofYaelNaim1

AMsg4Hm_010_StyleofArcadeFire1

AMsg4Hm_010_StyleofChristinaAguilera2

AMsg4Hm_010_StyleofCreedenceClearwater4

AMsg4Hm_010_StyleofCreedenceClearwaterRevival~

AMsg4Hm_010_StyleofElliotYamin1

AMsg4Hm_010_StyleofEve1

AMsg4Hm_010_StyleofGloriaEstefan1

AMsg4Hm_010_StyleofHelenReddy1

AMsg4Hm_010_StyleofHughGrantandHayleyBennet1

AMsg4Hm_010_StyleofJackPenate1

AMsg4Hm_010_StyleofJordanSparks1

AMsg4Hm_010_StyleofLeeGreenwood1

AMsg4Hm_010_StyleofLilyAllen1

AMsg4Hm_010_StyleofLionelRichie1

AMsg4Hm_010_StyleofTraditional1

AMsg4Hm_010_StyleofTraditional2

AMsg4Hm_010_StyleofTraditional3

AMsg4Hm_010_StyleofTraditional4

AMsg4Hm_010_StyleofTraditional5

AMsg4Hm_010_StyleofTraditional6

AMsg4Hm_010_StyleofTraditional7

AMsg4Hm_010_StyleofTraditional8

AMsg4Hm_010_StyleofTraditional9

AMsg4Hm_010_StyleofTraditional11

AMsg4Hm_011_StyleofArcadeFire1

AMsg4Hm_011_StyleofCreedenceClearwaterRevival~

AMsg4Hm_011_StyleofHelenReddy1

AMsg4Hm_011_StyleofLeeGreenwood1

AMsg4Hm_011_StyleofLilChris2

AMsg4Hm_011_StyleofLilyAllen1

AMsg4Hm_011_StyleofLittleRichard3

AMsg4Hm_011_StyleofLostProphets1

AMsg4Hm_011_StyleofPink2

AMsg4Hm_011_StyleofRayStevens1

AMsg4Hm_011_StyleofRoyOrbison1

AMsg4Hm_011_StyleofSeanKingston1

AMsg4Hm_011_StyleofSpiralStaircase1

AMsg4Hm_011_StyleofSugarMal1

AMsg4Hm_011_StyleofTraditional1

AMsg4Hm_011_StyleofTraditional2

AMsg4Hm_011_StyleofTraditional3

AMsg4Hm_011_StyleofTraditional4

AMsg4Hm_011_StyleofTraditional5

AMsg4Hm_011_StyleofTraditional6

AMsg4Hm_011_StyleofTraditional7

AMsg4Hm_011_StyleofTraditional8

AMsg4Hm_011_StyleofTraditional9

AMsg4Hm_011_StyleofTraditional11

AMsg4Hm_012_StyleofChristinaAguilera2

AMsg4Hm_012_StyleofCreedenceClearwaterRevival~

AMsg4Hm_012_StyleofElliotYamin1

AMsg4Hm_012_StyleofEve1

AMsg4Hm_012_StyleofGloriaEstefan1

AMsg4Hm_012_StyleofGwenStefani4

AMsg4Hm_012_StyleofHughGrantandHayleyBennet1

AMsg4Hm_012_StyleofJackPenate1

AMsg4Hm_012_StyleofJordanSparks1

AMsg4Hm_012_StyleofLeeGreenwood1

AMsg4Hm_012_StyleofLionelRichie1

AMsg4Hm_012_StyleofLuLu1

AMsg4Hm_012_StyleofLutherVandross1

AMsg4Hm_012_StyleofOtisRedding2

AMsg4Hm_012_StyleofSpiralStaircase1

AMsg4Hm_012_StyleofTraditional1

AMsg4Hm_012_StyleofTraditional2

AMsg4Hm_012_StyleofTraditional3

AMsg4Hm_012_StyleofTraditional4

AMsg4Hm_012_StyleofTraditional5

AMsg4Hm_012_StyleofTraditional6

AMsg4Hm_012_StyleofTraditional7

AMsg4Hm_012_StyleofTraditional8

AMsg4Hm_012_StyleofTraditional9

AMsg4Hm_012_StyleofTraditional10

AMsg4Hm_012_StyleofTraditional11

AMsg4Hm_013_StyleofAthlete1

AMsg4Hm_013_StyleofAvrilLavigne2

AMsg4Hm_013_StyleofAxwell1

AMsg4Hm_013_StyleofConnieFrancis4

AMsg4Hm_013_StyleofEditors1

AMsg4Hm_013_StyleofFrankieValli1

AMsg4Hm_013_StyleofFrankieValli2

AMsg4Hm_013_StyleofFreaks1

AMsg4Hm_013_StyleofLeeGreenwood1

AMsg4Hm_013_StyleofManicStreetPreachers1

AMsg4Hm_013_StyleofNappyRoots1

AMsg4Hm_013_StyleofNellyFurtado3

AMsg4Hm_013_StyleofPaulMcCartney1

AMsg4Hm_013_StyleofSnoopDogg1

AMsg4Hm_013_StyleofThaila1

AMsg4Hm_013_StyleofTheRollingStones1

AMsg4Hm_013_StyleofTraditional1

AMsg4Hm_013_StyleofTraditional2

AMsg4Hm_013_StyleofTraditional3

AMsg4Hm_013_StyleofTraditional4

AMsg4Hm_013_StyleofTraditional5

AMsg4Hm_013_StyleofTraditional6

AMsg4Hm_013_StyleofTraditional7

AMsg4Hm_013_StyleofTraditional8

AMsg4Hm_013_StyleofTraditional9

AMsg4Hm_013_StyleofTraditional11

AMsg4Hm_014_StyleofChenelle1

AMsg4Hm_014_StyleofChrisBrown1

AMsg4Hm_014_StyleofDaughtry1

AMsg4Hm_014_StyleofFooFighters1

AMsg4Hm_014_StyleofFrankSinatra1

AMsg4Hm_014_StyleofGarthBrooks1

AMsg4Hm_014_StyleofGirlsAloud1

AMsg4Hm_014_StyleofJossStone1

AMsg4Hm_014_StyleofKellyClarkson1

AMsg4Hm_014_StyleofKTTunstall1

AMsg4Hm_014_StyleofLinkinPark1

AMsg4Hm_014_StyleofLupeFiasco1

AMsg4Hm_014_StyleofLuthorVandross1

AMsg4Hm_014_StyleofMileyCyrus1

AMsg4Hm_014_StyleofNaimYael1

AMsg4Hm_014_StyleofPigeonDetectives1

AMsg4Hm_014_StyleofRhianna1

AMsg4Hm_014_StyleofSaraBereilles1

AMsg4Hm_014_StyleofSugarland1

AMsg4Hm_014_StyleofTerriClark1

AMsg4Hm_014_StyleofTheFeeling1

AMsg4Hm_014_StyleofWilsonPickett1

AMsg4Hm_015_StyleofAJAli1

AMsg4Hm_015_StyleofAlanisMorrisette1

AMsg4Hm_015_StyleofAlanisMorrisette1-1

AMsg4Hm_015_StyleofAliciaKeys1

AMsg4Hm_015_StyleofArcticMonkeys1

AMsg4Hm_015_StyleofBeachBoys1

AMsg4Hm_015_StyleofBeachBoys2

AMsg4Hm_015_StyleofBeyonce1

AMsg4Hm_015_StyleofBlocParty1

AMsg4Hm_015_StyleofBobDylan1

AMsg4Hm_015_StyleofBonJovi1

AMsg4Hm_015_StyleofBritneySpears1

AMsg4Hm_015_StyleofChamillionaire1

AMsg4Hm_015_StyleofChenelle1

AMsg4Hm_015_StyleofChrisBrown1

AMsg4Hm_015_StyleofCraigMorgan1

AMsg4Hm_015_StyleofDeanMartin1

AMsg4Hm_015_StyleofEmersonDrive1

AMsg4Hm_015_StyleofFergie1

AMsg4Hm_015_StyleofLouisArmstrong1

AMsg4Hm_015_StyleofTraditional1

AMsg4Hm_016_StyleofAlanisMorrisette1

AMsg4Hm_016_StyleofAlanJackson1

AMsg4Hm_016_StyleofAliciaKeys1

AMsg4Hm_016_StyleofAlisonKraus1

AMsg4Hm_016_StyleofBeachBoys1

AMsg4Hm_016_StyleofBeachBoys2

AMsg4Hm_016_StyleofBigandRich1

AMsg4Hm_016_StyleofBobbyBrown1

AMsg4Hm_016_StyleofBonJovi1

AMsg4Hm_016_StyleofBrooksandDunn1

AMsg4Hm_016_StyleofCascada1

AMsg4Hm_016_StyleofCelineDion1

AMsg4Hm_016_StyleofChamillionaire1

AMsg4Hm_016_StyleofChrisBrown1

AMsg4Hm_016_StyleofEagles1

AMsg4Hm_016_StyleofElvisPresley1

AMsg4Hm_016_StyleofFaithHill1

AMsg4Hm_016_StyleofFeist1

AMsg4Hm_016_StyleofFooFighters1

AMsg4Hm_016_StyleofTraditional1

Thts4Frd_002_StyleofAJAli1

Thts4Frd_002_StyleofAliciaKeys1

Thts4Frd_002_StyleofAmyMcDonald1

Thts4Frd_002_StyleofAmyWinehouse1

Thts4Frd_002_StyleofArcticMonkeys1

Thts4Frd_002_StyleofAshtonShepherd1

Thts4Frd_002_StyleofBeyonce1

Thts4Frd_002_StyleofBigandRich1

Thts4Frd_002_StyleofBlakeShelton1

Thts4Frd_002_StyleofCelineDion1

Thts4Frd_002_StyleofChamillionaire1

Thts4Frd_002_StyleofChamillionaire1-0

Thts4Frd_002_StyleofChenelle1

Thts4Frd_002_StyleofChenelle1-0

Thts4Frd_002_StyleofChrisBrown1

Thts4Frd_002_StyleofCommon1

Thts4Frd_002_StyleofDaughtry1

Thts4Frd_002_StyleofDierksBentley1

Thts4Frd_002_StyleofDollyParton1

Thts4Frd_002_StyleofDuffy1

Thts4Frd_002_StyleofEagles1

Thts4Frd_002_StyleofElvisPresley1

Thts4Frd_002_StyleofFrankSinatra1

Thts4Frd_002_StyleofGirlsAloud1

Thts4Frd_002_StyleofGwenStefani1

Thts4Frd_002_StyleofHanson1

Thts4Frd_002_StyleofHtwoOPlatinum1

Thts4Frd_002_StyleofJamesBlunt1

Thts4Frd_002_StyleofJewel1

Thts4Frd_002_StyleofJoshTurnerTrishaYearwood~

Thts4Frd_002_StyleofJossStone1

Thts4Frd_002_StyleofKanyeWest1

Thts4Frd_002_StyleofKeithAnderson1

Thts4Frd_002_StyleofKellyClarkson1

Thts4Frd_002_StyleofKellyOsbourne1

Thts4Frd_002_StyleofKTTunstall1

Thts4Frd_002_StyleofLeonaLewis1

Thts4Frd_002_StyleofLouisArmstrong1

Thts4Frd_002_StyleofLutherVandrossBeyonceKno~

Thts4Frd_002_StyleofMadonna1

Thts4Frd_002_StyleofMarkRonson1

Thts4Frd_002_StyleofMileyCyrus1

Thts4Frd_002_StyleofMutyaBuenaAmyWinehouse1

Thts4Frd_002_StyleofOneRepublic1

Thts4Frd_002_StyleofParamore1

Thts4Frd_002_StyleofPhilStacey1

Thts4Frd_002_StyleofRandyOwen1

Thts4Frd_002_StyleofRihanna1

Thts4Frd_002_StyleofRobertaFlackDonnieHathaw~

Thts4Frd_002_StyleofScoutingForGirls1

Thts4Frd_002_StyleofSeal1

Thts4Frd_002_StyleofTaylorSwift1

Thts4Frd_002_StyleofTeddyBears1

Thts4Frd_002_StyleofTheFutureheads1

Thts4Frd_002_StyleofTomPettyStevieNicks1

Thts4Frd_002_StyleofWilsonPickett1

Thts4Frd_002_StyleofWyclefJean1

Thts4Frd_002_StyleofYaelNaim1

Thts4Frd_003_StyleofJewel1

Thts4Frd_003_StyleofJoshTurnerTrishaYearwood1

Thts4Frd_003_StyleofAlanJackson1

Thts4Frd_003_StyleofAliciaKeys1

Thts4Frd_003_StyleofAmyMcdonald1

Thts4Frd_003_StyleofAmyWinehouse1

Thts4Frd_003_StyleofArticMonkeys1

Thts4Frd_003_StyleofAshtonShepherd1

Thts4Frd_003_StyleofBeyonce1

Thts4Frd_003_StyleofBlakeShelton1

Thts4Frd_003_StyleofBlocParty1

Thts4Frd_003_StyleofBritneySpears1

Thts4Frd_003_StyleofDaughtry1

Thts4Frd_003_StyleofDierksBentley1

Thts4Frd_003_StyleofDollyParton1

Thts4Frd_003_StyleofDuffy1

Thts4Frd_003_StyleofEagles1

Thts4Frd_003_StyleofGirlsAloud1

Thts4Frd_003_StyleofHanson1

Thts4Frd_003_StyleofHtwoO1

Thts4Frd_003_StyleofJossStone1

Thts4Frd_003_StyleofKeithAnderson1

Thts4Frd_003_StyleofKellyClarkson1

Thts4Frd_003_StyleofKellyOsbourne1

Thts4Frd_003_StyleofLouisArmstrong1

Thts4Frd_003_StyleofLutherVandrossBeyonceKno~

Thts4Frd_003_StyleofMadonna1

Thts4Frd_003_StyleofMarkRonson1

Thts4Frd_003_StyleofMileyCyrus1

Thts4Frd_003_StyleofMutyaBuenaAmyWinehouse1

Thts4Frd_003_StyleofOneRepublic1

Thts4Frd_003_StyleofParamore1

Thts4Frd_003_StyleofPhilStacey1

Thts4Frd_003_StyleofRandyOwen1

Thts4Frd_003_StyleofRobertaFlackDonnieHathaw~

Thts4Frd_003_StyleofScoutingForGirls1

Thts4Frd_003_StyleofTaylorSwift1

Thts4Frd_003_StyleofTeddyBears1

Thts4Frd_003_StyleofTheFutureheads1

Thts4Frd_003_StyleofTomPettyStevieNicks1

Thts4Frd_003_StyleofYaelNaim1

Bd4Frd_005_StyleofAkon1

Bd4Frd_005_StyleofBeyonce1

Bd4Frd_005_StyleofBobbyVinton1

Bd4Frd_005_StyleofConnieFrancis1

Bd4Frd_005_StyleofDustySpringfield1

