UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 10-05442 DDP (RZx) | Dated: November 10, 2010 |
| Title: | LUVDARTS LLC, a California limited liability company; and DAVIS-REUSS, INC. dba DIGIPIE, a California corporation -v- AT&T MOBILITY, LLC, a Delaware Limited Liability Companyh; VERIZON WIRELESS TELECOM, INC., a Delaware Corporation; SPRINT NEXTEL CORPORATION, a Kansas for Profit Corporation T-MOBILE USA, INC., a Delaware corporation | |

=====================================================================

PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                    <u>None Present</u>
Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                             None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE (FILED ON 10-20-10 / DOCKET NUMBER 19) is hereby VACATED and deemed MOOT.


MINUTES FORM 11                                                Initials of Deputy Clerk   JAC
CIVIL -- GEN