KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
ESTHER SUNG (State Bar No. 255962)
Esther.Sung@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Luvdarts LLC and Davis-Reuss, Inc. dba DigiPie,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AT&T Wireless Services Inc.; Cellco Partnership dba Verizon Wireless; Sprint Spectrum LP; and T-Mobile, USA,<br><br>    Defendants. | CASE NO. CV-10-5442 DDP (RZx)<br><br>NOTICE AND CERTIFICATION OF INTERESTED PARTIES ON BEHALF OF DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>[FRCP 7.1 AND CIVIL L.R. 7.1-1] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES:

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, the undersigned, counsel of record for defendant Cellco Partnership d/b/a Verizon Wireless, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Cellco Partnership d/b/a Verizon Wireless

Verizon Communications Inc. (indirect owner of Cellco Partnership d/b/a Verizon Wireless)

Vodafone Group Plc. (indirect owner of Cellco Partnership d/b/a Verizon Wireless)

DATED: December 20, 2010

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
KELLY M. KLAUS
ESTHER SUNG

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS