1  DOUGLAS W. DAVIS, ESQ.
   (Ca State Bar No. 132620)
2  DOUGLAS W. DAVIS, P.C.
3  2811 Foose Road
   Malibu, CA 90265
4  Telephone: (310) 457-4626
5  Facsimile : (310) 457-1532

6  Attorneys for Plaintiffs,

7  Luvdarts LLC, and Davis-Reuss, Inc dba DigiPie

8

9             UNITED STATES DISTRICT COURT

10            CENTRAL  DISTRICT OF CALIFORNIA

11

| LUVDARTS, LLC, a California Limited Liability Company and DAVIS-REUSS, INC. dba DIGIPIE a California Corporation<br><br>          Plaintiffs,<br><br>     vs.<br><br>AT&T Wireless Services Inc. a Delaware Corporation; Cellco Partnership dba Verizon Wireless a New Jersey Corporation; Sprint Spectrum LP, A Delaware Limited Partnership; T-Mobile, USA a Washington Corporation; & Does1 to 10, inclusive.<br><br>          Defendants. | CASE NO. CV 10-5442 DDP (RZx)<br><br>The Hon. Dean Pregerson<br><br>**DECLARATION OF DOUGLAS W. DAVIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION**<br><br>Date:     February 14, 2011<br>Time:    10:00am<br>Place:    Courtroom 3 |
|---|---|

        Declaration of Douglas W. Davis

I, DOUGLAS W. DAVIS, state and declare as follows:

1. I am an attorney admitted to practice before this Central District Court and I am attorney of record for Plaintiffs. This declaration is being made in support of Plaintiff's Opposition to Defendants' Motion To Dismiss.

2. All of the attached exhibits are taken from Plaintiffs' First Amended Complaint.

3. Attached hereto as Exhibit 1 are true and correct copies of relevant portions of the Copyright Registrations filed by Plaintiffs dated August 23, 2010 and January 14, 2010.

4. Attached hereto as Exhibit 2 are true and correct copies of relevant portions of the October 27, 2010 letter and the September 8, 2010 letter to U.S. Copyright Office.

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of a document entitled MMS Stage 2 Functional Description from the 3rd Generation Partnership Project 2, pages 20 and 22.

I declare under penalty of perjury in accord with the laws of the State of California that the foregoing is true and correct.

Executed this 17th Day of January 2011 at Malibu, California

By: /s/ Douglas W. Davis
DOUGLAS W. DAVIS

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-490-330**

Effective date of registration:

August 23, 2010

## Title
**Title of Work:** 3g Luvdarts Catalog II Jan 2010 - June 2010

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** Luvdarts LLC
  **Author Created:** Video files (audiovisual material)
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Luvdarts LLC
30765 pacific coast hwy #273, Malibu, CA, 90265, United States

## Limitation of copyright claim
**Material excluded from this claim:** Some files previously published, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other audiovisual material, additional new footage, new sounds, new text, new narration, editing

## Rights and Permissions
**Organization Name:** Luvdarts LLC
**Name:** max davis
**Email:** luvdartsllc@gmail.com          **Telephone:** 424-781-0301

## Certification

EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-476-804**

Effective date of registration:

January 14, 2010

## Title

**Title of Work:** 3g Luvdarts Catalog I 2008 - 2009

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** Luvdarts LLC
  **Author Created:** Video files (audiovisual material)

  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Luvdarts LLC
22647 Ventura Blvd, Woodland Hills, CA, 91364, United States

## Limitation of copyright claim

**Material excluded from this claim:** Some files previously published; preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other audiovisual material, additional new footage, new sounds, new text, new narration, editing

## Rights and Permissions

**Organization Name:** Luvdarts LLC
**Name:** max davis
**Email:** luvdartsllc@gmail.com    **Telephone:** 818-713-1510
**Address:** 22647 Ventura Blvd
woodland hills, CA 91364 United States

