UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 10-05442 DDP (RZx)                                           Dated: February 10, 2011

Title:   LUVDARTS LLC, a California limited liability company; and DAVIS-REUSS, INC. dba DIGIPIE, a California corporation -v- AT&T MOBILITY, LLC, a Delaware Limited Liability Companyh; VERIZON WIRELESS TELECOM, INC., a Delaware Corporation; SPRINT NEXTEL CORPORATION, a Kansas for Profit Corporation T-MOBILE USA, INC., a Delaware corporation
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

　　　　　John A. Chambers                                     None Present
　　　　　Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

　　　　None                                                  None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


　　　**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE FILED BY DEFENDANTS AT&T MOBILITY, LLC, SPRINT SPECTRUM LP, T-MOBILE USA, INC., VERIZON WIRELESS TELECOM, INC. (FILED ON 12-22-10 / DOCKET NUMBER 37) is hereby continued from February 14, 2011 to March 7, 2011 at 10:00 a.m.


MINUTES FORM 11                                              Initials of Deputy Clerk   JAC
CIVIL -- GEN