UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-05442 DDP (RZx) | Date | March 7, 2011 |

Title   LUVDARTS LLC, a California limited liability company; and DAVIS-REUSS, INC. dba DIGIPIE, a California corporation -V- AT&T MOBILITY, LLC, a Delaware Limited Liability Companyh; VERIZON WIRELESS TELECOM, INC., a Delaware Corporation; SPRINT NEXTEL CORPORATION, a Kansas for Profit Corporation T-MOBILE USA, INC., a Delaware corporation

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Douglas W. Davis

Kent R. Raygor
Louis P. Petrich
Kelly M. Klaus
Bruce G. Joseph
W. Andrew Pequignot

Proceedings:

MOTION TO DISMISS CASE FILED BY DEFENDANTS AT&T MOBILITY, LLC, SPRINT SPECTRUM LP, T-MOBILE USA, INC., VERIZON WIRELESS TELECOM, INC.
(FILED ON 12-22-10 / DOCKET NUMBER 37)

Court hears oral argument and takes the matter under submission.

Court and counsel confer as reflected on the record.

| | 0 0 | : | 11 |
|---|---|---|---|
| | Initials of Preparer | | JAC |