Bd4Frd_005_StyleofJamesTaylor1

Bd4Frd_005_StyleofJasonMichaelCarol1

Bd4Frd_005_StyleofPointerSisters1

Bd4Frd_005_StyleofMaxwell1

Bd4Frd_005_StyleofAmericaTheBeautiful12

Bd4Frd_005_StyleofBillyCurrington1

Bd4Frd_005_StyleofGaryAllen1

Bd4Frd_005_StyleofLiftEveryVoiceandSing1

Bd4Frd_005_StyleofWhitneyHouston1

Bd4Frd_005_StyleofLiftEveryVoiceandSing2

Bd4Frd_005_StyleofCreedenceClearwaterRevival1

Bd4Frd_005_StyleofJenniferLopez1

Bd4Frd_005_StyleofPuddleOfMudd1

Bd4Frd_005_StyleofBonJovi1

Bd4Frd_005_StyleofJamesTaylor2

Bd4Frd_005_StyleofP.O.D.1

Bd4Frd_005_StyleofTheEverlyBrothers1

Bd4Frd_006_StyleofAshleyMonroe

Bd4Frd_006_StyleofClayWalker1

Bd4Frd_006_StyleofLindaRonstadt1

Bd4Frd_006_Styleof3DoorsDown1

Bd4Frd_006_StyleofAkon2

Bd4Frd_006_StyleofArethaFranklin1

Bd4Frd_006_StyleofBlackOakArkansas1

Bd4Frd_006_StyleofBlackOakArkansas2

Bd4Frd_006_StyleofCascada1

Bd4Frd_006_StyleofCher1

Bd4Frd_006_StyleofHavaNagila8

Bd4Frd_006_StyleofHavaNagila9

Bd4Frd_006_StyleofJackieWilson1

Bd4Frd_006_StyleofLit1

Bd4Frd_006_StyleofLittleEva1

Bd4Frd_006_StyleofMarvinGaye1

Bd4Frd_006_StyleofPercySledge1

Bd4Frd_006_StyleofShakira1

Bd4Frd_006_StyleofStarSpangledBanner4

Bd4Frd_006_StyleofStoneTemplePilots1

Bd4Frd_006_StyleofTommyRoe1

Bd4Frd_006_StyleofWhitneyHouston2

Bd4Frd_007_StyleofBrooksandDunn1

Bd4Frd_007_StyleofLindaRonstadt2

Bd4Frd_007_StyleofRonnieMilsap1

Bd4Frd_007_Styleof311 1

Bd4Frd_007_StyleofBootyLuv1

Bd4Frd_007_StyleofClassiVI 1

Bd4Frd_007_StyleofCreedenceClearwaterRevival2

Bd4Frd_007_StyleofDustySpringfield3

Bd4Frd_007_StyleofHarryBelafonte1

Bd4Frd_007_StyleofJet1

Bd4Frd_007_StyleofJohnnyAce1

Bd4Frd_007_StyleofNatashaBedingfield1

Bd4Frd_007_StyleofPearlJam1

Bd4Frd_007_StyleofRedHotChiliPeppers1

Bd4Frd_007_StyleofSeanKingston1

Bd4Frd_007_StyleofShirleyBassey

Bd4Frd_007_StyleofSlyandtheFamilyStone1

Bd4Frd_007_StyleofStarSpangledBanner5

Bd4Frd_007_StyleofThisLandIsYourLand10

Bd4Frd_007_StyleofThisLandIsYourLand13

Bd4Frd_007_StyleofTyrese1

Bd4Frd_007_StyleofWilbertHarrison1

Bd4Frd_008_StyleofGretchenWilson2

Bd4Frd_008_StyleofJohnMellencamp1

Bd4Frd_008_StyleofSugarland1

Bd4Frd_008_Styleof3DoorsDown2

Bd4Frd_008_StyleofAkon1

Bd4Frd_008_StyleofBattleHymnOfTheRepublic11

Bd4Frd_008_StyleofBobbyDarin1

Bd4Frd_008_StyleofBoneThugsNHarmony1

Bd4Frd_008_StyleofFabolous1

Bd4Frd_008_StyleofHarryBelafonte3

Bd4Frd_008_StyleofIncubus1

Bd4Frd_008_StyleofJohnnyAce2

Bd4Frd_008_StyleofLyric1

Bd4Frd_008_StyleofMaxwell1

Bd4Frd_008_StyleofMyCountryTisOfThee6

Bd4Frd_008_StyleofOtisRedding1

Bd4Frd_008_StyleofTheByrds1

Bd4Frd_008_StyleofTheMarineHymn3

Bd4Frd_008_StyleofTheRighteousBrothers2

Bd4Frd_008_StyleofVendettaRed1

Bd4Frd_008_StyleofVicDimone1

Bd4Frd_008_StyleofWhitneyHouston1

Bd4Frd_009_StyleofGeorgeStrait1

Bd4Frd_009_StyleofPhilVassar1

Bd4Frd_009_StyleofRonnieMilsap2

Bd4Frd_009_StyleofA.F.I.1

Bd4Frd_009_StyleofAkon2

Bd4Frd_009_StyleofAudioSlave1

Bd4Frd_009_StyleofAvrilLavigne2

Bd4Frd_009_StyleofBattleHymnOfTheRepublic14

Bd4Frd_009_StyleofBeyonce1

Bd4Frd_009_StyleofBobbyDarin2

Bd4Frd_009_StyleofCascada1

Bd4Frd_009_StyleofCher1

Bd4Frd_009_StyleofFrankieValli1

Bd4Frd_009_StyleofJenniferLopez1

Bd4Frd_009_StyleofLiftEveryVoiceandSing2

Bd4Frd_009_StyleofLinkinPark1

Bd4Frd_009_StyleofNatashaBedingfield2

Bd4Frd_009_StyleofPaulMcCartney1

Bd4Frd_009_StyleofRobertaFlack1

Bd4Frd_009_StyleofTheDrifters1

Bd4Frd_009_StyleofTheMarineHymn3

Bd4Frd_009_StyleofTheRollingStones1

Bd4Frd_010_Styleof3DoorsDown1

Bd4Frd_010_StyleofAshleyMonroe1

Bd4Frd_010_StyleofBeyonce1

Bd4Frd_010_StyleofBillyCurrington1

Bd4Frd_010_StyleofBlackOakArkansas1

Bd4Frd_010_StyleofBobbyDarin1

Bd4Frd_010_StyleofBrooksandDunn1

Bd4Frd_010_StyleofCher1

Bd4Frd_010_StyleofJenniferLopez1

Bd4Frd_010_StyleofJet1

Bd4Frd_010_StyleofJohnnyAce1

Bd4Frd_010_StyleofLinkinPark1

Bd4Frd_010_StyleofMaxwell1

Bd4Frd_010_StyleofTraditional3

Bd4Frd_010_StyleofTraditional4

Bd4Frd_010_StyleofTraditional6

Bd4Frd_010_StyleofWhitneyHouston1

Bd4Frd_011_StyleofAkon2

Bd4Frd_011_StyleofAshleyMonroe1

Bd4Frd_011_StyleofBillyCurrington1

Bd4Frd_011_StyleofBlackOakArkansas1

Bd4Frd_011_StyleofBobbyDarin1

Bd4Frd_011_StyleofBrooksandDunn1

Bd4Frd_011_StyleofIncubus1

Bd4Frd_011_StyleofJet1

Bd4Frd_011_StyleofJohnnyAce1

Bd4Frd_011_StyleofMaxwell1

Bd4Frd_011_StyleofRedHotChiliPeppers1

Bd4Frd_011_StyleofSeanKingston1

Bd4Frd_011_StyleofStoneTemplePilots1

Bd4Frd_011_StyleofTraditional3

Bd4Frd_011_StyleofTraditional4

Bd4Frd_011_StyleofTraditional6

Bd4Frd_011_StyleofWhitneyHouston2

Bd4Frd_012_Styleof3DoorsDown1

Bd4Frd_012_StyleofAkon2

Bd4Frd_012_StyleofAshleyMonroe1

Bd4Frd_012_StyleofBillyCurrington1

Bd4Frd_012_StyleofBlackoakArkansas1

Bd4Frd_012_StyleofBobbyDarin1

Bd4Frd_012_StyleofBrooksandDunn1

Bd4Frd_012_StyleofIncubus1

Bd4Frd_012_StyleofJohnnyAce1

Bd4Frd_012_StyleofLinkinPark1

Bd4Frd_012_StyleofMaxwell1

Bd4Frd_012_StyleofRedHotChiliPeppers1

Bd4Frd_012_StyleofSeanKingston1

Bd4Frd_012_StyleofTraditional5

Bd4Frd_012_StyleofTraditional8

Bd4Frd_012_StyleofTraditonal13

Bd4Frd_012_StyleofWhitneyHouston2

Bd4Frd_013_StyleofAkon2

Bd4Frd_013_StyleofAudioSlave1

Bd4Frd_013_StyleofBlackOakArkansas1

Bd4Frd_013_StyleofBobbyDarin1

Bd4Frd_013_StyleofBonJovi1

Bd4Frd_013_StyleofClayWalker1

Bd4Frd_013_StyleofGaryAllen1

Bd4Frd_013_StyleofJohnnyAce1

Bd4Frd_013_StyleofLindaRondstadt1

Bd4Frd_013_StyleofMaxwell1

Bd4Frd_013_StyleofRedHotChiliPeppers1

Bd4Frd_013_StyleofSeanKingston1

Bd4Frd_013_StyleofStoneTemplePilots1

Bd4Frd_013_StyleofTraditional5

Bd4Frd_013_StyleofTraditional8

Bd4Frd_013_StyleofTraditional13

Bd4Frd_013_StyleofWhitneyHouston2

MblFlrt_001_StyleofAshleyMonroe1

MblFlrt_001_StyleofBeyonce1

MblFlrt_001_StyleofBillyCurrington1

MblFlrt_001_StyleofBlackOakArkansas1

MblFlrt_001_StyleofBobbyDarin1

MblFlrt_001_StyleofBrooksandDunn1

MblFlrt_001_StyleofCher1

MblFlrt_001_StyleofIncubus1

MblFlrt_001_StyleofJenniferLopez1

MblFlrt_001_StyleofJohnnyAce1

MblFlrt_001_StyleofMaxwell1

MblFlrt_001_StyleofSgt.Jet1

MblFlrt_001_StyleofTemplePilots1

MblFlrt_001_StyleofTraditional3

MblFlrt_001_StyleofTraditional4

MblFlrt_001_StyleofTraditional6

MblFlrt_001_StyleofWhitneyHouston1

MblFlrt_002_StyleofAudioSlave1

MblFlrt_002_StyleofBonJovi1

MblFlrt_002_StyleofBootyLuv1

MblFlrt_002_StyleofDustySpringfield1

MblFlrt_002_StyleofJackieWilson1

MblFlrt_002_StyleofLindaRonstadt1

MblFlrt_002_StyleofNatashaBedingfield1

MblFlrt_002_StyleofPearlJam1

MblFlrt_002_StyleofPhilVassar1

MblFlrt_002_StyleofRedHotChiliPeppers1

MblFlrt_002_StyleofRobertaFlack1

MblFlrt_002_StyleofShakira1

MblFlrt_002_StyleofSugarland1

MblFlrt_002_StyleofTraditional2

MblFlrt_002_StyleofTraditional9

MblFlrt_002_StyleofTraditional13

MblFlrt_002_StyleofWhitneyHouston2

MblFlirt_002_StyleofTwista1

MblFlirt_002_StyleofTheEverlyBrothers3

MblFlirt_002_StyleofPaulMcCartney1

MblFlirt_002_StyleofPanicAtTheDisco1

MblFlirt_002_StyleofDaleandGrace1

MblFlirt_001_StyleofSantana1

MblFlirt_001_StyleofMarvinGaye1

MblFlirt_001_StyleofKayStarr3

MblFlirt_001_StyleofAnastacia2

MblFlirt_001_StyleofAaliyah2

Bd4Frd_005_StyleofAaliyah2

Bd4Frd_005_StyleofAnastacia1

Bd4Frd_005_StyleofChristinaAguilera5

Bd4Frd_005_StyleofKayStarr5

Bd4Frd_005_StyleofMarvinGaye1

Bd4Frd_006_StyleofAnastacia2

Bd4Frd_006_StyleofEnriqueIglesias1

Bd4Frd_006_StyleofKayStarr2

Bd4Frd_006_StyleofMadonna2

Bd4Frd_006_StyleofTimiYuro2

Bd4Frd_007_StyleofChristinaAguilera5

Bd4Frd_007_StyleofKayStarr2

Bd4Frd_007_StyleofMadonna2

Bd4Frd_007_StyleofMarvinGaye1

Bd4Frd_007_StyleofPhilCollins1

Bd4Frd_008_StyleofAaliyah2

Bd4Frd_008_StyleofAnastacia2

Bd4Frd_008_StyleofKayStarr2

Bd4Frd_008_StyleofMadonna3

Bd4Frd_008_StyleofTimiYuro2

Bd4Frd_009_StyleofAaliyah2

Bd4Frd_009_StyleofConnieFrancis6

Bd4Frd_009_StyleofKayStarr5

Bd4Frd_009_StyleofMarvinGaye1

Bd4Frd_009_StyleofTimiYuro2

Bd4Frd_010_StyleofAaronNeville1

Bd4Frd_010_StyleofChristinaAguilera2

Bd4Frd_010_StyleofEnriqueIglesias1

Bd4Frd_010_StyleofMadonna2

Bd4Frd_010_StyleofPhilCollins1

Bd4Frd_011_StyleofAaliyah2

Bd4Frd_011_StyleofKayStarr8

Bd4Frd_011_StyleofSugarRay1

Bd4Frd_011_StyleofTheAnimals1

Bd4Frd_011_StyleofTheBeachBoys2

Bd4Frd_012_StyleofChristinaAguilera5

Bd4Frd_012_StyleofConnieFrancis6

Bd4Frd_012_StyleofMarvinGaye1

Bd4Frd_012_StyleofSantana1

Bd4Frd_012_StyleofTheBeachBoys2

Bd4Frd_013_StyleofEnriqueIglesias1

Bd4Frd_013_StyleofKayStarr9

Bd4Frd_013_StyleofPanicAtTheDisco1

Bd4Frd_013_StyleofSugarRay1

Bd4Frd_013_StyleofTwista1

Bd4Frd_005_StyleofAJAli1

Bd4Frd_005_StyleofAmyWinehouse1

Bd4Frd_005_StyleofArcticMonkeys1

Bd4Frd_005_StyleofJeanWyclef1

Bd4Frd_005_StyleofKanyeWestfeatTPain1

Bd4Frd_006_StyleofAlisonKraus1

Bd4Frd_006_StyleofBlocParty1

Bd4Frd_006_StyleofCelineDion1

Bd4Frd_006_StyleofDollyParton1

Bd4Frd_006_StyleofFeist1

Bd4Frd_007_StyleofAlanJackson1

Bd4Frd_007_StyleofBeyonce1

Bd4Frd_007_StyleofChamillionairefeatSlickRick1