## Certification



30765 Pacific Coast Hwy #273
Malibu, CA  90265
(424) 781-0301
harnessthepower@luvdarts.com

October 27, 2010

Ralph Gingery
U.S. Copyright Office
208 2nd St. SE
P.O. Box 70400
Washington D.C.  20003

**RE:  Correspondence ID SR1-452351931**

Dear Ralph,

Here is a list of files from 3g Catalog II that were published before the registration date of August 23, 2010;

AdaThanks_1.3g2, AgouraAutoSpa_1.3g2, AgouraAutoSpa_2.3g2, AgouraAutoSpa_400a.3g2, AgouraAutoSpa_400k.3g2, Ardyss_Pam1.3g2, ASU_MomKim.3g2, AutoRepairSample_1.3g2, BrianBday.3g2, CharminBday_1.3g2, ChinaGarden_1.3g2, Copy of ChurchSample_1.3gp, Copy of FreeDrink_1.3gp, Copy of RestaurantSample_1.3gp, CuznCynthia1.3g2, DedraBithday.3.g2, Dentist_1-0.3g2, Dentist_1.3g2, Dentist_002.3g2, Dentist_3.3g2, event_1.3g2, FlowerShopSample_1.3g2, FloydBirthday.3g2, FreeDrink_1.3g2, GemmasJewelers_1.3g2, GemmasJewelers_1-Low.3g2, HappyMothersDay.3g2, iphoneVoiceTest1.3g2, IveGotaCrushOnU.3g2, JoePlumber-2.3g2 et al, JoyandEddie25th.3g2, KaraKelly.3g2, KarenRudyard.3g2, KimBday2010-0.3g2 et al, LastNightWasGreat.3g2, LivePerformance.3g2, LovelyDaughter.3g2, NathanielBday_1-0.3g2, NathanielBday_1.3g2, NoCover_1.3g2, PaulsBithday.3g2, ProductSample_1.3g2, ReneeBday_1.3g2, RestaurantSample_1.3g2 et al, RoseBday1.3g2, SeriousEyeCandy.3g2, Sexto_9a.3g2, TeamEGG_trial1.3g2, TwoWives Pt1.3g2, UrSeriousEyeCandy.3g2, WifeisAngel Pt1.3g2, YoMama Pt1.3g2, YoMama Pt1.3g2.

Thanks for your help.

Sincerely,
/bruce davis/

'Max' Bruce Davis
Managing Member
(818) 713 1510
luvdartsllc@gmail.com

EXHIBIT 2



30765 Pacific Coast Hwy #273
Malibu, CA 90265
(424) 781-0301
harnessthepower@luvdarts.com

September 8, 2010

Ralph Gingery
U.S. Copyright Office
208 2nd St. SE
Washington D.C. 20003

Dear Ralph,

Thank you for your help today on the phone. I have enclosed an identical copy of our deposit for 1-292442291 to replace the damaged disc. I have also enclosed a copy with 852 files removed because they were released before December 2009.

That leaves the remaining 2522 files as unreleased/published as of the December 2009 submission date for 1-292442291.

Titles removed came from our "A Message From Home Series" which were MMS for soldiers in Iraq released in early 2008 and through 2009 – a total of 821 files.

Titles removed also include the first 31 Happy Holiday files which were first released in late 2008.

FYI – these files are 3g files (data files) and you will need a media player that will display 3g files to view the content. Quicktime is probably the best and most popular for viewing 3g files and you may get that free from http://apple.com.

Best regards and thanks,
/bruce davis/

"Max"
(818) 713-1510

6

3GPP2 X.S0016-200

Version 1.0.0

Version Date: April 3, 2003



**3RD GENERATION PARTNERSHIP PROJECT 2 "3GPP2"**

# *MMS Stage 2, Functional Description*

# *Revision: 0*

COPYRIGHT

3GPP2 and its Organizational Partners claim copyright in this document and individual Organizational Partners may copyright and issue documents or standards publications in individual Organizational Partner's name based on this document. Requests for reproduction of this document should be directed to the 3GPP2 Secretariat at secretariat@3gpp2.org. Requests to reproduce individual Organizational Partner's documents should be directed to that Organizational Partner. See www.3gpp2.org for more information.