Bd4Frd_007_StyleofDanniMinoguevsJasonNevins1

Bd4Frd_007_StyleofEmersonDrive1

Bd4Frd_008_StyleofAliCampbell1

Bd4Frd_008_StyleofBigandRich1

Bd4Frd_008_StyleofCascada1

Bd4Frd_008_StyleofDeltaGoodrem1

Bd4Frd_009_StyleofAvrilLavigne1

Bd4Frd_009_StyleofEvaCassidyandKatieMelua1

Bd4Frd_009_StyleofGarthBrooks1

Bd4Frd_009_StyleofHardFi1

Bd4Frd_009_StyleofInnerCircle1

Bd4Frd_010_StyleofLupeFiasco1

Bd4Frd_010_StyleofNatalieImbruglia1

Bd4Frd_010_StyleofPhilVassar1

Bd4Frd_010_StyleofRihanna1

Bd4Frd_010_StyleofSpiceGirls1

Bd4Frd_011_StyleofBradPaisley1

Bd4Frd_011_StyleofCheNellefeatCham1

Bd4Frd_011_StyleofEagles1

Bd4Frd_011_StyleofFergie1

Bd4Frd_011_StyleofGeorgeStrait1

Bd4Frd_012_StyleofBobbyBrown1

Bd4Frd_012_StyleofColbyCallait1

Bd4Frd_012_StyleofEricCarmen1

Bd4Frd_012_StyleofGirlsAloud1

Bd4Frd_012_StyleofJenniferLopez1

Bd4Frd_013_StyleofHoosiers1

Bd4Frd_013_StyleofJackJohnson1

Bd4Frd_013_StyleofJamesBlunt1

Bd4Frd_013_StyleofKelliePickler1

Bd4Frd_013_StyleofLinkinPark1

Bd4Frd_014_StyleofJamesBlunt1

Bd4Frd_014_StyleofKennyChesney1

Bd4Frd_014_StyleofPoison1

Bd4Frd_014_StyleofRickiLee1

Bd4Frd_014_StyleofSawDoctors1

Thts4Frd_003_StyleofAliciaKeys1

Thts4Frd_003_StyleofBritneySpears1

Thts4Frd_003_StyleofCraigMorgan1

Thts4Frd_003_StyleofFaithHill1

Thts4Frd_003_StyleofGretchenWilson1

Thts4Frd_StyleofBonJovifeatLeAnnRimes1

Thts4Frd_StyleofBrooksandDunn1

Thts4Frd_StyleofChrisBrown1

Thts4Frd_StyleofCommitments1

Thts4Frd_StyleofFingerEleven1

Thts4Frd_StyleofGwenStefani1

Thts4Frd_005_StyleofAliciaKeys1

Thts4Frd_005_StyleofBuckOwens1

Thts4Frd_005_StyleofChuckWicks1

Thts4Frd_005_StyleofFooFighters1

Thts4Frd_005_StyleofJackPenate1

Thts4Frd_006_StyleofJessicaSimpson1

Thts4Frd_006_StyleofKellyClarkson1

Thts4Frd_006_StyleofKillers1

Thts4Frd_006_StyleofLadyAntebellum1

Thts4Frd_006_StyleofMarkRonsonfeatAmyWinehouse1

Thts4Frd_007_StyleofBuckyCovington1

Thts4Frd_007_StyleofCommonfeatLilyAllen1

Thts4Frd_007_StyleofJasonAldean1

Thts4Frd_007_StyleofKTTunstall1

Thts4Frd_007_StyleofNicoleScherzingerfeatWillIAm1

TY4JWD_001_StyleofDestinysChild1

TY4JWD_001_StyleofEarthWindandFire1

TY4JWD_001_StyleofEditors1

TY4JWD_001_StyleofEnriqueIglesias1

TY4JWD_001_StyleofFrankieValli1

TY4JWD_001_StyleofFreaks1

TY4JWD_001_StyleofGarethGates1

TY4JWD_001_StyleofGwenStefani1

TY4JWD_001_StyleofJimCroce1

TY4JWD_001_StyleofManicStreetPreacher~

TY4JWD_001_StyleofMartinaMcBride1

TY4JWD_001_StyleofPaulMcCartney1

TY4JWD_001_StyleofRobertPalmer1

TY4JWD_001_StyleofSmashMouth1

TY4JWD_001_StyleofSnoopDog1

TY4JWD_001_StyleofTalBachman2

TY4JWD_001_StyleofTraditional4

TY4JWD_001_StyleofTraditional6

TY4JWD_001_StyleofTraditional8

TY4JWD_001_StyleofTraditional10

Bd4Frd_015_StyleofAlanJackson1

Bd4Frd_015_StyleofBonJovi1

Bd4Frd_015_StyleofBuenaMutya1

Bd4Frd_015_StyleofFloRida1

Bd4Frd_015_StyleofSaraBareilles1

Bd4Frd_016_StyleofCamillionaire1

Bd4Frd_016_StyleofFeist1

Bd4Frd_016_StyleofFreddieLeGrande1

Bd4Frd_016_StyleofFutureheads1

Bd4Frd_016_StyleofJenniferLopez1

Bd4Frd_017_StyleofAliCampbell1

Bd4Frd_017_StyleofGwenStefani1

Bd4Frd_017_StyleofRascalFlatts

Bd4Frd_017_StyleofA.F.I. 1

Bd4Frd_017_StyleofAnastacia2

Bd4Frd_017_StyleofArethaFranklin1

Bd4Frd_017_StyleofRedHotChiliPeppers1

Bd4Frd_017_StyleofStyleofEnriqueIglesias1

Bd4Frd_017_StyleofWhitney1

Bd4Frd_017_StyleofTobyKeith1

MblFlrt_003_StyleofChrisBrown1

MblFlrt_003_StyleofFloRida1

MblFlrt_003_StyleofMadonna1

MblFlrt_003_StyleofRhianna1

MblFlrt_003_StyleofUsher1

MblFlrt_StyleofChrisBrown1

MblFlrt_StyleofFloRida1

MblFlrt_StyleofMadonna1

MblFlrt_StyleofRhianna1

MblFlrt_StyleofUsher1

MblFlrt_005_StyleofBreakingBenjamin1

MblFlrt_005_StyleofColbyCalliat1

MblFlrt_005_StyleofDaughtry1

MblFlrt_005_StyleofEditors1

MblFlrt_005_StyleofEstelle1

MblFlrt_005_StyleofFloRida1

MblFlrt_005_StyleofGwenStefani1

MblFlrt_005_StyleofJanetJackson1

MblFlrt_005_StyleofKatDeLuna1

MblFlrt_005_StyleofLeonaLewis1

MblFlrt_005_StyleofLilMama1

MblFlrt_005_StyleofMadonna1

MblFlrt_005_StyleofNewtonFaulkner1

MblFlrt_005_StyleofPanic1

MblFlrt_005_StyleofPlainWhiteTs1

MblFlrt_005_StyleofRodStewart1

MblFlrt_005_StyleofSherylCrow1

MblFlrt_005_StyleofSimplePlan1

MblFlrt_005_StyleofUsher1

MblFlrt_006_StyleofBreakingBenjamin1

MblFlrt_006_StyleofChenelle1

MblFlrt_006_StyleofColbyCalliat1

MblFlrt_006_StyleofDaughtry1

MblFlrt_006_StyleofEditors1

MblFlrt_006_StyleofEstelle1

MblFlrt_006_StyleofEstelle002

MblFlrt_006_StyleofFloRida1

MblFlrt_006_StyleofGwenStefani1

MblFlrt_006_StyleofJanetJackson1

MblFlrt_006_StyleofKatDeLuna1

MblFlrt_006_StyleofLeonaLewis1

MblFlrt_006_StyleofLilMama1

MblFlrt_006_StyleofMadonna1

MblFlrt_006_StyleofNewtonFaulkner1

MblFlrt_006_StyleofPanic1

MblFlrt_006_StyleofPlainWhiteTs1

MblFlrt_006_StyleofSherylCrow1

MblFlrt_006_StyleofSimplePlan1

MblFlrt_006_StyleofUsher1

MblFlrt_007_StyleofChrisBrown1

MblFlrt_007_StyleofFloRida1

MblFlrt_007_StyleofMadonna1

MblFlrt_007_StyleofRhianna1

MblFlrt_007_StyleofUsher1

MblFlrt_008_StyleofChrisBrown1

MblFlrt_008_StyleofFloRida1

MblFlrt_008_StyleofMadonna1

MblFlrt_008_StyleofRhianna1

MblFlrt_008_StyleofUsher1

MblFlrt_009_StyleofChrisBrown1

MblFlrt_009_StyleofFloRida1

MblFlrt_009_StyleofMadonna1

MblFlrt_009_StyleofRhianna1

MblFlrt_009_StyleofUsher1

MblFlrt_010_StyleofCascada1

MblFlrt_010_StyleofFingerEleven1

MblFlrt_010_StyleofFloRida1

MblFlrt_010_StyleofJordanSparks1

MblFlrt_010_StyleofNicoleScherzinger1

MblFlrt_010_StyleofSeal1

MblFlrt_010_StyleofMadonna1

MblFlrt_011_StyleofFergie1

MblFlrt_011_StyleofLupeFiasco1

MblFlrt_011_StyleofMadonna1

MblFlrt_011_StyleofPlies1

MblFlrt_011_StyleofUsher1

MblFlrt_011_StyleofVeronicas1

MblFlrt_011_StyleofWyclefJean1

MblFlrt_012_StyleofAlanJackson1

MblFlrt_012_StyleofAliciaKeys1

MblFlrt_012_StyleofAmandaEHendrix1

MblFlrt_012_StyleofAmyWineHouse3

MblFlrt_012_StyleofBeyonce1

MblFlrt_012_StyleofBlocParty1

MblFlrt_012_StyleofBonJovi1

MblFlrt_012_StyleofEarthWindandFire1

MblFlrt_012_StyleofMaryJBlige1

MblFlrt_012_StyleofYaelNaim1

MblFlrt_013_StyleofAmyWinehouse1

MblFlrt_013_StyleofAmyWineHouse3

MblFlrt_013_StyleofFooFighters1

MblFlrt_013_StyleofHarryBelafonte1

MblFlrt_013_StyleofIncubus1

MblFlrt_013_StyleofNellyFurtado1

MblFlrt_013_StyleofPaulMcCartney1

MblFlrt_013_StyleofRhianna1

MblFlrt_013_StyleofRhianna002

MblFlrt_013_StyleofTalBachman2

MblFlrt_013_StyleofUsher1

MblFlrt_014_StyleofA.F.I. 1

MblFlrt_014_StyleofAnastacia2

MblFlrt_014_StyleofEnriqueIglesias1

MblFlrt_014_StyleofHarryBelafonte1

MblFlrt_014_StyleofPaulMcCartney1

Sorry_001_StyleofBillyCurrington1

Sorry_001_StyleofBlackOakArkansas1

Sorry_001_StyleofEnriqueIglesias1

Sorry_001_StyleofJamesTaylor2

Sorry_001_StyleofSantana1

Sorry_002_Styleof3DoorsDown2

Sorry_002_StyleofBillyCurrington1

Sorry_002_StyleofConnieFrancis6

Sorry_002_StyleofMarvinGaye1

Sorry_002_StyleofThalia1

Sorry_003_Styleof3DoorsDown2

Sorry_003_StyleofEnriqueIglesias1

Sorry_003_StyleofMadonna2

Sorry_003_StyleofMarvinGaye1

Sorry_003_StyleofThalia1

Sorry_StyleofJamesTaylor2

Sorry_StyleofMadonna2

Sorry_StyleofSantana1

Sorry_StyleofSugarRay1

Sorry_StyleofThalia1

Sorry_005_StyleofGretchenWilson1

Sorry_005_StyleofNappyRoots1

Sorry_005_StyleofSimplyRed1

Sorry_005_StyleofSugarRay1

Sorry_005_StyleofTraditional8

Sports_001_StyleofA.F.I. 1

Sports_001_StyleofAmyWineHouse3

Sports_001_StyleofBlackOakArkansas1

Sports_001_StyleofBonJovi1

Sports_001_StyleofChamillionaire1

Sports_001_StyleofDonnaSummer1

Sports_001_StyleofIncubus1

Sports_001_StyleofPlies1

Sports_001_StyleofPoison1

Sports_001_StyleofRedHotChiliPeppers1

Sports_001_StyleofRhianna1

Sports_001_StyleofVeronicas1

Sports_002_StyleofBlackOakArkansas1

Sports_002_StyleofAlanJackson1

Sports_002_StyleofBlocParty1

Sports_002_StyleofBootyLuv1

Sports_002_StyleofCreedenceClearwater2

Sports_002_StyleofDestinysChild1

Sports_002_StyleofEditors1

Sports_002_StyleofEmersonDrive1

Sports_002_StyleofRedHotChiliPeppers1

Sports_002_StyleofThe Enemy1

Sports_002_StyleofUsher1

Sports_002_StyleofWombats1

Sports_003_StyleofAmyWinehouse1

Sports_003_StyleofBillyCurrington1

Sports_003_StyleofChrisBrown1

Sports_003_StyleofCreedenceClearwater2

Sports_003_StyleofDestinysChild1

Sports_003_StyleofDonnaSummer1

Sports_003_StyleofEarthWindandFire2

Sports_003_StyleofLilMama1

Sports_003_StyleofLinkinPark1

Sports_003_StyleofLupeFiasco1

Sports_003_StyleofMadonna1

Sports_StyleofA.F.I. 1

Sports_StyleofBonJovi1

Sports_StyleofBootyLuv1

Sports_StyleofCreedenceClearwater2

Sports_StyleofLilMama1

Sports_StyleofLinkinPark1

Sports_StyleofLittleBigTown1

Sports_StyleofShakira1

Sports_StyleofStoneTemplePilots1

Sports_StyleofUsher1

Sports_StyleofVeronicas1

PrvIn4Frd_001_StyleofNorahJones1

PrvIn4Frd_001_StyleofRoyOrbison1

PrvIn4Frd_001_StyleofShakira1

PrvIn4Frd_001_StyleofTheKillers3

PrvIn4Frd_001_StyleofAlanJackson1

PrvIn4Frd_001_StyleofCreedenceClearwaterRevival4

PrvIn4Frd_001_StyleofEve1

PrvIn4Frd_001_StyleofLilChris2