EXHIBIT 3

i

MMS Stage 2 Functional Description                     X.S0016-200 v1.0

additional features like MM recall between MMS VAS Applications and MMS Relay/Server, which are not available for MMS User Agents.

The present document does not cover what kind of applications might be available and how the MMS VAS Application provide these services.

MMS VAS Applications may be able to generate Accounting records when receiving MMs from MMS Relay/Server and when submitting MMs to MMS Relay/Server. The interaction between an MMS Relay/Server and the MMS VAS Application should be provided through the MM7 interface, as described in section 6.9.

# 6   MMSE Architecture and Interfaces

This section defines the Multimedia Messaging framework. The application protocol framework described by the means of abstract messages and the technical realisation of MMS service features are defined in section 8.

## 6.1   MMS Reference Architecture

Figure 3 shows the MMS Reference Architecture and identifies reference points within an MMSNA that are further described below. Abstract messages are indicated in section 8 that describe the logical message exchange on these reference points on a high-level basis.



MMS Stage 2 Functional Description    X.S0016-200 v1.0

## 6.3 MM1: MMS Relay/Server – MMS User Agent

Reference point MM1 is used to submit Multimedia Messages from MMS User Agent to MMS Relay/Server, to let the MMS User Agent pull MMs from the MMS Relay/Server, let the MMS Relay/Server push information about MMs to the MMS User Agent as part of an MM notification, and to exchange delivery reports between MMS Relay/Server and MMS User Agents.

## 6.4 MM2: MMS Relay – MMS Server

This reference point is not specified.

## 6.5 MM3: MMS Relay/Server – External Servers

Reference point MM3 is used by the MMS Relay/Server to send Multimedia Messages to and retrieve MMs from servers of external messaging systems that are connected to the service provider's MMS Relay/Server.

This reference point is further elaborated in section 8.3. In addition, several examples of reference point MM3 between the MMS Relay/Servers and External Servers can be found in Annex A.

## 6.6 MM4: Interworking of different MMSEs

Reference point MM4 between MMS Relay/Servers belonging to different MMSEs is used to transfer messages between them. Interworking between MMS Relay/Servers shall be based on SMTP according to [22] as depicted in figure 5.



Figure 5: Interworking of different MMSEs

Interworking between different MMS service providers is further elaborated in section 8.4.

## 6.7 MM5: MMS Relay/Server – HLR/AAA

Reference point MM5 may be used to provide information to the MMS Relay/Server about the subscriber. If this reference point is provisioned then it shall use existing TIA/EIA-41 operations (e.g., procedures for determining the location of the mobile, procedures for alerting Message centre). Future releases may elaborate this area further.

In case of using SMS as the bearer for notification this reference point is not necessary.

The AAA is FFS.

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 17, 2011, the foregoing **PLAINTIFF LUVDARTS, LLC'S Declaration of Douglas W. Davis** in the within action was electronically filed for service through the CM/ECF system for the United States District Court, Central District of California.

Counsel for all parties are registered CM/ECF Users, and no paper copies were required to be served by traditional means.

/s/ Douglas W. Davis
Douglas W. Davis

**SERVICE LIST**

| | |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>KENT R. RAYGOR,<br>Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6017<br>Attorneys for Defendant SPRINT SPECTRUM LP | MUNGER TOLLES & OLSON LLP<br>KELLY M. KLAUS,<br>355 South Grand Avenue, 35th Floor<br>Los Angeles California 90071-1560<br>Attorneys for Defendant VERIZON WIRELESS TELECOM, INC. |
| KILPATRICK STOCKTON LLP<br>JOSEPH PETERSEN<br>31 West 52nd Street, 14th Floor<br>New York, New York 10019<br>Attorneys for Defendant AT&T MOBILITY, LLC | WILEY REIN LLP<br>ANTHONY H. SON<br>1776 K Street NW<br>Washington D.C. 20006<br>Attorneys for Defendant T-MOBILE USA, INC. |