PrvIn4Frd_001_StyleofLittleRichard1

PrvIn4Frd_001_StyleofTheWhiteStripe2

PrvIn4Frd_002_StyleArcticMonkeys1

PrvIn4Frd_002_StyleofCommon1

PrvIn4Frd_002_StyleofDuffy1

PrvIn4Frd_002_StyleofEagles1

PrvIn4Frd_002_StyleofJanetJackson1

PvtIn4Frd_002_StyleofStyleofIncubus1

Thts4Lvr_002_StyleofAliCampbell1

Thts4Lvr_002_StyleofAliciaKeys1

Thts4Lvr_002_StyleofArcticMonkeys1

Thts4Lvr_002_StyleofBeyonce1

Thts4Lvr_002_StyleofChrisBrown1

Thts4Lvr_002_StyleofColbyCalliat1

Thts4Lvr_002_StyleofFergie1

Thts4Lvr_002_StyleofFloRida1

Thts4Lvr_002_StyleofGarthBrooks1

Thts4Lvr_002_StyleofGwenStefani1

Thts4Lvr_002_StyleofLeonaLewis1

Thts4Lvr_002_StyleofPlainWhiteTs1

Thts4Lvr_002_StyleofTaylorSwift1

Thts4Lvr_003_StyleofBlocParty1

Thts4Lvr_003_StyleofBuenaMutya1

Thts4Lvr_003_StyleofCommon1

Thts4Lvr_003_StyleofFloRida1

Thts4Lvr_003_StyleofJenniferLopez1

Thts4Lvr_StyleofAliciaKeys1

Thts4Lvr_StyleofNellyFurtado1

Thts4Lvr_StyleofPlies1

Thts4Lvr_StyleofRhianna1

Thts4Lvr_StyleofSeal1

Thts4Lvr_005_StyleofColbyCalliat1

Thts4Lvr_005_Styleofeal1

Thts4Lvr_005_StyleofEverythingButTheGirl1

Thts4Lvr_005_StyleofPlainWhiteTs1

Thts4Lvr_005_StyleofSeal1

Thts4Lvr_005_StyleofUsher1

Thts4Lvr_006_StyleofBigandRich1

Thts4Lvr_006_StyleofFingerEleven1

Thts4Lvr_006_StyleofFooFighters1

Thts4Lvr_006_StyleofVeronicas1

Thts4Lvr_006_StyleofYaelNaim1

Thts4Lvr_007_StyleofAmyWinehouse1

Thts4Lvr_007_StyleofDeltaGoodrem1

Thts4Lvr_007_StyleofEvaCassidy1

Thts4Lvr_007_StyleofSawDoctors1

Thts4Lvr_007_StyleofT21

Thts4Lvr_008_StyleKTTunstall1

Thts4Lvr_008_StyleSimplePlan1

Thts4Lvr_008_StyleofOneRepublic1

Thts4Lvr_008_StyleofTradersRogue1

Thts4Lvr_008_StyleWhiskeyFalls1

Thts4Lvr_009_StyleChamillionaire1

Thts4Lvr_009_StyleLupeFiasco1

Thts4Lvr_009_StyleMarkRonson1

Thts4Lvr_009_StyleSantana1

Thts4Lvr_009_StyleofNatalieImbruglia1

Thts4Lvr_010_StyleJodanSparks1

Thts4Lvr_010_StyleLeonaLewis1

Thts4Lvr_010_StyleLilMama1

Thts4Lvr_010_StyleRihanna1

Thts4Lvr_010_StyleofArcticMonkeys1

Thts4Lvr_011_StyleJamesBlunt1

Thts4Lvr_011_StyleJossStone1

Thts4Lvr_011_StyleKellyClarkson1

Thts4Lvr_011_StyleRodStewart1

Thts4Lvr_011_StyleofA.F.I. 1

Thts4Lvr_011_StyleofBillyCurrington1

Thts4Lvr_011_StyleofDestinysChild1

Thts4Lvr_011_StyleofEnriqueIglesias1

Thts4Lvr_011_StyleofKayStarr5

Thts4Lvr_011_StyleWyclefJean1

TY4JWD_001_StyleLupeFiasco1

TY4JWD_001_StyleNatalieImbruglia1

TY4JWD_001_StyleSeal1

TY4JWD_001_StyleWestlife1

TY4JWD_001_StyleWombats1

TY4JWD_002_StyleofBreakingBenjamin1

TY4JWD_002_StyleofDaughtry1

TY4JWD_002_StyleofEstelle1

TY4JWD_002_StyleofFloRida1

TY4JWD_002_StyleofGwenStefani1

TY4JWD_002_StyleofJanetJackson1

TY4JWD_002_StyleofKatDeLuna1

TY4JWD_002_StyleofLeonaLewis1

TY4JWD_002_StyleofMadonna1

TY4JWD_002_StyleofPanicAtTheDisco1

TY4JWD_002_StyleofSherylCrow1

TY4JWD_002_StyleofSimplePlan1

TY4JWD_002_StyleofUsher1

TY4JWD_003_StyleofBreakingBenjamin1

TY4JWD_003_StyleofDaughtry1

TY4JWD_003_StyleofEditors1

TY4JWD_003_StyleofEstelle1

TY4JWD_003_StyleofGwenStefani1

TY4JWD_003_StyleofKatDeLuna1

TY4JWD_003_StyleofLilMama1

TY4JWD_003_StyleofNewtonFaulkner1

TY4JWD_003_StyleofPanicAtTheDisco1

TY4JWD_003_StyleofSherylCrow1

Sportsdart_001_StyleofA.F.I. 1

Sportsdart_001_StyleofAlanJackson2

Sportsdart_001_StyleofAmyWinehouse3

Sportsdart_001_StyleofBlackOakArkansas1

Sportsdart_001_StyleofDonnaSummer1

Sportsdart_001_StyleofIncubus1

Sportsdart_001_StyleofRedHotChiliPeppers1

Sportsdart_002_StyleofBlackOakArkansas1

Sportsdart_002_StyleofBootyLuv1

Sportsdart_002_StyleofCreedenceClearwater2

Sportsdart_002_StyleofDestinysChild1

Sportsdart_002_StyleofEditors1

Sportsdart_002_StyleofRedHotChiliPeppers1

Sportsdart_003_StyleofBillyCurrington1

Sportsdart_003_StyleofCreedenceClearwater2

Sportsdart_003_StyleofDestinysChild1

Sportsdart_003_StyleofDonnaSummer1

Sportsdart_003_StyleofEarthWindandFire2

Sportsdart_StyleofA.F.I. 1

Sportsdart_StyleofBootyLuv1

Sportsdart_StyleofCreedenceClearwater2

Sportsdart_StyleofLinkinPark1

Sportsdart_StyleofShakira1

Sportsdart_StyleofStoneTemplePilots1

HappyHolidays_001_STYLEOF12DaysofXmas1

HappyHolidays_001_STYLEOFChestnutsRoasting1

HappyHolidays_001_STYLEOFDeckTheHalls1

HappyHolidays_001_STYLEOFDrummerBoy1

HappyHolidays_001_STYLEOFJingleBells1

HappyHolidays_001_STYLEOFJoyToTheWorld1

HappyHolidays_001_STYLEOFWeWishYouAMerry1

HappyHolidays_002_STYLEOF12DaysOfXmas1

HappyHolidays_002_STYLEOFChestnuts1

HappyHolidays_002_STYLEOFDeckTheHalls1

HappyHolidays_002_STYLEOFDrummerBoy1

HappyHolidays_002_STYLEOFJingleBells1

HappyHolidays_002_STYLEOFJoyToTheWorld1

HappyHolidays_002_STYLEOFWeWishYouAMerryXmas1

HappyHolidays_003_StyleofFrostyTheSnowman1

HappyHolidays_003_StyleofISawMommyKissingSantaClaus1

HappyHolidays_003_StyleofItsBeginningToLookALotLikeXmas1

HappyHolidays_003_StyleofJollyOldSaintNicholas1

HappyHolidays_003_StyleofLetItSnow1

HappyHolidays_003_StyleofMyFavoriteThings2

HappyHolidays_003_StyleofRudolphTheRedNosedReindeer1

HappyHolidays_003_StyleofSantaClausIsCominToTown1

HappyHolidays_003_StyleofSilverBells1

HappyHolidays_003_StyleofSleighRide1

HappyHolidays_004_StyleofFrostyTheSnowman2

HappyHolidays_004_StyleofGodRestYeMerryGentlemen1

HappyHolidays_004_StyleofHaveYourselfAMerryLittleXmas2

HappyHolidays_004_StyleofISawMommyKissingSantaClaus2

HappyHolidays_004_StyleofLetItSnow2

HappyHolidays_004_StyleofMariahCarey1

HappyHolidays_004_StyleofSilverBells2

HappyHolidays_004_StyleofSleighRide1

HappyHolidays_004_StyleofStyleofJollyOldSaintNicholas1

HappyHolidays_004_StyleofWinterWonderland1

HappyHolidays_005_StyleofMariahCarey2

HappyHolidays_005_StyleofFrostyTheSnowman2

HappyHolidays_005_StyleofGodRestYeMerryGentlemen2

HappyHolidays_005_StyleofItsBeginningToLookLikeXmas1

HappyHolidays_005_StyleofLetItSnow2

HappyHolidays_005_StyleofMyFavoriteThings3

HappyHolidays_005_StyleofRudolph2

HappyHolidays_005_StyleofSleighRide2

HappyHolidays_005_StyleofStyleofSantaClausIsComingToTown2

HappyHolidays_005_StyleofWinterWonderland2

MerryXmas_001_STYLEOF12DaysOfXmas1

MerryXmas_001_STYLEOF12DaysOfXmas2

MerryXmas_001_STYLEOFChestnuts1

MerryXmas_001_STYLEOFDeckTheHalls1

MerryXmas_001_STYLEOFDrummerBoy1

MerryXmas_001_STYLEOFJingleBells1

MerryXmas_001_STYLEOFJoyToTheWorld1

MerryXmas_001_STYLEOFWeWishYouAMerryXmas1

MerryXmas_001_STYLEOFWeWishYouAMerryXmas2

MerryXmas_002_STYLEOF12DaysOfXmas1

MerryXmas_002_STYLEOFChestnuts1

MerryXmas_002_STYLEOFDeckTheHalls1

MerryXmas_002_STYLEOFDrummerBoy1

MerryXmas_002_STYLEOFJingleBells1

MerryXmas_002_STYLEOFJoyToTheWorld1

MerryXmas_002_STYLEOFWeWishYouAMerryXmas1

MerryXmas_005_StyleofAwayInAManger1

MerryXmas_005_StyleofHarkTheHeraldAngelsSing1

MerryXmas_005_StyleofISawMommyKissingSantaClaus1

MerryXmas_005_StyleofItsBeginningToLookLikeXmas1

MerryXmas_005_StyleofJollyOldSaintNicholas1

MerryXmas_005_StyleofMariahCarey1

MerryXmas_005_StyleofOComeAllYeFaithful1

MerryXmas_005_StyleofOhHolyNight1

MerryXmas_005_StyleofSantaClausIsComingToTown1

MerryXmas_005_StyleofWinterWonderland1

MerryXmas_006_StyleofFrostyTheSnowman1

MerryXmas_006_StyleofGodRestYeMerryGentlemen1

MerryXmas_006_StyleofLetItSnow2

MerryXmas_006_StyleofMyFavoriteThings2

MerryXmas_006_StyleofOLittleTownOfBethlehem1

MerryXmas_006_StyleofRickyVanShelton1

MerryXmas_006_StyleofRudolphTheRedNosedReindeer2

MerryXmas_006_StyleofSilverBells2

MerryXmas_006_StyleofSleighRide2

MerryXmas_006_StyleofWhatChildIsThis1

MerryXmas_008_StyleofDwightYoakam1

MerryXmas_008_StyleofFrostyTheSnowman2

MerryXmas_008_StyleofHarkTheHeraldAngelsSing1

MerryXmas_008_StyleofHaveYourselfAMerryLittleXmas2

MerryXmas_008_StyleofMariahCarey2

MerryXmas_008_StyleofOChristmasTree2

MerryXmas_008_StyleofRandyTravis1

MerryXmas_008_StyleofRudolphTheRedNoseReindeer2

MerryXmas_008_StyleofSantaClausIsComingToTown2

MerryXmas_008_StyleofTheFirstNoel1

MerryXmas_009_StyleofDwightYoakam1

MerryXmas_009_StyleofFrostyTheSnowman2

MerryXmas_009_StyleofGodRestYeMerryGentlemen2

MerryXmas_009_StyleofJollyOldSaintNicholas1

MerryXmas_009_StyleofMariahCarey2

MerryXmas_009_StyleofOChristmasTree1

MerryXmas_009_StyleofRickyVanShelton1

MerryXmas_009_StyleofRudolphTheRedNosedReindeer2

MerryXmas_009_StyleofSantaClausIsComingToTown2

MerryXmas_009_StyleofTwasTheNightBeforeXmas1

FlirtDart_001_StyleofAJali2

FlirtDart_001_StyleofAliciaKeys2

FlirtDart_001_StyleofAmyMcDonald1

FlirtDart_002_StyleofAvrilLavigne1

FlirtDart_002_StyleofBeyonce3

FlirtDart_002_StyleofBonjovi1

FlirtDart_009_Styleof1

FlirtDart_009_StyleofBritneySpears3

FlirtDart_009_StyleofYaelNaim1

FlirtDart_010_StyleofThelmaHouston1

FlirtDart_010_StyleofTheTemptations1

FlirtDart_010_StyleofTobyKeith1

FlirtDart_011_StyleofBigandrich1

FlirtDart_011_StyleofBlocParty1

FlirtDart_011_StyleofShakira1

FlirtDart_012_StyleofBreakingBenjamin1

FlirtDart_012_StyleofCheNelle1

FlirtDart_012_StyleofCommon1

FlirtDart_013_StyleofBeyonce3

FlirtDart_013_StyleofBreakingBenjamin2

FlirtDart_013_StyleofDanniMinoguevs1

FlirtDart_014_StyleofJodieAysha1

FlirtDart_014_StyleofNewtonFaulknert1

FlirtDart_015_StyleofJamesTaylor2

FlirtDart_015_StyleofNewtonFaulknert2

FlirtDart_015_StyleofSantana1

FlirtDart_015_StyleofTheTemptations2

FlirtDart_016_StyleofBobbyBrown1

FlirtDart_016_StyleofBritneySpears1

FlirtDart_016_StyleofTheCommitments1

FlirtDart_001_StyleofBeyonce3

FlirtDart_001_StyleofBritneySpears3

FlirtDart_001_StyleofCheNelle1

FlirtDart_001_StyleofSantana1

FlirtDart_001_StyleofMickeyandSylvia1

FlirtDart_002_StyleofDuffy1

FlirtDart_002_StyleofEstelle

FlirtDart_002_StyleofFeist1234 1

FlirtDart_002_StyleofMichaelJackson1

FlirtDart_002_StyleofNewtonFaulknert1

FlirtDart_009_StyleofEstelle1

FlirtDart_009_StyleofFergie2

FlirtDart_009_StyleofJodieAysha1

FlirtDart_009_StyleofMileyCyrus1

FlirtDart_009_StyleofNewtonFaulknert2

Valentines_001_StyleofBeyonce3

Valentines_001_StyleofBobbyBrown1

Valentines_001_StyleofDuffy1

Valentines_001_StyleofFeist1234 1

Valentines_001_StyleofFergie2

Valentines_001_StyleofFingerEleven1

Valentines_001_StyleofHTwoO 1.mp4

Valentines_001_StyleofJodieAysha1

Valentines_001_StyleofMichaelJackson1

Valentines_001_StyleofNewtonFaulkner1

Valentines_002_StyleofBigandRich1

Valentines_002_StyleofBobbyBrown1

Valentines_002_StyleofBuenaMutya2

Valentines_002_StyleofDanniMinogue1

Valentines_002_StyleofFergie2

Valentines_002_StyleofInnerCircle1

Valentines_002_StyleofNewtonFaulkner2

Valentines_002_StyleofSantana1

Valentines_002_StyleofSaraBareilles1

Valentines_002_StyleofYaelNaim1

Valentines_003_StyleofAvrilLavigne1

Valentines_003_StyleofCheNelle

Valentines_003_StyleofDaughtry1

Valentines_003_StyleofDuffy1

Valentines_003_StyleofFingerEleven1

Valentines_003_StyleofFreddieLeGrande1

Valentines_003_StyleofHTwoO 1

Valentines_003_StyleofJackPenate1

Valentines_003_StyleofNewtonFaulkner2

Valentines_003_StyleofTheBeeGees1

Valentines_004_StyleofAvrilLavigne1

Valentines_004_StyleofBritneySpears1

Valentines_004_StyleofFlo Rida1

Valentines_004_StyleofInnerCircle1

Valentines_004_StyleofJanetJackson2

Valentines_004_StyleofJenniferLopez3

Valentines_004_StyleofKanyeWest1

Valentines_004_StyleofKatDeLuna1

Valentines_004_StyleofSaraBareilles1

Valentines_004_StyleofSeal1

Valentines_005_StyleofCheNelle1

Valentines_005_StyleofDaughtry1

Valentines_005_StyleofDuffy1

Valentines_005_StyleofEstelle1

Valentines_005_StyleofFergie2

Valentines_005_StyleofGeorgeStrait1

Valentines_005_StyleofJanetJackson1

Valentines_005_StyleofJossStone1

Valentines_005_StyleofNellyFurtado5

Valentines_005_StyleofRobertPalmer1

Valentines_006_StyleofAliciaKeys2

Valentines_006_StyleofBonJovi1

Valentines_006_StyleofDuffy1

Valentines_006_StyleofFreddieLeGrande1

Valentines_006_StyleofJackJohnson1

Valentines_006_StyleofJanetJackson2

Valentines_006_StyleofJenniferLopez3

Valentines_006_StyleofJossStone1

Valentines_006_StyleofNellyFurtado5

Valentines_006_StyleofNewtonFaulkner1

Valentines_007_StyleofAliciaKeys4

Valentines_007_StyleofBritneySpears1

Valentines_007_StyleofEstelle1

Valentines_007_StyleofFeist1234 1

Valentines_007_StyleofFlo Rida1

Valentines_007_StyleofFreddieLeGrande1

Valentines_007_StyleofGeorgeStrait1

Valentines_007_StyleofJodieAysha1

Valentines_007_StyleofSaraBareilles1

Valentines_007_StyleofSimplyRed1

Valentines_008_StyleofAliciaKeys4

Valentines_008_StyleofAvrilLavigne1

Valentines_008_StyleofBonJovi1

Valentines_008_StyleofBritneySpears1

Valentines_008_StyleofCommon1

Valentines_008_StyleofDaughtry1

Valentines_008_StyleofEstelle1

Valentines_008_StyleofFlo Rida1

Valentines_008_StyleofJackJohnson1

Valentines_008_StyleofSimplyRed1

Valentines_009_StyleofAliciaKeys2

Valentines_009_StyleofAvrilLavigne1

Valentines_009_StyleofBuenaMutya2

Valentines_009_StyleofEstelle1

Valentines_009_StyleofHTwoO 1

Valentines_009_StyleofJanetJackson2

Valentines_009_StyleofJenniferLopez3

Valentines_009_StyleofJossStone1

Valentines_009_StyleofKennyChesney1

Valentines_009_StyleofRobertPalmer1

Valentines_010_StyleofBigandRich1

Valentines_010_StyleofHTwoO 1

Valentines_010_StyleofJackJohnson1

Valentines_010_StyleofJanetJackson2

Valentines_010_StyleofJenniferLopez3

Valentines_010_StyleofLogginsandMessina1

Valentines_010_StyleofMileyCyrus1

Valentines_010_StyleofNewtonFaulkner2

Valentines_010_StyleofPlainWhiteTs1

Valentines_010_StyleofYaelNaim1

Valentines_011_StyleofBritneySpears1

Valentines_011_StyleofFlo Rida1

Valentines_011_StyleofKennyChesney1

Valentines_011_StyleofLeonaLewis1

Valentines_011_StyleofLogginsandMessina2

Valentines_011_StyleofMarkRonson1

Valentines_011_StyleofMileyCyrus1

Valentines_011_StyleofNewtonFaulkner1

Valentines_011_StyleofRihanna1

Valentines_011_StyleofYaelNaim1

Valentines_012_StyleofAliciaKeys1

Valentines_012_StyleofBeyonce1

Valentines_012_StyleofFreddieLeGrande1

Valentines_012_StyleofKanyeWest1

Valentines_012_StyleofLupeFiasco2

Valentines_012_StyleofMarkRonson1

Valentines_012_StyleofMileyCyrus1

Valentines_012_StyleofSeal1

Valentines_012_StyleofSugarRay1

Valentines_012_StyleofNatashaBedingfield2

BibleDart_001_StyleofAliciaKeys6

BibleDart_001_StyleofAlisonKraus1

BibleDart_001_StyleofAmyMcDonald1

BibleDart_001_STYLEOFGospel1

BibleDart_001_STYLEOFGospel2

BibleDart_001_STYLEOFGospel3

BibleDart_001_STYLEOFGospel4

BibleDart_001_StyleofJenniferLopez1

BibleDart_001_StyleofLouisArmstrong1

BibleDart_001_StyleofMarkRonson1

BibleDart_002_StyleofAliciaKeys6

BibleDart_002_StyleofAmyMcDonald1

BibleDart_002_StyleofBradPaisley1

BibleDart_002_StyleofBritneySpears1

BibleDart_002_StyleofCascada1

BibleDart_002_STYLEOFGospel1

BibleDart_002_STYLEOFGospel4

BibleDart_002_StyleofLouisArmstrong1

BibleDart_003_StyleofAlisonKraus1

BibleDart_003_StyleofDanniMinogue1

BibleDart_003_StyleofEnriqueIglesias1

BibleDart_003_STYLEOFGospel4

BibleDart_003_STYLEOFGospel5

BibleDart_003_StyleofJenniferLopez1

BibleDart_003_StyleofMarkRonson1

BibleDart_003_StyleofThelmaHouston1

BibleDart_003_StyleofUsher1

BibleDart_004_StyleofBritneySpears1

BibleDart_004_StyleofDanniMinogue1

BibleDart_004_STYLEOFGospel3

BibleDart_004_STYLEOFGospel4

BibleDart_004_StyleofNewtonFaulkner1

BibleDart_004_StyleofSimplePlan1

BibleDart_004_StyleofUsher1

BibleDart_004_StyleofYaelNaim1

BibleDart_005_StyleofEnriqueIglesias1

BibleDart_005_STYLEOFGospel5

BibleDart_005_StyleofNewtonFaulkner1

BibleDart_005_StyleofPanic1

BibleDart_005_StyleofPhilCollins1

BibleDart_005_StyleofSimplePlan1

BibleDart_005_StyleofUsher1

BibleDart_005_StyleofYaelNaim1

BibleDart_006_StyleofFingerEleven1

BibleDart_006_StyleofGarthBrooks1

BibleDart_006_STYLEOFGospel4

BibleDart_006_StyleofJulianneHough1

BibleDart_006_StyleofKanyeWest1

BibleDart_006_StyleofKillers1

BibleDart_006_StyleofPanic2

BibleDart_006_StyleofYaelNaem2

Valentines_013_StyleofDuffy1

Valentines_013_StyleofFreemasons3

Valentines_013_StyleofGarthBrooks1

Valentines_013_StyleofJanetJackson2

Valentines_013_StyleofMileyCyrus1

BibleDart_007_StyleofAjali 1

BibleDart_007_StyleofAliCampbell1

BibleDart_007_StyleofAmyMcDonald1

BibleDart_007_StyleofLeonJackson3

BibleDart_007_StyleofMarkRonson1

BibleDart_007_StyleofMichaelBolton3

BibleDart_007_StyleofTemptations1

BibleDart_007_StyleofWiskeyFalls3

BibleDart_007_StyleofWyclefJean1

BibleDart_008_StyleofAmyMcDonald1

BibleDart_008_StyleofJamesBlunt1

BibleDart_008_StyleofJossStone1

BibleDart_008_StyleofKanyeWest1

BibleDart_008_StyleofKennyChesney1

BibleDart_008_StyleofKylieMinogue1

BibleDart_008_StyleofLeonaLewis1

BibleDart_008_StyleofTemptations1

BibleDart_008_StyleofWhiskyFalls3

BibleDart_008_StyleofWyclefJean1

BibleDart_009_StyleofAjali1

BibleDart_009_StyleofAliCampbell1

BibleDart_009_StyleofArcticMonkeys1

BibleDart_009_StyleofDuffy1

BibleDart_009_StyleofFaithHill1

BibleDart_009_StyleofFingerEleven1

BibleDart_009_StyleofFrankSinatra1

BibleDart_009_StyleofJackPenate1

BibleDart_009_StyleofKennyChesney1

BibleDart_009_StyleofTheByrds1

BibleDart_010_StyleofBigandRich2

BibleDart_010_StyleofChamillionaire1

BibleDart_010_StyleofDeltaGoodrem1

BibleDart_010

BibleDart_010_StyleofFingerEleven1

BibleDart_010_StyleofGarthBrooks1

BibleDart_010_StyleofHoosiers1

BibleDart_010_StyleofJamesBlunt1

BibleDart_010_StyleofJewel1

BibleDart_010_StyleofJulianneHouagh1

BibleDart_011_StyleofChamillionaire1

BibleDart_011_StyleofDeltaGoodrem1

BibleDart_011_StyleofDuffy1

BibleDart_011_StyleofEstelle1

BibleDart_011_StyleofEvaCassidy1

BibleDart_011_StyleofFaithHill1

BibleDart_011_StyleofFingerEleven1

BibleDart_011_StyleofGarthBrooks1

BibleDart_011_StyleofGeorgeStrait1

BibleDart_011_StyleofGirlsAloud2

BibleDart_011_StyleofHoosiers1

BibleDart_011_StyleofJamesBlunt1

BibleDart_012_StyleofDeltaGoodrem1

BibleDart_012_StyleofEstelle1

BibleDart_012_StyleofEverythingButTheGirl1

BibleDart_012_StyleofGarthBrooks1

BibleDart_012_StyleofGeorgeStrait1

BibleDart_012_StyleofGirlsAloud2

BibleDart_012_StyleofGretchenWilson2

BibleDart_012_StyleofHoosiers1

BibleDart_012_StyleofJessicaSimpson1

BibleDart_012_StyleofJewel1

BibleDart_013_StyleofEverythingButThegirl1

BibleDart_013_StyleofGeorgeStrait1

BibleDart_013_StyleofGirlsAloud2

BibleDart_013_StyleofGretchenWilson2

BibleDart_013_StyleofGwenStefani1

BibleDart_013_StyleofHoosiers1

BibleDart_013_StyleofJessicaSimpson1

BibleDart_013_StyleofK.LogginsandJ.Messina1

BibleDart_013_StyleofKeithUrban2

BibleDart_013_StyleofKillers2

BibleDart_014_StyleofEvaCassidy1

BibleDart_014_StyleofEverythingButTheGirl1

BibleDart_014_StyleofGeorgeStrait1

BibleDart_014_StyleofGirlsAloud2

BibleDart_014_StyleofGretchenWilson2

BibleDart_014_StyleofGwenStefani1

BibleDart_014_StyleofK.LogginsandJ.Messina1

BibleDart_014_StyleofKeithUrban2

BibleDart_014_StyleofKillers2

BibleDart_014_StyleofKlyieMinogue2

BibleDart_015_StyleofEverythingButTheGirl1

BibleDart_015_StyleofGeorgeStrait1

BibleDart_015_StyleofGirlsAloud2

BibleDart_015_StyleofK.LogginsandJ.Messina1

BibleDart_015_StyleofKeithUrban2

BibleDart_015_StyleofKennyChesney3

BibleDart_015_StyleofKTTunstall1

BibleDart_015_StyleofKylieMinogue2

BibleDart_015_StyleofLilMama1

BibleDart_015_StyleofLinkinPark1

BibleDart_016_StyleofAliciaKeys8

BibleDart_016_StyleofEverythingButTheGirl1

BibleDart_016_StyleofKennyChesney3

BibleDart_016_StyleofKTTunstall1

BibleDart_016_StyleofKylieMinogue1

BibleDart_016_StyleofLilMama1

BibleDart_016_StyleofLinkinPark1

BibleDart_016_StyleofLutherVanDross2

BibleDart_016_StyleofMadonna4

BibleDart_016_StyleofTaylorSwift2

FlirtDart_017_Styleof311 1

FlirtDart_017_StyleofAmandaHendrix1

FlirtDart_017_StyleofBeyonce1

FlirtDart_017_StyleofBillyJoeRoyal2

FlirtDart_017_StyleofBradPaisley2

FlirtDart_017_StyleofBrianMcKnight1

FlirtDart_017_StyleofCarlThomas1

FlirtDart_017_StyleofCascada1

FlirtDart_017_StyleofCheNelle1

FlirtDart_017_StyleofDwightYoakam1

FlirtDart_017_StyleofEnya1

FlirtDart_018_Styleof311 1

FlirtDart_018_StyleofBeyonce1

FlirtDart_018_StyleofBradPaisley2

FlirtDart_018_StyleofCarlThomas1

FlirtDart_018_StyleofCascada2

FlirtDart_018_StyleofEnya1

FlirtDart_018_StyleofHerbAlpert1

FlirtDart_018_StyleofIncubus1

FlirtDart_018_StyleofLilChris1

FlirtDart_018_StyleofMontgomeryGentry1

FlirtDart_019_StyleofAmandaHendrix1

FlirtDart_019_StyleofBradPaisley2

FlirtDart_019_StyleofBrianMcKnight1

FlirtDart_019_StyleofCarlThomas1

FlirtDart_019_StyleofCheNelle1

FlirtDart_019_StyleofIncubus1

FlirtDart_019_StyleofJossStone1

FlirtDart_019_StyleofLilChris1

FlirtDart_019_StyleofNicoleScherzinger1

FlirtDart_019_StyleofPlies1

FlirtDart_020_StyleofBrianMcKnight1

FlirtDart_020_StyleofCheNelle1

FlirtDart_020_StyleofDwightYoakam1

FlirtDart_020_StyleofGooGooDolls1

FlirtDart_020_StyleofJossStone1

FlirtDart_020_StyleofLilChris1

FlirtDart_020_StyleofNicoleScherzinger1

FlirtDart_020_StyleofPlies1

FlirtDart_020_StyleofRihanna2

FlirtDart_020_StyleofScoutingForGirls1

Thts4Lvr_012_StyleofSantana7

Thts4Lvr_012_StyleofScouting4Girls1

Thts4Lvr_012_StyleofShayneWard2

Thts4Lvr_012_StyleofGarthBrooks2

Thts4Lvr_012_StyleofNicoleScherzinger1

Thts4Lvr_012_StyleofPigeonDetectives1

Thts4Lvr_012_StyleofPlies1

Thts4Lvr_012_StyleofRascalFlatts1

Thts4Lvr_012_StyleofRihanna2

Thts4Lvr_012_StyleofRobyn1

Thts4Lvr_013_StyleofGarthBrooks2

Thts4Lvr_013_StyleofJordanSparks1

Thts4Lvr_013_StyleofMontgomeryGentry1

Thts4Lvr_013_StyleofNellyFurtado2

Thts4Lvr_013_StyleofNewtonFaulkner1

Thts4Lvr_013_StyleofRascalFlatts1

Thts4Lvr_013_StyleofRobyn1

Thts4Lvr_013_StyleofSantana7

Thts4Lvr_013_StyleofShayneWard2

Thts4Lvr_013_StyleofSherylCrow1

Thts4Frd_008_StyleofGarthBrooks2

Thts4Frd_008_StyleofJordanSparks1

Thts4Frd_008_StyleofKayStarr5

Thts4Frd_008_StyleofMadonna3

Thts4Frd_008_StyleofNappyRoots1

Thts4Frd_008_StyleofNellyFurtado2

Thts4Frd_008_StyleofPigeonDetective1

Thts4Frd_008_StyleofRihanna2

Thts4Frd_008_StyleofSantana7

Thts4Frd_008_StyleofSherylCrow1

BibleDart_017_StyleofGospel1135-04

BibleDart_017_StyleofGospel1137-04

BibleDart_017_StyleofJordanSparks1

BibleDart_017_StyleofMadonna3

BibleDart_017_StyleofNappyRoots1

BibleDart_017_StyleofNellyFurtado2

BibleDart_017_StyleofPigeonDetective1

BibleDart_017_StyleofRihanna2

BibleDart_017_StyleofScoutingForGirls1

BibleDart_017_StyleofShayneWard1

BibleDart_018_StyleofGospel1135-04

BibleDart_018_StyleofGospel1137-04

BibleDart_018_StyleofGospel1138-01

BibleDart_018_StyleofMadonna3

BibleDart_018_StyleofNewtonFaulkner1

BibleDart_018_StyleofPigeonDetective1

BibleDart_018_StyleofRihanna2

BibleDart_018_StyleofScoutingForGirls1

BibleDart_018_StyleofSugarland1

BibleDart_018_StyleofGarthBrooks2

BibleDart_019_StyleofGospel1138-05

BibleDart_019_StyleofTheDrifters2

BibleDart_019_Styleof1138-01

BibleDart_019_StyleofGarthBrooks2

BibleDart_019_StyleofGospel1138-01

BibleDart_019_StyleofNewtonFaulkner1

BibleDart_019_StyleofPigeonDetectives1

BibleDart_019_StyleofRihanna1

BibleDart_019_StyleofShayneWard1

BibleDart_019_StyleofSherylCrow1

BibleDart_019_StyleofSugarland1

BibleDart_020_StyleofAliciaKeys3

BibleDart_020_StyleofGarthBrooks2

BibleDart_020_StyleofGospel1138-01

BibleDart_020_StyleofNellyFurtado2

BibleDart_020_StyleofNewtonFaulkner1

BibleDart_020_StyleofTheRollingStones1

BibleDart_020_StyleofTheDrifters2

BibleDart_020_StyleofTwista1

BibleDart_020_StyleofVendettaRed1

BibleDart_020_StyleofWhiskeyFalls1

BibleDart_020_StyleofWhiteStripe1

BibleDart_021_StyleofGospel1138-05

BibleDart_021_StyleofGospel1139-02

BibleDart_021_StyleofSherylCrow1

BibleDart_021_StyleofTheDrifters2

BibleDart_021_StyleofTheRollingStones1

BibleDart_021_StyleofTwista1

BibleDart_021_StyleofVendettaRed1

BibleDart_021_StyleofWhiskeyFalls1

BibleDart_021_StyleofWhiteStripe1

BibleDart_021_StyleofWhitneyHouston1

BibleDart_022_StyleofAaronNeville1

BibleDart_022_StyleofGospel1139-02

BibleDart_022_StyleofGospel1139-05

BibleDart_022_StyleofSugarland1

BibleDart_022_StyleofTheRollingStones1

BibleDart_022_StyleofTwista

BibleDart_022_StyleofVendettaRed1

BibleDart_022_StyleofWhiskeyFalls1

BibleDart_022_StyleofWhiteStripe1

BibleDart_022_StyleofWhitneyHouston1

BibleDart_023_StyleofAliciaKeys1

BibleDart_023_StyleofAmyWineHouse4

BibleDart_023_StyleofBeyonce2

BibleDart_023_StyleofBigandRich5

BibleDart_023_StyleofBrianMcKnight3

BibleDart_023_StyleofGospel1139-02

BibleDart_023_Styleof1Gospel1139-05

BibleDart_023_StyleofSherylCrow1

BibleDart_023_StyleofSugarland1

BibleDart_023_StyleofWhitneyHouston1

BibleDart_024_StyleofAaronNeville1

BibleDart_024_StyleofAliciaKeys1

BibleDart_024_StyleofBigandRich5

BibleDart_024_StyleofBlakeLewis1

BibleDart_024_StyleofBrianMcKnight3

BibleDart_024_StyleofGospel1139-02

BibleDart_024_StyleofGospel1139-05

BibleDart_024_StyleofJulianneHough2

BibleDart_024_StyleofSugarland1

BibleDart_024_StyleofWhiskeyFalls1

BibleDart_025_StyleofAliciaKeys1

BibleDart_025_StyleofAmyWineHouse4

BibleDart_025_StyleofBeyonce2

BibleDart_025_StyleofBigandRich5

BibleDart_025_StyleofBlakeLewis1

BibleDart_025_StyleofGospel1140-04

BibleDart_025_StyleofGospel1141-5

BibleDart_025_StyleofJenifferLopez3

BibleDart_025_StyleofJulianneHough2

BibleDart_025_StyleofKanyeWest3

BibleDart_026_StyleofGospel1140-04

BibleDart_026_StyleofBlakeLewis1

BibleDart_026_StyleofBreakingBenjamin1

BibleDart_026_StyleofBrianMcKnight3

BibleDart_026_StyleofChristinaAguilera5

BibleDart_026_StyleofGospel1145-05

BibleDart_026_StyleofJenniferLopez3

BibleDart_026_StyleofJulianneHough2

BibleDart_026_StyleofKanyeWest3

BibleDart_026_StyleofKillers2

BibleDart_027_StyleofGospel1142-02

BibleDart_027_StyleofGospel1144-01

BibleDart_027_StyleofKanyeWest4

BibleDart_027_StyleofKelliePickler1

BibleDart_027_StyleofMichaelJackson3

BibleDart_027_StyleofNappyRoots1

BibleDart_027_StyleofNellyFurtado2

BibleDart_027_StyleofNewtonFaulkner1

BibleDart_027_StyleofPegeonDetectives1

BibleDart_027_StyleofScoutingForGirls1

BibleDart_028_StyleofGospel1142-02

BibleDart_028_StyleofGospel1144-01

BibleDart_028_StyleofKanyeWest4

BibleDart_028_StyleofKatDeLuna1

BibleDart_028_StyleofKelliePickler1

BibleDart_028_StyleofKTTunstal2

BibleDart_028_StyleofMadonna1



BibleDart_028_StyleofPigeonDetectives1

BibleDart_028_StyleofMichaelJackson3

BibleDart_028_StyleofParamore1

BibleDart_029_StyleofAliciaKeys1

BibleDart_029_StyleofDeanMartin1

BibleDart_029_StyleofGospel1142-02

BibleDart_029_StyleofGospel1144-01

BibleDart_029_StyleofKatDeLuna1

BibleDart_029_StyleofJayZ1

BibleDart_029_StyleofKelliePickler1

BibleDart_029_StyleofKTTunstall1

BibleDart_029_StyleofMichaleJackson3

BibleDart_029_StyleofParamore1

BibleDart_030_StyleofAliciaKeys3

BibleDart_030_StyleofGospel1144-01

BibleDart_030_StyleofGospel1144-04

BibleDart_030_StyleofJayZ1

BibleDart_030_StyleofKanyeWest4

BibleDart_030_StyleofKatDeLuna1

BibleDart_030_StyleofKelliePickler1

BibleDart_030_StyleofSmashMouth1

BibleDart_030_StyleofParamore1

BibleDart_030_StyleofKTTunstall1

## Notices Affixed to Content Directly Distributed by Plaintiffs
### (non-exhaustive)

 

## These Notices Appear On the Following Brands of Plaintiffs
### (non-exhaustive)

    

    

   

EXHIBIT B

**Plaintiff's Authorized Distributor's Limits of use to End Users
(non-exhaustive)**

**Distributor = NOKIA
(from 'Ovi Store Terms')
http://store.ovi.com/legal/terms/store**

## 2. License of Content

All Content made available through the Ovi Store is licensed, not sold, to end
user customers only and limited to one private installation on one Nokia
compatible device at any one time. Your use of the Ovi Store, the downloadable
Ovi Store client application for accessing the Ovi Store from mobile devices (Ovi
Store Client), and any transactions made through the Ovi Store are subject to the
Terms, these Ovi Store User Terms, the End-User Software Agreement set forth
below (EUSA), and any applicable end user agreements that apply to any
Content licensed through the Ovi Store. You agree that the terms of the EUSA
below apply to any Content licensed through the Ovi Store unless the Content is
covered by a valid end user software agreement entered into between you and
the third party publisher of the Content (Publisher), in which case the Publishers
end user software agreement will apply to the Content. You agree that your use
of Content constitutes your acceptance of and agreement to use such Content
solely in accordance with these Ovi Store User Terms, the EUSA and any
applicable end user software agreement of a Publisher. Any other use of the
Content may constitute a copyright infringement or other violation of intellectual
property rights.

You acknowledge that any Content license purchase made through the Ovi Store
is a binding agreement between you and Nokia, and that any license you
purchase to a Publishers Content is a binding agreement between you and the
Publisher only. The Publisher is solely responsible for any Content it provides,
including any warranties that have not been disclaimed, or any claims you may
have relating to the Publishers Content. You acknowledge that you are
purchasing the license to any Publisher Content from that Publisher only. Nokia
is acting only as an agent for the Publisher in providing the Publishers Content to
you. Nokia is not a party to the license between you and the Publisher with
respect to any Publisher Content; provided that, you acknowledge and agree that
Nokia is a third party beneficiary of the EUSA or the Publishers end user
software agreement, if applicable, for any license to Publisher Content you
purchase, and that upon your acceptance of the terms and conditions of the
license to any such Publisher Content, Nokia will have the right (and will be
deemed to have accepted the right) to enforce such license against you as a
third party beneficiary thereof.



You acknowledge that certain Content may contain security technology that limits your usage of that Content. You agree not to attempt to, or assist any other person to, circumvent or modify any security technology or software that is part of the Ovi Store or included in any Content. Nokia, its licensors and its mobile operator partners reserve the right to change, suspend, remove, or disable access on your mobile device to any Content you have licensed at any time without notice. In no event will Nokia be liable for the removal of or disabling of access to any such Content. Nokia may also impose limits on the use of or access to certain Content, in any case and without notice or liability.

**Distributor = CBS Interactive**
**(from user 'Terms of Use'**
**http://www.cbsinteractive.co.uk/aboutus/0,10000092,10000088,00.htm**


## 3. INTELLECTUAL PROPERTY OWNERSHIP; LICENSE

The past, present and future Web Sites' content, including, without limitation, organisation, graphics, text, images, audio, videos, designs, compilations, advertising copy, and the trademarks, logos, domain names, trade names, service marks and trade identities; any and all copyrightable material (including source and object code); and all other materials related to the Web Sites, including without limitation, the "look and feel" of the Web Sites (collectively, "Content") are protected by applicable copyrights and other proprietary (including, but not limited to, intellectual property) rights and are the property of Company, its parent, subsidiaries, affiliates, or its licensors. Except as expressly set forth in these TOU or otherwise expressly granted to you in writing by Company, no rights (either by implication, estoppel ...................................

Subject to your strict compliance with these TOU, Company grants you a limited, personal, non-exclusive, non-commercial, revocable, non-assignable and non-transferable license to download - view, use and/or play a single copy of the Content (excluding source and object code), provided that you: (i) retain all trademark, copyright and other proprietary notices contained in the original Content or any copy you may make of the Content; (ii) do not allow or aid or abet any third party (whether or not for your benefit) to copy or adapt the object code of the Web Sites' software, HTML, JavaScript, or other code; reverse engineer, decompile, reverse assemble, modify or attempt to discover any source code that the Web Sites create to generate its web pages; or any software or other products or processes accessible through the Web Sites; and (iii) do not insert any code or product to manipulate the Content in any way that affects any user's experience.

**Distributor = CNET**
**(from user 'Terms of Use'**
**http://cbsitou.custhelp.com/app/answers/detail/a_id/1320/**

4. Intellectual Property; License

The content, information, data, designs, code, and materials associated with the Services ("Content") are protected by intellectual property and other laws. You must comply with all such laws and applicable copyright, trademark or other legal notices or restrictions.

Subject to these Terms, you may access and use the Services only for your own personal, non-commercial use. We reserve all other rights to the Services and Content, and you may not otherwise copy, reproduce, distribute, publish, display, perform, or create derivative works of the Services or Content without our permission. You also may not transfer or sublicense this limited right to use the Services or resell the Services.

a. Viral Distribution

We may expressly authorize you to redistribute certain Content for personal, non-commercial use. We will identify the Content that you are authorized to redistribute and describe ways you may redistribute it (such as via email, blogs, or embedded players, or by producing Mash-Ups). We may revoke this authorization at any time. If you redistribute Content, you must be able to edit or delete such publicly posted Content and you must edit or delete it promptly upon our request.

**Distributor = Handango**
**(from user 'Terms of Use'**
**http://www.handango.com/policies/TermsOfUse.jsp**

‐ **Limited Term and Use**. You may not use the Software beyond its intended scope. You may install and use only one copy of the Software on your mobile device or computer. You may not modify or alter the Software for any reason, including but not limited to modifications to increase the scope of its use or otherwise. Further, you may not use any device, process or computer program that increases, directly or indirectly, the scope of use of the Software.

In the event the Software offered in connection with this Agreement is also subject to the subscription terms set forth in this Agreement, the Software will function in material conformity with any applicable, published specifications for so long as the subscription is current and effective. In the event you fail to pay any subscription fees or expenses when and as due, Handango (a trade name of PocketGear, Inc.) reserves the right to cancel your subscription and upon cancellation, the Software automatically will cease to operate.

# terms and conditions



You may mix as many luvdarts as you want if you agree to all of the following:

Luvdarts LLC hereby grants you the right to mix luvdarts utilizing tools furnished by Luvdarts LLC. You may send the end result to any intended recipient's compatible mobile phone as long as the receiver is aware that their wireless carrier may charge them for receiving multi-media messages (mms).

The luvdarts you mix **may not be resold or distributed commercially** in any form or fashion without the written consent of Luvdarts LLC.

Luvdarts LLC retains copyrights to all ingredients of your mix except your "original message". Your original message must not be someone else's copyrighted material and you hereby warrant under penalty of perjury that your message is an original created by you.

Luvdarts LLC reserves the right to display your mix as a promotional tool to show our products and services.

Luvdarts LLC will not resell or commercially distribute your mix without your written consent.

At this time if you are NOT ordering from within the continental USA we can only send your completed luvdarts to you via email.

Purchases of gifts/coupons from our gift bank are subject to verification before they are added to a luvdart. Only purchases from our gift bank are eligible to be added to a luvdart.

You may only upload images you have the right to upload. Do not upload images that you do not have the right to publish.

Do not upload pornographic images. We reserve the right to determine what is pornographic for our processes and what is not.

We'll email the mp4, wmv, blackberry avi and 3g versions to you. The 3g will only be sent to your mobile phone if you opt "yes".

The process may take between 30 minutes to 3 hrs for you to receive your mix, depending upon our orders. However, we will not be held liable in any way for late or missed deliveries. Please place your order with that in mind. Our goal is to give our customers a great user experience with

**EXHIBIT D**

stuff about luvdarts we'd bet you didn't know! Page 2 of 2

Case 2:10-cv-05442-DSF-RZ   Document 23   Filed 11/08/10   Page 118 of 131   Page ID #:356

luvdarts   We don't anticipate any problems achieving that goal.  However, sometimes "stuff happens".

We guarantee all downloads by replacement only.  No refunds.

Our mixes are final in the way they are structured as in the placement of images, lettering, fonts, colors, segments of music and all other ingredients of a luvdart.

The musical segment you choose in the sample may or may not be the same segment used in the mix.

We accept zero liability for typos and any other errors that may appear in a mix.  We also do not correct the text in your messages.  It will be published the way you submit it, "as is"

And finally, you agree to have fun and let your creative energies flow while mixing luvdarts!

http://luvdarts.com/lvd1/terms.htm

ï»¿

We serve underserved **local** communities anywhere in the world!
the secrets to seeding a community
*A/D Floyd Crump will help you harness the power of word of mouth. peer2peer marketing!*

Terms and Conditions for use
Do not submit the dart form until you've read and agreed to these terms and conditions.

Welcome to our site and services,

We do not use attorneys to write our terms and conditions, but we DO hire attorneys to enforce them. So please, if you stay within our guidelines there should not be any problems.

Luvdarts LLC creates MMS (multimedia messages) that may be shared on mobile networks. Luvdarts LLC retains all rights to the multimedia it creates for the users of these services. We do grant the right for users of our services to share the content we create for them with others as desired. We require that users of our services do not "spam" our creations to other person's mobile devices. Distribution of our creations should be initiated by "seeding" amongst people known by the user of our services. The user of our services must have either implied or directly granted permission of the receiving persons to send multimedia messages to their mobile devices.

Our terms require a deposit to begin the creation process. We insert a user's desired image(s) or other add on after the template is approved by that user. The quantity of images or add ons inserted are dictated by the chosen options. The quality of the image seen by an end user is dictated mainly by current technology on mobile devices and networks. We will suggest best choices if the image(s) you choose will not display properly to an end user. We do not have any responsibility or obligation to refund money or replace content that does not display properly for any reason. We will put forth our best effort to ensure you have a quality product.

We reserve the right to refuse any image or dialogue that we feel is offensive. inappropriate, illegal or pornographic.

We require the inclusion of a specific expiration date in each Dart Campaign for each promotion. No promotion can be dated beyond 30 days of its implementation without the written permission of an A/D (authorized distributor).

Businesses or other users that accept expired Dart campaigns will be in violation of our terms and conditions for use of our services.

Businesses or other users that intend to distribute a Dart EXHIBIT **E** Campaign to 1,000 or more persons must take out a bulk use license. The bulk use license is available from an A/D.

119

We reserve the right to display any Dart Campaign as an example of our products and services.

We do not tolerate fraud of any kind on or via our site. We have an obligation to report fraud or unlawful activity to the authorities.

All transactions are final. These terms and conditions for use may be updated as needed. Please read and agree to these terms and conditions each time that you use these services.

Do not submit the dart form until you've read and agreed to these terms and conditions



Floyd Crump is proud to be a member of DataRevenue.Org - "working to establish a new revenue stream from a new source - mobile networks."

Privacy Policy
Luvdarts · Birthday · Flirtdarts · Sportsdarts · BibleDarts · Holidays · Invitations · Coupens · Campaigns

digipie.com, golosio.com, putitonmyiphone.com, putitonmyipod.com, putitonmycellphone.com, putitonmyblackberry.com,

luvdarts.com, datarevenue.org

**The Association's mission is to establish accountability and fair compensation for multimedia creators on peer2peer mobile messaging systems (MMS). Please support:**



"A file-sharing system may be 'push or pull'. In LimeWire's case it is a 'pull'. MMS is a 'push'."
Max Davis, founder of DataRevenue.Org

About us          Membership          Background          What is MMS?          Contact Us

Help our members fight in court!

Learn why our members are mad and doing something about it!

Multimedia messaging system = MMS - This system was designed and implemented by wireless carriers to enable end users to share multimedia files peer2peer while they profit from these activities. MMS is a dedicated sub-system of mobile networks that has little to do with the Internet and the providing of other telecommunications.

- A 'pull' file-sharing system enables end users to share files. LimeWire is a file sharing system that enables end users to search, find and obtain files being shared by others. This is an example of a 'pull' file-sharing system because you actually **pulled the file in** from somewhere.

- A 'push' file-sharing system enables end users to share files. MMS is a file-sharing system that enables end users to send or **push multimedia files** to whomever they choose singularly or in groups.

The following diagrams from a "3GPP2" Functional Description document illustrate the fact that an MMS network is a dedicated system for the transport, distribution and publication of MMS content amongst peers *for profit*. However, this dedicated sub-system of mobile networks also uses relay servers for storage as needed.




Please read - The DataRevenue.Org Doctrine

MMS is ALREADY Larger Than the Music Industry and Movie........

CTIA Survey Shows 24.3 Billion MMS 2nd Half of 2009



........shows the MMS Reference Architecture and identifies reference points within an MMSNA that are further described below. Abstract messages are indicated in section 8 that describe the logical message exchange on these reference points on a high-level basis. **EXHIBIT** F





## 6.6    MM4: Interworking of different MMSEs

Reference point MM4 between MMS Relay/Servers belonging to different MMSEs is used to transfer messages between them. Interworking between MMS Relay/Servers shall be based on SMTP according to [22] as depicted in figure 5.

Please read - The
DataRevenue.Org
Doctrine

MMS is ALREADY
Larger Than the Music
Industry and Movie........

CTIA Survey Shows
24.3 Billion MMS 2nd
Half of 2009

More than 4 billion MMS
flowed through Verizon's
network in Q4 2009!



**Figure 5: Interworking of different MMSEs**

Interworking between different MMS service providers is further elaborated in section 8.4.

**And so it appears that not only is MMS similar to LimeWire and other modern day peer2peer file-sharing networks, by actually storing multimedia on servers, multimedia messaging systems are more like the old Napster version of peer2peer file-sharing!**

**A file-sharing system may be "push or pull".  In LimeWire's case it is a "pull". MMS is a "push".**

122



Advertise | Contact

# CTIA: Wireless data revenue keeps spiking

March 23, 2010 — 11:34am ET | By Phil Goldstein

| TOOLS | Subscribe | Email | Print | Comment | Contact Author | Reprint |

LAS VEGAS--The push toward smartphones, netbooks and other data-intensive devices continues to be a major theme--and revenue source--of the wireless industry, according to Steve Largent, president and CEO of CTIA. Largent talked about the rise in mobile data revenue as part of the CTIA's semi-annual survey of the wireless industry.

According to the survey, wireless data service revenues jumped 25.7 percent in the last half of 2009, compared with the last half of 2008, to more than $22 billion. Mobile data revenues--meaning, non-voice revenue--made up 28 percent of U.S. wireless service revenue, up slightly from 25 percent from the CTIA's last survey. There are now more than 257 million data-capable devices on the market, up from 228 million at the end of 2008. A full 50 million of those devices are smartphones or PDAs, and 12 million are wireless-enabled laptops, notebooks or USB modems.

The survey found that, as of December, there were more than 285 million wireless connections in the country, up by 15 million from the year-ago period. Text messaging among U.S. wireless consumers continues to be extremely popular, with more than 822 billion text messages sent and received in last half of 2009--which translated to around 5 billion messages per day at the end of the year. Picture and multimedia messaging is also taking off, and more than 24.2 billion MMS messages were reported for the last half of 2009, up from 9.3 billion for the last half of 2008.

For more:
- see this release

Related Articles:
U.S. mobile data revenues close to $20B in first half of '09

**SHARE WITH:**     

## Get Your FREE FierceWireless Email Newsletter:

Enter email        Sign Me Up!

Be the first to comment

MORE STORIES ABOUT  ctialive   CTIA   Wireless Carriers   mobile data   Metrics

## Comments

## Post new comment

Your name:



EXHIBIT G

Anonymous

**E-mail:**

The content of this field is kept private and will not be shown publicly.

**Comment:** *

More information about formatting options

CAPTCHA
This question is for testing whether you are a human visitor and to prevent automated spam submissions.



**Type the two words:**

Post comment

SPONSORED LINKS

**Business On Main: Online Community**
Free Online Tools and Resources To Help Start Or Grow Your Business. Join Today!

**SIP Trunking Services - Free Report**
Learn how SIP works, migration options & tips on choosing a service provider

**VoIP Performance Problems?**
Find problems in VoIP networks 70% faster. Free testing & monitoring tool.

**Save 30%, PBX Maintenance**
Multi-Vendor Maintenance, monitoring, 24/7 Service, Tier 3 Engineers

**Meet the HP Technology Services Experts**
Take the Facebook IT Personality Quiz & Vote for Your Favorite Expert at HP.com

**Buy a Link Now**

Home | Subscribe | Advertise | Mobile Edition | RSS | Privacy | Site Map | List in Marketplace | Supplier in Marketplace

a publication of
FierceMarkets

124

http://www.fiercewireless.com/ctialive/story/ctia-wireless-data-revenue-keeps-spiking/201...   11/8/2010

CTIA: Wireless data revenue keeps spiking - Fierce Wireless
Case 2:10-cv-09442-ODW-RZ Document 23 Filed 11/08/10 Page 125 of 131 Page ID #:363
Page 3 of 3

**THE FIERCEMARKETS NETWORK**

FierceFinance | FierceFinanceIT | FierceComplianceIT | FierceHealthcare |
FierceHealthFinance | FierceHealthIT | Hospital Impact | FierceMobileHealthcare |
FierceHealthPayer | FiercePracticeManagement | FierceEMR | FierceCIO |
FierceCIO:TechWatch | FierceContentManagement | FierceMobileIT | FierceGovernmentIT
| FierceBiotech | FierceBiotech Research | FiercePharma | FierceVaccines | FierceBiotechIT
| FiercePharma Manufacturing | FierceMedicalDevices | FierceDrugDelivery | FierceIPTV |
FierceOnlineVideo | FierceTelecom | FierceVoIP | FierceBroadbandWireless |
FierceDeveloper | FierceMobileContent | FierceWireless | FierceWireless:Europe |
FierceCable

© 2010 FierceMarkets. All rights reserved.

# Wireless Carrier Infrastructure: Why Implementing and Advocating for DataRevenue.Org as a Designated Collective for MMS Data Revenue is Critical

### Principles of DataRevenue.Org as a Designated MMS Data Revenue Collective

(1) Our highest priority is to provide a process for wireless carriers to flourish as multimedia co-distributors while fairly compensating MMS rights holders at the same time;

(2) Datarevenue.Org shall consist of organizations and stakeholders representative of the multimedia community participating in the creation, distribution and publication of MMS;

(3) DataRevenue.Org (which would include wireless carriers as governing members, as outlined in the following chart) will establish rules of governance for the administration of MMS which will equally protect wireless carriers and the holders of MMS rights;

(4) The joint establishment of a per KB or MB throughput rate for MMS will provide a revenue pool that MMS rights holders and stakeholders may share relative to statistical input and mathematical tables for output;

(5) The wireless carriers will not administrate the particulars and shall be insulated against copyright infringement while depositing the agreed upon throughput rate and providing transparency for the process;

(6) While legislation may occur later, establishment of the process should begin now to prevent further copyright infringement and corporate vulnerability; we believe advocating for statutory MMS data revenue rates is in the best interests of all concerned;

(7) The organization shall operate with full transparency, while protecting privacy rights.

Founder's Chair-1 vote
Governor's Seat- 1 vote
Panel Seats –    ½ vote
Associate's group - 2 votes

Wireless Carriers shall continuously occupy a seat within the member body

One Seat Per Entity



Performance rights orgs, mechanical rights orgs and other groups shall represent their members in matters of MMS data revenue sharing; Associate members shall represent themselves;

DataRevenue.Org shall sanction foreign chapters



### As Mobile Networks Evolve – More Producers Will Create and Distribute Commercial MMS P2P Via Mobile Networks

(1) DataRevenue.Org currently has member producers that are creating 30 second – 2 minute MMS videos and sound recordings that may be shared P2P on mobile networks; this is a 4 fold increase in length over what could be sent and received in early 2009;

(2) The size of the MMS able to be shared P2P on mobile networks has doubled during the same period, (excepting 2g networks);

(3) It should also be noted that these producers were able to send a ½ hour video from one mobile device to another mobile device.  This was accomplished by breaking the video into 30 second – 2 minute parts, data optimizing the parts, sending the parts, receiving the parts, reassembling the parts and converting them back to their original state;

(4) The above (item 3) is a description of how P2P compression and bit torrents technology is viable in this space; if the size and quality of MMS able to be sent mobile2mobile continues to progress as exampled above, commercial MMS of richer types will be created and distributed directly to consumers on mobile networks; P2P programmers will be writing code for this space, making it possible to send an entire movie mobile2mobile, P2P within the next 5-10 years;

(5) Thus it is reasonable to expect a large amount of P2P MMS file sharing via mobile devices just as P2P file sharing has become the "will of the people" on the Internet, (see the chart below);

(6) **And so it is critical** for wireless carriers to be ready for these events on behalf of the U.S. Copyright system, rights holders and consumers' preferences to share P2P.

### General P2P File Sharing Stats



*Source: TheRegister.com*

## How Do I Infringe Thee? – Let Me Count the Ways

*Excerpted from Title 17 of the United States Code*
### § 102. Subject matter of copyright: In general
(a) Copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories:

(1) literary works;
(2) musical works, including any accompanying words;
(3) dramatic works, including any accompanying music;
(4) pantomimes and choreographic works;
(5) pictorial, graphic, and sculptural works;
(6) motion pictures and other audiovisual works;
(7) sound recordings; and
(8) architectural works.
(b) In no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work.

---------------------------------------------------------------------------------------------------

(1) Financially benefiting from the distribution of any of the above will be grounds for rights holders of the above to claim copyright infringement;
(2) Financially benefiting from a performance of any of the above will be grounds for rights holders of the above to claim copyright infringement;
(3) Participating in the publication of any of the above will be grounds for rights holders of the above to claim copyright infringement;
(4) Participating in the broadcast of a performance of any of the above will be grounds for rights holders of the above to claim copyright infringement;
(5) The digital age has made it easy for creators to "fix" a tangible medium of expression, and reproduce and distribute their works;
(6) These digital age creators will be using mobile networks more and more to distribute MMS versions of their works as mobile networks evolve;
(7) **It is critical that wireless carriers insulate themselves against the huge amount of copyright infringement** allegations that will surely arise due to the large number of "creators" empowered to exercise their copyrights protected by the Constitution of the United States of America.

## DataRevenue.Org Will Utilize State of the Art Methods to Monitor, Collect and Distribute Data Revenue to Its Members

(1) DataRevenue.Org pioneered efforts to mandate that wireless carriers allow authorized 3rd parties access to MMS throughput records to process the metadata attached to those files; a Petition for Rulemaking regarding the above was submitted to the FCC in October, 2008;

(2) DataRevenue.Org pioneered a process that will include Colleges and Universities throughout the United States to participate in our program entitled "data dumping" whereas the sampling of opted in students' "sent and received" MMS folders on their mobile devices are uploaded regularly to our database for processing similar to audience measurement systems such as Nielsen ratings of television viewer ship;

(3) These Colleges and Universities will be rewarded for participating in these programs on a yearly basis; it is expected they will compete for the yearly budget that goes along with this program; we anticipate that 100 schools throughout the United States will be chosen each year for this award;

(4) Our data dumping programs may be expanded to other sectors as needed to obtain the broadest possible sampling base along with the metadata sampling of MMS throughput in order to provide the fairest disbursements possible;

(5) Disbursements shall be made to the industry sectors as statistics dictate; the industry sector's organizations shall then share in the data revenue relative to its membership; in turn those organizations shall make disbursements to its members based upon the registration of their MMS works or other in house methods of that organization; DataRevenue.Org will make direct disbursements to Associate members based upon the registration of their MMS works; an Associate member of DataRevenue.Org may not also belong to other organizations within.



4

## If We Can Work Together, Do We Still Need Legislation?

(1) Setting a per KB or MB rate(s) for MMS transactions should be a relatively simple matter that could be based upon existing rates for ringtones, webcasting or other combinations of existing digital statutory rates;

(2) Whatever rate(s) is set initially, there should be provisions for regular updates and advances in technology; we propose a bi-yearly process whereby the wireless industry can submit reasoning for or against any change in rates desired by membership; and membership can do the same;

(3) Future legislation establishing a statutory rate(s) for MMS data revenue will be in the best interests of all as that usually allows parties to negotiate rates that may be more or less than that statutory rate; with legislation an impasse will never happen as it sometimes does in the case of labor and management disputes within unions; this also avoids injunctions and anti-trust issues;

(4) Legislation also helps with transparency of all parties' operations;

(5) **It is critical** that the implementation and advocacy of DataRevenue.Org as a designated collective begin immediately as there will be many impediments to the growth and strength of wireless carriers' infrastructure if this is not done soon.


Best regards,
/max davis/


Max Davis, Founder
DataRevenue.Org
22647 Ventura Blvd
Woodland Hills, CA  91364
(818) 713-1510
max.davis@datarevenue.org

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Douglas W. Davis am a resident of the County of Los Angeles and my address is 2811 Foose Road Malibu, California 90265.

On November 8, 2010, I served the foregoing document described as PLAINTIFF FIRST AMENDED COMPLAINT on the interested parties  by sending via U.S. Mail to the following:

Munger Tolles & Olson, LLP
Kelly M. Klaus, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Attorneys for Defendant Verizon Wireless Telecom, Inc.

Kilpatrick Stockton LLP
Joseph Petersen, Esq.
31 West 52nd Street, 14th Floor
New York, New York 10019
Attorneys for AT&T Mobility, LLC

Wiley Rein LLP
Bruce Joseph
1776 K Street NW
Washington D.C. 2006
Attorneys for T-Mobile USA, Inc.

Sheppard Mullin Richter & Hampton LLP
Kent Raygor, Esq.
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2010, at Malibu, California.


Douglas W. Davis

FIRST AMENDED COMPLAINT